**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: <br><br> **Compass Coffee, LLC,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 26-00005 (ELG) |

**ORDER AUTHORIZING THE DETBOR TO REJECT**
**CERTAIN UNEXPIRED NON-RESIDENTIAL LEASES**

Upon consideration of the *Debtor's Motion to Reject Certain Unexpired Non-Residential Leases* [Docket No. __] (the "***Motion***")[1] filed by the above-captioned debtor and debtor in possession (the "***Debtor***") pursuant to sections 105 and 365 of the Bankruptcy Code, rule 6006 of the Bankruptcy Rules, and rule 6006-1 of the Local Rules, seeking entry of an order (this "***Order***"),

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (*pro hac vice* forthcoming)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*pro hac vice* forthcoming)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Proposed Counsel for Debtor and Debtor in Possession*

authorizing the Debtor to reject certain non-residential real property leases (the "**Leases**") set forth on Exhibit B to the Motion, effective as of January 30, 2026; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b); venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; the Court having convened a hearing on the Motion on _____, 2026 (the "**Hearing**"); all objections, if any, to the Motion having been resolved, withdrawn or overruled; upon the record of the Hearing and the M. Haft Declaration; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtor is authorized to reject the Leases set forth on Exhibit B to the Motion, including, to the extent applicable, any ancillary agreements, amendments, and modifications thereto, effective as of **January 30, 2026**.

3. Nothing in the Motion or this Order is intended to be or shall be deemed as (i) an admission as to the validity of any claim against the Debtor, or (ii) a waiver or limitation of the Debtor's rights under the Bankruptcy Code or any other applicable law. Further, nothing herein shall prejudice the right of the Debtor to object to the allowance or reclassification of any claim for damages arising from the rejection of any Lease.

4. The Debtor is authorized to take all actions necessary to implement the relief granted herein.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. The Debtor is directed to serve a copy this Order on the same parties that were provided notice of the Motion and file a proof of service within three (3) days of entry of this Order.

[*Endorsement Page Follows*]

WE ASK FOR THIS:

/s/
_____
Tyler P. Brown (*pro hac vice* forthcoming)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*pro hac vice* forthcoming)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8200
Facsimile:      (804) 788-8218
Email:           tpbrown@hunton.com
                     jwuebker@hunton.com
                     nmonico@hunton.com

*Proposed Counsel for the Debtor and Debtor in Possession*