| Landlord | Leased Premises |
|---|---|
| AP DC Tomato's LLC | 1401 Okie Street, NE<br>Washington D.C. 20002 |
| 1401 Eye Holdings LLC | 1401 I St NW<br>Washington, DC 20005 |
| Bernstein Management Corporation | 1921 8th St NW<br>Washington, DC 20001 |
| 655 New York, LLC | 655 New York Avenue NW<br>Washington, DC 20001 |
| Falls Church (E&A), LLC | 7393 Lee Highway<br>Falls Church, VA 22042 |
| THE LOUIS DC RESIDENTIAL LLC | 1924 14th St NW<br>Washington, DC 20009 |
| Perseus 1827 Adams Mill Investments LLC | 1827 Adams Mill Rd NW<br>Washington, DC 20009 |
| NDH II Point LLC | 4300 Wilson Blvd<br>Arlington, VA 22203 |
| T-C 800 17TH STREET NW OWNER LLC | 1703 H St NW<br>Washington, DC 20006 |
| Core Spaces College Park | 4210 Knox Rd<br>College Park, MD 20740 |