**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (*pro hac vice* forthcoming)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*pro hac vice* forthcoming)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Proposed Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Compass Coffee, LLC,**<br><br>      **Debtor.** | **Chapter 11**<br><br>**Case No. 26-00005 (ELG)** |

**NOTICE UNDER LOCAL BANKRUPTCY RULES 9013-1 OF
HEARING AND OPPORTUNITY TO OBJECT TO FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that Compass Coffee, LLC (the "***Debtor***"), has filed the following motions (the "***First Day Motions***"):

- *Debtor's Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs* [Docket No. 4] (the "***Extend Time to File Schedules and SOFA Motion")***;

- *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Authorizing the Debtor to Use Cash Collateral; and (III) Granting Adequate Protection* [Docket No. 5] (the "***DIP Motion***");

- *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Certain Prepetition Wages, Salaries, Employee Benefits, Expenses, and Other Compensation, and (B) Pay or Otherwise Honor such Postpetition Obligations in the Ordinary Course of Business; and (II) Directing Financial Institutions to Honor Related Checks and Transfers* [Docket No. 6] (the "***Wages Motion***");

- *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain its Existing Cash Management System, Bank Accounts, and Business Forms; (II) Waiving Certain Requirements of the U.S. Trustee Operating*

*Guidelines; and (III) Granting Related Relief* [Docket No. 8] (the "**Cash Management Motion**");

- *Debtor's Motion for Entry of Interim and Final Orders: (I) Deeming Utility Companies Adequately Assured of Payment; (II) Approving Procedures for Resolving Requests by Utility Companies for Additional Assurances; and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services* [Docket No. 9] (the "**Utility Motion**");

- *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain its Existing Insurance Policies and Honor all Obligations in Respect Thereof, and (II) Directing Financial Institutions to Honor and Process Related Checks and Transfers* [Docket No. 10] (the "**Insurance Motion**");

- *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Tax and Fee Obligations, and (II) Granting Related Relief* [Docket No. 11] (the "**Tax Motion**");

- *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Claims of Critical Vendors, and (II) Granting Related Relief* [Docket No. 12] (the "**Critical Vendors Motion**"); and

- *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Continue Its Customer Programs and Honor All Obligations Related Thereto, and (II) Granting Related Relief* [Docket No. 13] (the "**Customer Programs Motion**").

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). A copy of the First Day Motions are being sent with this notice.**

If you do not want the Court to grant the relief sought in the First Day Motions, or if you want the Court to consider your views on the First Day Motions **then you must file a written objection or appear at the Hearing (as defined below)**. The requirement to file a written objection and proposed order with the Clerk of the Bankruptcy Court is waived due to the expedited nature of the Hearing (though parties may file written objections should they so choose).

If you or your attorney do not appear at the Hearing, the Court may decide that you do not oppose the relief sought in the First Day Motions and may grant the relief requested.

**NOTICE OF HEARING.**  An expedited hearing on the First Day Motions will be held before Elizabeth L. Gunn, United States Bankruptcy Judge, on **January 7, 2025 at 12:00 p.m. (prevailing Eastern Time)** via zoom teleconference (the "***Hearing***").  Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom access codes and permission to appear virtually. Parties may otherwise attend the hearing in person at the United States Bankruptcy Court, Courtroom 1, United States Courthouse,  333 Constitution Avenue, NW, Washington, D.C. 20001. Objections to the relief sought in the First Day Motions may be filed electronically with the Court through and including the date and time of the Hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 6, 2026
Richmond, Virginia

Respectfully submitted,

/s/ *Jennifer E. Wuebker*

Tyler P. Brown (*pro hac vice* forthcoming)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*pro hac vice* forthcoming)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:      (804) 788-8200
Facsimile:      (804) 788-8218
Email:          tpbrown@hunton.com
                jwuebker@hunton.com
                nmonico@hunton.com

*Proposed Counsel for the Debtor and Debtor in
Possession*