**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (*pro hac vice* pending)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*pro hac vice* pending)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Proposed Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Compass Coffee, LLC,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 26-00005 (ELG)** |

**PROPOSED FIRST DAY AGENDA FOR MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 7, 2026, AT 12:00 P.M. (EASTERN TIME)**

The following matters are scheduled for hearing before Elizabeth L. Gunn, United States Bankruptcy Judge, on January 7, 2026, at 12:00 p.m. (the "***Hearing***").  The Hearing will take place both in Courtroom 1, 333 Constitution Avenue N.W., Washington, D.C. 20001, and by Zoom. Parties wishing to appear at or listen into the Hearing by Zoom may contact Gunn_Hearings@dcb.uscourts.gov for Zoom access codes and for permission to appear virtually.

1. "***Brown Pro Hac Vice Motion***" – *Motion Pursuant to Local Bankruptcy Rule 2090-1(b) for Admission Pro Hac Vice of Tyler P. Brown* [Docket No. 19];

    a. Response: None.

    b. Related Documents: None.

    c. Status: This matter is going forward.

2. "***Long Pro Hac Vice Motion***" – *Motion Pursuant to Local Bankruptcy Rule 2090-1(b) for Admission Pro Hac Vice of Henry P. Long* [Docket No. 20];

    a. Response: None.

    b. Related Documents: None.

    c. <u>Status</u>: This matter is going forward.

3. "**Monico Pro Hac Vice Motion**" – *Motion Pursuant to Local Bankruptcy Rule 2090-1(b) for Admission Pro Hac Vice of Nicholas S. Monico* [Docket No. 21];

    a. <u>Response</u>: None.

    b. <u>Related Documents</u>: None.

    c. <u>Status</u>: This matter is going forward.

4. "**Extend Time to File Schedules and SOFA Motion**" – *Debtor's Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statement of Financial Affair* [Docket No. 4];

    a. <u>Response</u>: None.

    b. <u>Related Documents</u>: *Order Granting Debtor's Motion to Expedite Hearing On, and to Shorten Time to Respond To, First Day Motions* [Docket No. 17]; *Declaration of Michael Haft in Support of Chapter 11 Petition and First Day Pleadings of Compass Coffee, LLC* [Docket No. 16] (the "**Haft Declaration**").

    c. <u>Status</u>: This matter is going forward.

5. "**DIP Motion**" – *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Authorizing the Debtor to Use Cash Collateral; and (III) Granting Adequate Protection* [Docket No. 5];

    a. <u>Response</u>: None.

    b. <u>Related Documents</u>: *Order Granting Debtor's Motion to Expedite Hearing On, and to Shorten Time to Respond To, First Day Motions* [Docket No. 17]; *Haft Declaration* [Docket No. 16].

    c. <u>Status</u>: This matter is going forward.

6. "**Wages Motion**" – *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Certain Prepetition Wages, Salaries, Employee Benefits, Expenses, and Other Compensation, and (B) Pay or Otherwise Honor such Postpetition Obligations in the Ordinary Course of Business; and (II) Directing Financial Institutions to Honor Related Checks and Transfers* [Docket No. 6];

    a. <u>Response</u>: None.

    b. <u>Related Documents</u>: *Order Granting Debtor's Motion to Expedite Hearing On, and to Shorten Time to Respond To, First Day Motions* [Docket No. 17]; *Haft Declaration* [Docket No. 16].

    c. <u>Status</u>: This matter is going forward.

7. "**Cash Management Motion**" – *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain its Existing Cash Management System, Bank Accounts, and Business Forms; (II) Waiving Certain Requirements of the U.S. Trustee Operating Guidelines; and (III) Granting Related Relief* [Docket No. 8];

    a. <u>Response</u>: None.

    b. <u>Related Documents</u>: *Order Granting Debtor's Motion to Expedite Hearing On, and to Shorten Time to Respond To, First Day Motions* [Docket No. 17]; *Haft Declaration* [Docket No. 16].

    c. <u>Status</u>: This matter is going forward.

8. "**Utilities Motion**" – *Debtor's Motion for Entry of Interim and Final Orders: (I) Deeming Utility Companies Adequately Assured of Payment; (II) Approving Procedures for Resolving Requests by Utility Companies for Additional Assurances; and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services* [Docket No. 9];

    a. <u>Response</u>: None.

    b. <u>Related Documents</u>: *Order Granting Debtor's Motion to Expedite Hearing On, and to Shorten Time to Respond To, First Day Motions* [Docket No. 17]; *Haft Declaration* [Docket No. 16].

    c. <u>Status</u>: This matter is going forward.

9. "**Insurance Motion**" – *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain its Existing Insurance Policies and Honor all Obligations in Respect Thereof, and (II) Directing Financial Institutions to Honor and Process Related Checks and Transfers* [Docket No. 10];

    a. <u>Response</u>: None.

    b. <u>Related Documents</u>: *Order Granting Debtor's Motion to Expedite Hearing On, and to Shorten Time to Respond To, First Day Motions* [Docket No. 17]; *Haft Declaration* [Docket No. 16].

    c. <u>Status</u>: This matter is going forward.

10. **"Taxes Motion"** – *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Tax and Fee Obligations, and (II) Granting Related Relief* [Docket No. 11];

    a. Response: None.

    b. Related Documents: *Order Granting Debtor's Motion to Expedite Hearing On, and to Shorten Time to Respond To, First Day Motions* [Docket No. 17]; *Haft Declaration* [Docket No. 16].

    c. Status: This matter is going forward.

11. **"Critical Vendors Motion"** – *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Claims of Critical Vendors, and (II) Granting Related Relief* [Docket No. 12]; and

    a. Response: None.

    b. Related Documents: *Order Granting Debtor's Motion to Expedite Hearing On, and to Shorten Time to Respond To, First Day Motions* [Docket No. 17]; *Haft Declaration* [Docket No. 16].

    c. Status: This matter is going forward.

12. **"Customer Programs Motion"** – *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Continue Its Customer Programs and Honor All Obligations Related Thereto, and (II) Granting Related Relief* [Docket No. 13]

    a. Response: None.

    b. Related Documents: *Order Granting Debtor's Motion to Expedite Hearing On, and to Shorten Time to Respond To, First Day Motions* [Docket No. 17]; *Haft Declaration* [Docket No. 16].

    c. Status: This matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 6, 2026
Richmond, Virginia

                                            Respectfully submitted,

/s/ *Jennifer E. Wuebker*
Tyler P. Brown (*pro hac vice* forthcoming)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*pro hac vice* forthcoming)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:   (804) 788-8200
Facsimile:    (804) 788-8218
Email:        tbrown@hunton.com
                jwuebker@hunton.com
                nmonico@hunton.com

*Proposed Counsel for the Debtor and Debtor in Possession*