The order below is hereby signed.

Signed: January 6 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Chapter 11 |
| **Compass Coffee, LLC,** | |
| | Case No. 26-00005 (ELG) |
| Debtor. | |

### ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE* OF TYLER P. BROWN

Upon consideration of the *Motion Pursuant To Local Bankruptcy Rule 2090-1(b) For Admission Pro Hac Vice of Tyler P. Brown* [Docket No. 19] (the "***Motion***")[1] of Jennifer E. Wuebker for the admission *pro hac vice* of Tyler P. Brown; the Court finds good and sufficient cause exists

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (*pro hac vice* pending)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*pro hac vice* pending)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Proposed Counsel for Debtor and Debtor in Possession*

for granting of the relief requested in the Motion; and after having given due deliberation upon the Motion, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

**ORDERED, ADJUDGED, AND DECREED THAT**

1. The Motion is GRANTED.

2. Tyler P. Brown is permitted to appear *pro hac vice* in the above-captioned chapter 11 case and any related proceedings in accordance with Rule 2090-1(b) of the *Local Rules of the United States Bankruptcy Court for the District of Columbia*.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, or enforcement of this Order.

[*Endorsement Page Follows*]

WE ASK FOR THIS:

/s/ *Jennifer E. Wuebker*
Tyler P. Brown (*pro hac vice* pending)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*pro hac vice* pending)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:    (804) 788-8200
Facsimile:    (804) 788-8218
Email:    tpbrown@hunton.com
    jwuebker@hunton.com
    nmonico@hunton.com

*Proposed Counsel for the Debtor and Debtor in Possession*

3