1301 K Street Limited Partnership
1301 K Street NW
Suite 1180W
Washington, DC 20005


13th & F Associates, LP.
C/O HINES CONSOLIDATED
INVESTMENTS, INC.
555 13TH ST., N.W., SUITE 420W
Washington, DC 20004


1401 Eye Holdings LLC
40 E 52nd St
Fl 8
New York, NY 10022


655 New York, LLC
750 9th St. NW, Suite 700
Washington, DC 20001


AERE
7538 Fullerton Ct
Springfield, VA 22153


Affordable Plumber LLC
4837 Seminole Ave
Alexandria, VA 22312


AP DC Tomato's LLC
1850 Old Reston Ave
Reston, VA 20190


Art Display Co.
401 Hampton Park Blvd.
Capitol Heights, MD 20743

Berlin Packaging
525 West Monroe Street
14th Floor
Chicago, IL 60661


Bernstein Management Corporation
5301 Wisconsin Ave. NW
Suite 500
Washington, DC 20015


BKON
858 N. Lenola Road
Building 1B
Moorestown, NJ 08057


Block, Inc. d/b/a Square
Square Financial Services, Inc.
3165 E. Millrock Drive
Suite 160
Salt Lake City, UT  84121


BMG Metals Inc
7600 Wellingford Dr
Manassas, VA 20109


Bodum USA
PO Box 50134
Newark, NJ 07101


Boland
30 West Watkins Mill Road
Gaithersburg, MD 20878


Cafe Imports Fulfillment
2617 E Hennepin Ave
Minneapolis, MN 55413

Cafritz-Wilkes Development Group
LLC
5101 Wisconsin Avenue, NW.
Suite 200
Washington, DC 20016


Califia Farms
1019 E 4th Pl, Suite 100
Los Angeles, CA 90013



CBX Connect LLC
1643 N Milwaukee Ave
Chicago, Illinois 60647



Celigo, Inc.
1820 Gateway Dr
San Mateo, CA 94404



Clover Stornetta Farms
PO Box 750369
Petaluma, CA 94975



Core Spaces College Park
1400 N Kingsbury
3rd floor
Chicago, IL 60642


CSI (DigiLink)
840 S Pickett St
Alexandria, VA 22304



Cuisine Solutions, Inc
22445 Sous Vide Lane
Sterling, VA 20166

Custom Ink
2910 District Ave, Suite 300
Fairfax, VA 22031


Daylight Transport Inc.
PO Box 516516
Los Angeles, CA 90051


DayMark Safety
12836 South Dixie Highway
Bowling Green, OH 43402


Diff Agency
1435 Rue St-Alexandre, Suite # 220
Montreal QC H3A 2G4
Canada


DND Garage Doors
3803 Laramie Pl
APT E
Alexandria, VA, 22309-3800


EagleBank
Gebhardt & Smith; c/o Richard A.
DuBose, III
One South Street, Suite 2200
Baltimore, Maryland 21202-3281


EMR
9100 H Yellow Brick Road
Rosedale, MD 21237


ePac Flexible Packaging
1540 E Parham Road
Richmond, VA 23228

Eversys
37-18 Northern Blvd
Suite 421
Long Island City, NY 11101


Excelco Trading L.P.
17 Battery Place, Suite 925
New York,NY 10004


Falls Church (E&A), LLC
1272 5th St NE, Suite 200
Washington, DC 20002


FC-QIC Ballston Common Retail JV,
LLC
Legal Department
350 N Orleans St
Chicago, IL 60654


Fres-co
3005 State Road
Telford, PA 18969


Fresh Baguette
804 Hungerford Dr.
Rockville, MD 20850


Fresh Water Systems
2299 Ridge Road
Greenville, SC 29607


Gamez Hardwood Flooring
2914 Rose Valley Dr Fort
Washington, MD 20744

Gelberg Signs
6511 Chillum Pl NW
Washington, DC 20012


Germantown Tool & Manufacturing
1681 Republic Rd
Huntingdon Valley, PA 19006


Get Ansa, Inc.
505 Alabama St.
San Francisco, CA 94110


Glass House Coffee Four, LLC
1201 New York Avenue NW
Washington, DC 20005


Golden Eagle Extrusions
1762 St. Rt. 131
Milford, OH 45150


Grainger
100 Grainger Parkway
Lake Forest, IL 60045


Hexad LLC
2346 Massachusetts Ave
Washington, DC 20008


Hilti North America
7250 Dallas Parkway, Suite 1000
Plano, TX 75024

Home Deco Plus
8927 Orange Hunt Lane
Annandale, VA 22003


Independent Can Company
1300 Brass Mill Road
Belcamp, MD 21017


inKind Card, Inc.
600 Congress Avenue
Suite 1700
Austin, TX 78701


inKind Credit Fund LP
600 Congress Avenue
Suite 1700
Austin, TX 78701


inKind Warehouse Facility, LLC
600 Congress Avenue
Suite 1700
Austin, TX 78701


Innova Construction LLC
805 Tucker Ln
Ashton, MD 20861


Insight
2701 E. Insight Way
Chandler, AZ 85286


James Wilson Constitutional
Society
4710 Langston Blvd
Arlington, VA 22207

JBG West Half Residential II, LLC
Central Place Residences, L.L.C.
PO Box #7545
BB# 01-9494-75103
Hicksville, NY 11802-7545


KBSIII 3003 Washington LLC
800 Newport Center Drive
Suite 700
Newport Beach, CA 92660


Keter Environmental Services, LLC
4 High Ridge Park
Suite 202
Stamford, CT 06905


Klean Kanteen
3960 Morrow Lane
Chico, CA 95928


La Marzocco
Accounting Dept.
1553 NW Ballard Way
Seattle, WA 98107


Leonard Paper
725 North Haven St
Baltimore, MD 21205


Luke Larson
luke@valenow.com


Maola Dairy
5200 Chestnut Avenue
Newport News, VA 23605

Maple Sugar Mountain
2034 VT-109
Belvidere Center, VT 05442


MC Interiors
412 E Diamond Ave
Gaithersburg, MD 20877


McCrae Enterprise, Inc.
1830 Lincoln Rd NE
Washington, DC  20002


MDP 1351 Wisconsin LLC
Martin-Diamond Properties
1875 Connecticut Ave NW
Washington, DC 20009


Michael Haft
2346 Massachusetts Ave
Washington, DC 20008


National Investment Group LLC
2346 Massachusetts Ave
Washington, DC 20008


Nationwide Refrigeration, Inc
11996 Balls Ford Rd
Manassas, VA 20109


NDH II Point LLC
4300 Wilson Boulevard, Suite 240
Arlington, VA 22203

NetGain Solutions Inc
8189 S Jamaica St
Suite 400
Englewood, CO 80112-5946


Numilk
1944 Rt 22 Loading Dock
Brewster, NY 10509


Octa LLC
2346 Massachusetts Ave
Washington, DC 20008


Odeko
247 Centre St.
New York, NY 10013


Once Upon a Coconut
7651 Southland Blvd
Orlando, FL 32809


Parts Town
27787 Network Place
Chicago, IL 60673


Patriot Electronic Security
7400 Fullerton Road, Suite 100
Springfield, VA 22153


Perseus 1827 Adams Mill
Investments LLC
1200 19th Street, NW
Washington, DC 20036

Pitney Bowes Inc.
Purchase Power
PO Box 981026
Boston, MA 02298-1026


Pitt Ohio
151 Blades Lane
Glen Burnie, MD 21060


Pops Bakery LLC
Grant Sarvis Pops Bakery LLC
1369 New York Ave NE
Washington, DC 20002


Primeflex Labels
7 Inverness Drive East
Englewood, CO 80112


Prova
48 Dunham Ridge
Suite 5000
Beverly , MA 01915


Quad Packaging
30 Irving Place
New York, NY 10033


Regency Centers, L.P.
1919 Gallows Road, Suite 1000
Vienna, VA 22182


Roastar
200 South 84th Ave
Suite C
Wausau, WI 54401

Roberts Oxygen Company
1632 E. Gude Drive
Suite 100
Rockville, MD 20850


Rockrose General Equities LLC
15 E 26th St, 7th Floor
New York, NY 10010


RPM Courier
2900 Woodbridge Avenue
Edison, NJ 08837


RPM Warehouse
2900 Woodbridge Avenue
Edison, NJ 08837


S. Freedman & Sons
3322 Pennsy Drive
Landover, MD 20785


SCALENORTH ADVISORS LLC
2525 Corporate Place
Suite #250 Monterey Park
Santa Ana, CA 91754


Schindler Elevator Corporation
6800 Muirkirk Road
Beltsvile, MD 20705


Small Business Administration
Office of General Counsel
409 3rd St. SW
Washington, DC 20416

Spread the Love
145 S Fairfax Ave
Suite 200
Los Angeles, CA 90036


Staples
500 Staples Drive
Framingham, MA 01702


Sucafina NA
9926 Main St
Suite 201
Fairfax, VA 22031


Sunny Sky Products, LLC
Dept 284
P.O. Box 4458
Houston, TX 77210


System D LLC t/a the Wydown
600-B H St NE
Washington, DC 20002


T-C 800 17TH STREET NW OWNER LLC
800 17th Street NW, Lower Level
Washington, DC 20006


TCHO
3100 San Pablo Ave
Suite 170
Berkeley, CA 94702


THE LOUIS DC RESIDENTIAL LLC
8350 Broad St.
Suite 1100
McLean, VA 22102

THE TREA 1001 PENNSYLVANIA AVENUE
TRUST
730 Third Avenue
New York, NY 10017


Tractor Beverage Company
568 W Buckles Road
Hayden, ID 83835


Trinity Group Construction
13849 Park Center Rd
Suite A
Herndon, VA 20171


Union Kitchen
1369 New York Ave NE
Washington, DC 20002


United Parcel Service
C/O RMS Bankruptcy Recovery
Services
PO BOX 4396
Timonium, MD 21094


Velasco Remodelling Services
9424 Wooded Glen Ave
Burke, VA 22015


Venable LLP
750 E Pratt St, Ste 900
Baltimore, MD 21202


Verizon Business
Verizon Wireless Bankruptcy
Administration
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

Versapay
548 Market Street
#43812
San Francisco, CA 94104


ViaTechnik
1800 Wazee St
Ste 300
Denver, CO 80202


Willard Packaging
18940 Woodfield Road
Gaitherburg, MD 20879


YesPac
260 Centennial Avenue
Piscataway, NJ 08854


Catherine Pearson
hello@oliviapears.com


Alan Schwartz
179 Taconic Road
Greenwich, CT  06831


Alex Michael
6008 Kennedy Drive
Chevy Chase, MD  20815


Eric S. Waldman, Esq.
Cameron Ingersoll Roche PLLC
4100 Monument Corner Drive
Suite 420
Fairfax, VA  22030

Arlington County Commissioner of
Revenue
Ellen M. Bozman Government Center
2100 Clarendon Blvd
Arlington, VA 22201


B5 Direct Holdings
600 New Hampshire Ave. NW
Washington, DC  20037



BroadAspect
44679 Endicott Drive, Suite 300
Ashburn, VA 20147



Capital One Bank, N.A.
Capital One Financial Corp
1680 Capital One Drive
McLean, VA 22102-3491


Chas Newman
1412 5th Street NW, Apt 201
Washington, DC  20001



Colby Bartlett LLC
2346 Massachusetts Ave N.W.
Washington, DC  20008



Comcast
Attn: Legal Department/Arbitration
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838



Cox Business
Records Custodian
Cox Communications
6205-B Peachtree Dunwoody Road
Atlanta, GA 30328

D2H LLC
4709 Augusta Drive
Frisco, TX  75034


District of Columbia Water and
Sewer Authority; Michelle Rhodd,
Secretary to the Board
1385 Canal Street, S.E
Washington, DC 20003


Dominion Electric Supply
5053 Langston Boulevard
Arlington, VA 22207


Dominion Energy
120 Tredegar St
Richmond, VA, 23219-4306


Fairfax County: Department of
Taxation
12000 Government Center Pkwy
Fairfax, VA 22035


Federal Insurance Company
202B Hall's Mill Road
Whitehouse Station, NJ 08889


First Internet Bank of Indiana
8701 E. 116th St.
Fishers, IN 46038


Harrison Suarez
c/o Kathryn Marshall Ali
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, DC 20002

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346


Jake Peker
2520 Q St NW
Washington, DC 20007


JBG Central Place Office LLC
Central Place Residences, L.L.C.
PO Box #7545
BB# 01-9494-75103
Hicksville, NY 11802-7545


JBG Hatton Retail LLC
4445 Willard Ave, Ste 700
Chevy Chase, MD 20815


JBG West Half Residential II, LLC
c/o James D. Sadowski, Esq.
Greenstein DeLorme & Luchs, P.C.
801 17th Street, N.W., Suite 1000
Washington, DC 20006


Jeremiah Lowin
1177 22nd St NNW, Unit 4D
Washington, DC  20037


Joel Shetterly
1915 Kalorama Rd NW
Washington, DC  20009


Jones Street Investors LLC
4214 Lenore Ln NW
Washington, DC  20008

JSG LLC
3029 Dent Pl NW
Washington, DC  20007


Kuran Malhotra
25 Aspen Drive
Livingston, NJ  07039


Lyric Capital
5101 Wisconsin Avenue, N.W.
STE 200
Washington, DC 20016


Matt Abend
420 T Street Northwest, #2
Washington, DC 20009


Max Deem
1659 Holbrook St NE #4
Washington, DC  20002


Nils Parker
311 E Erie St, Unit 302
Milwaukee, WI  53202


Office of Attorney General for the
District of Columbia
400 6th Street, N.W.
Washington, DC 20001


Office of the U.S. Trustee
Michael T. Freeman
Assistant United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Parker Teel
18180 Shinniecock Hills Place
Leesburg, VA  20176


Potomac Electric Power Co.
Corporate Correspondence
PEPCO
PO Box 97274
Washington, DC 20090-7274


Rippling People Center, Inc.
430 California Street, 11th Floor
San Francisco, CA 94104


Square Financial Services
3165 E. Millrock Drive, Suite 160
Salt Lake City, UT  84121


Technology Insurance Company, Inc.
59 Maiden Lane, 43rd Floor
New York, NY  10038


Terrell Place Property LLC
P.O. Box 75235
Baltimore, MD 21275-5235


The Comptroller of Maryland
Revenue Administration Division
P.O. Box 549
Annapolis, MD 21411-0001


THE LOUIS DC RESIDENTIAL LLC
730 Third Avenue
New York, NY 10017

UBS
1285 Avenue of the Americas
New York, NY 10019


UK Accelerator LLC
1625 Eckington Pl NE, Ste 100
Washington, DC 20002


Virginia Department of Taxation
Virginia Tax Bankruptcy
PO BOX 2156
Richmond, VA 23218-2156


Washington D.C. Department of
Taxing and Revenue
1101 4th Street, SW
Suite W270
Washington, DC 20024


Washington Gas
6801 Industrial Road
Springfield, VA 22151


Waste Management
800 Capitol, Suite 3000
Houston, TX 77002


With Coverage
29 W 17th Street
Floor 7
New York, NY  10011


WRIT Spring Valley LLC
WRIT Spring Valley LLC (Lease No
35962)
1775 Eye Street NW
Washington, DC 20006

Zurich American Insurance Company
1299 Zurich Way
Schaumburg, IL  60196-1056

ZWC Family Trust
2010 Brightwaters Blvd
St. Petersburg, FL 37704

Addison J. Chappell, Esquire
Miles & Stockbridge P.C.
100 Light Street
7th Floor
Baltimore, Maryland 21202

Catherine B. Harrington, Esquire
Miles & Stockbridge P.C.
915 Meeting Street
Suite 1110
North Bethesda, MD 20852