The order below is hereby signed.

Signed: January 8 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Compass Coffee, LLC,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 26-00005 (ELG)** |

**ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Upon consideration of the *Debtor's Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs* [Docket No. 4] (the "***Motion***")[1] filed by the above-captioned debtor and debtor in possession (the "***Debtor***") pursuant to sections 105 and 521 of the Bankruptcy Code, rule 1007-1(d)(2) of the Bankruptcy Rules, and

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Proposed Counsel for Debtor and Debtor in Possession*

rule 1007-1(d)(2) of the Local Rules, seeking entry of an order (this "*Order*") extending the fourteen (14) day period to file its schedules of assets and liabilities and statement of financial affairs (together, the "*Schedules*"); the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b); venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; the Court having convened a hearing on the Motion on January 7, 2026 (the "*Hearing*"); all objections, if any, to the Motion having been resolved, withdrawn, or overruled; upon the record of the Hearing and the M. Haft Declaration; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The time by which the Debtor shall file its Schedules is hereby extended by an additional nine (9) days, through and including **January 30, 2026**, without prejudice to the Debtor's right to seek further extensions.

3. The Debtor is authorized to take all actions necessary to implement the relief granted herein.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. The Debtor is directed to serve a copy this Order on the same parties that were provided notice of the Motion and file a proof of service within three (3) days of entry of this Order.

[*Endorsement Page Follows*]

WE ASK FOR THIS:

/s/ *Jennifer E. Wuebker*
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:    (804) 788-8200
Facsimile:    (804) 788-8218
Email:        tpbrown@hunton.com
              jwuebker@hunton.com
              nmonico@hunton.com

*Proposed Counsel for the Debtor and Debtor in Possession*

SEEN:

/s/ *Kristen S. Eustis* (with express written permission)
Kristen S. Eustis
Trial Attorney, Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 23314
Telephone:    (703) 557-7227
Email:        Kristen.S.Eustis@usdoj.gov

3