## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **COMPASS COFFEE, LLC,** | Case No. 26-00005-ELG |
| Debtor. | Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of James Wilson Constitutional Society, LLC, pursuant to Bankruptcy Code § 342(a), as well as Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and the Local Rules of this Court.  The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon:

> Andrea Campbell Davison, Esq.
> BEAN, KINNEY & KORMAN, P.C.
> 2311 Wilson Blvd., 5th Floor
> Arlington, Virginia 22201
> (703) 525-4000
> (703) 525-2207 (Fax)
> adavison@beankinney.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail (electronic or otherwise), delivery, telephone, telegraph, telecopy or otherwise, which may in any way affect or seek to affect any right or interest of James Wilson Constitutional Society, LLC.

Dated: January 8, 2026

        Respectfully Submitted,

        **JAMES WILSON CONSTITUTIONAL SOCIETY, LLC,**
        **By Counsel**

        */s/ Andrea Campbell Davison*
        Andrea Campbell Davison (DC Bar No. 986291)
        BEAN, KINNEY & KORMAN, P.C.
        2311 Wilson Blvd., 5th Floor
        Arlington, Virginia 22201
        (703) 525-4000
        (703) 525-2207 (Fax)
        adavison@beankinney.com
        *Counsel for James Wilson Constitutional Society, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF service on all parties entitled to receive notice in the above-captioned case, including the following:

Jennifer Ellen Wuebker
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
*Counsel for Debtor*

Kristen S. Eustis
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for U.S. Trustee*

        */s/ Andrea Campbell Davison*
        Andrea Campbell Davison

2