GREENSTEIN DELORME & LUCHS, P.C.
James D. Sadowski (D.C. Bar # 446635)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400; Fax: (202) 452-1410
Email: jds@gdllaw.com
*Counsel for West Half Residential II, LLC
 and Terrell Place Property, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>COMPASS COFFEE, LLC,<br><br>    *Debtor*. | Case No.:  26-00005<br>Chapter 11 |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

PLEASE TAKE NOTICE that pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the firm of Greenstein DeLorme & Luchs, P.C. ("GDL") hereby submits this verified statement (the "Rule 2019 Statement") with respect to GDL's representation of West Half Residential II, LLC ("West Half") and Terrell Place Property, LLC ("Terrell Place") in this Chapter 11 case.  GDL states as follows:

1. West Half and Terrell Place are both landlords under unexpired leases of commercial space located in Washington, D.C., in which Compass Coffee, LLC (the "Debtor") is the tenant.

2. As of today, GDL represents only West Half and Terrell Place in this Chapter 11 case and those entities are the only persons or entities with respect to which GDL is required to file a statement pursuant to Federal Rule of Bankruptcy Procedure 2019 ("Rule 2019").

6221\0038\4908-4988-3528.v2

3. Pursuant to Rule 2019, West Half's and Terrell Place's address and "the nature and amount of each disclosable economic interest," if any, held by each of them are as follows:

| Name | Address | Nature of Interest or Claim | Amount of Claim[1] |
| --- | --- | --- | --- |
| West Half Residential II, LLC | c/o JBG SMITH Properties<br>4747 Bethesda Avenue<br>Suite 200<br>Bethesda, MD 20814 | Unexpired lease with the Debtor dated as of May 18, 2017, as amended, for Suite 135 located at 1201 Half Street, S.E. Washington, D.C. | $51,161.47 |
| Terrell Place Property, LLC | c/o Beacon Capital Partners<br>200 State Street<br>5th Floor<br>Boston, MA 0210 | Unexpired lease with the Debtor dated May 28, 2015, as amended, for space located at 650 F Street, Washington D.C. | $15,076.96 |

4. Nothing contained in this Rule 2019 Statement is intended to, or should be construed: (i) to waive either West Half's or Terrell Place's rights to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) to waive any right of West Half or Terrell Place to have final orders in non-core matters entered only after de novo review by a United States District Judge; (iii) as consent to the jurisdiction of the Court over any matter; (iv) as an election of remedy by West Half or Terrell Place; (v) as a waiver of West Half's or Terrell Place's right to trial by jury in any proceeding so

---

[1] The amounts listed are as of the petition date. The two unexpired leases are currently anticipated to be assumed, but that is just one possible outcome. An exact calculation of the amounts owed cannot be made due to fact that it is not now known whether one or both leases will be either assumed or rejected. Additional amounts, including post-petition amounts and rejection damages, may be due and owing to West Half and Terrell Place. Nothing in this Rule 2019 Statement waives the right of either West Half or Terrell Place to assert a claim for all amounts that they each are owed.

6221\0038\4908-4988-3528.v2

triable; (vi) as a waiver of West Half's or Terrell Place's right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (viii) as a waiver of any privilege or protection against disclosure including without limitation the attorney client privilege or the attorney work product doctrine; or (viii) as a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments to which West Half or Terrell Place may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.  Additionally, nothing herein should be construed as a limitation upon, or waiver of, any rights of either West Half or Terrell Place to assert, file, and/or amend any proof of claim in accordance with applicable law and any order entered in this Chapter 11 case.

5. GDL reserves all rights to amend or supplement this Rule 2019 Statement as necessary for any reason in accordance with Bankruptcy Rule 2019.

6. The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose or use.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated:  January 16, 2026

/s/ James D. Sadowski
James D. Sadowski, D.C. Bar No. 446635
801 17th Street, N.W., Suite 1000
Washington, D.C.  20006
Phone:  (202) 452-1400
Fax: (202) 452-1410
Email:   jds@gdllaw.com
*Counsel for West Half Residential II, LLC and Terrell Place Property, LLC*

3

6221\0038\4908-4988-3528.v2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2026, a true copy of the foregoing Rule 2019 Statement should be served electronically by a Notice of Electronic filing on all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski

6221\0038\4908-4988-3528.v2