# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| Compass Coffee, LLC, | Bankr. Case No. 26-00005-ELG |
| Debtor. | Chapter 11 |

## NOTICE OF WITHDRAWAL OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Please take notice that Matthew W. Cheney, Acting United States Trustee for Region 4, by counsel, hereby withdraws his Appointment of Unsecured Creditors' Committee of Compass Coffee, LLC (Doc. No. 83) filed on January 20, 2026.

Dated: January 21, 2026

Matthew W. Cheney
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

## Certificate of Service

   I hereby certify that on January 21, 2026, I electronically filed the foregoing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Addison J. Chappell achappell@milesstockbridge.com

Katie Lane Chaverri kchaverri@tlclawfirm.com, dtayman@tlclawfirm.com

Andrea Campbell Davison ADavison@beankinney.com, ksmith@beankinney.com

Richard A DuBose, III rdubo@gebsmith.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Catherine Brady DiFazio Harrington charrington@milesstockbridge.com

Leonidas Koutsouftikis lkouts@mckplaw.com, mcook@magruderpc.com

Robert M. Marino rmmarino@rpb-law.com, rmmarino1@aol.com

Nicholas S. Monico nmonico@huntonak.com

James D. Sadowski jds@gdllaw.com, mer@gdllaw.com

Alexandria Jean Smith ajs@gdllaw.com, rwl@gdllaw.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Eric Waldman ewaldman@cirlaw.com,
rbashaw@cirlaw.com;ecameron@cirlaw.com;bloveless@cirlaw.com

Jennifer Ellen Wuebker jwuebker@hunton.com, tcanada@hunton.com;jwuebker@hunton.com

   I further certify that on January 21, 2026, a copy of the foregoing was served by first class mail, postage prepaid to the Debtor and the Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| Compass Coffee, LLC<br>1535 7th Street NW<br>Washington, DC 20001 | AP DC Tomato's LLC<br>1850 Old Reston Ave.<br>Reston, VA 20190 |

| | |
|---|---|
| Sucafina NA<br>9926 Main St., Suite 201<br>Fairfax, VA 22031 | Odeko<br>247 Centre St.<br>New York, NY 10013 |
| Venable LLP<br>750 E. Pratt St., Suite 900<br>Baltimore, MD 21202 | Café Imports Fulfillment<br>2617 E. Hennepin Ave.<br>Minneapolis, MN 55413 |
| 1401 Eye Holdings LLC<br>40 E. 52nd St., Fl. 8<br>New York, NY 10022 | 655 New York, LLC<br>750 9th St. NW, Suite 700<br>Washington, DC 20001 |
| Trinity Group Construction<br>13849 Park Center Rd., Suite A<br>Herndon, VA 20171 | Califia Farms<br>1019 E. 4th Pl., Suite 100<br>Los Angeles, CA 90013 |
| Excelco Trading, L.P.<br>17 Battery Place, Suite 925<br>New York, NY 10004 | Falls Church (E&A), LLC<br>1272 5th St. NE, Suite 200<br>Washington, DC 20002 |
| Glass House Coffee Four, LLC<br>1201 New York Avenue NW<br>Washington, DC 20005 | Fresh Baguette<br>804 Hungerford Dr.<br>Rockville, MD 20850 |
| James Wilson Constitutional Society<br>4710 Langston Blvd.<br>Arlington, VA 22207 | The Louis DC Residential LLC<br>730 Third Avenue<br>New York, NY 10017 |
| Cafritz-Wilkes Development Group LLC<br>5101 Wisconsin Ave., NW, Suite 200<br>Washington, DC 20016 | Perseus 1827 Adams Mill Investments LLC<br>1200 19th Street, NW<br>Washington, DC 20036 |
| 1301 K Street Limited Partnership<br>1301 K Street NW, Suite 1180W<br>Washington, DC 20005 | Numilk<br>1944 Rt. 22 Loading Dock<br>Brewster, NY 10509 |

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist