**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Proposed Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Compass Coffee, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 26-00005 (ELG) |

**STALKING HORSE SELECTION NOTICE**

  **PLEASE TAKE NOTICE** that, on January 23, 2026, the United States Bankruptcy Court for the District of Columbia (the "Court") entered the *Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Approving Stalking Horse Protections; (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; (V) Approving Form and Notice Thereof* [Docket No. 90] (the "***Bidding Procedures Order***").[1]

  **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures and the Bidding Procedures Order, the Debtor hereby selects **CAFFE NERO NORTH AMERICA, INC.** as the stalking horse purchaser (the "***Stalking Horse Purchaser***," and the bid submitted by the Stalking Horse Purchaser, the "***Stalking Horse Bid***") pursuant to and as set forth in the asset purchase agreement attached hereto as Exhibit 1 (the "***Stalking Horse Purchase Agreement***"). The Stalking Horse Bid is subject to higher or better offers in accordance with the Bidding Procedures and the Bidding Procedures Order.

  **PLEASE TAKE FURTHER NOTICE** that, the Stalking Horse Bid includes an offer to purchase substantially all of the Debtor's assets, as set forth in the Stalking Horse Purchase Agreement, for a cash purchase price of $2,900,000, plus the assumption of certain liabilities, solely to the extent expressly set forth in the Stalking Horse Purchase Agreement.

  **PLEASE TAKE FURTHER NOTICE** that, the Stalking Horse Bid includes a proposed breakup fee in the amount of 4% of the cash purchase price in certain circumstances, as set forth in the Stalking Horse Purchase Agreement (the "***Breakup Fee***").

---

[1] Capitalized terms used, but not otherwise defined herein, have the meaning assigned in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, any objections to the Debtor's selection of the Stalking Horse Purchaser, including the Breakup Fee, must (a) be set forth in writing and describe with specificity the factual and legal basis for the Sale Objection; (b) comply with the Bankruptcy Rules and Local Rules; (c) be filed with the Clerk of the Court by no later than **4:00 p.m. ET on January 30, 2026**.

**PLEASE TAKE FURTHER NOTICE** that, additional information regarding the Bidding Procedures and the proposed Sale, including copies of the Sale Motion and the Bidding Procedures Order, is available by contacting Debtor's counsel using the contact information below, or by accessing the documents via PACER.

[*Remainder of this page left intentionally blank.*]

Dated: January 23, 2026
Richmond, Virginia

    Respectfully submitted,

    /s/ *Jennifer E. Wuebker*
    Tyler P. Brown (admitted *pro hac vice*)
    Jennifer E. Wuebker (D.C. Bar No. 1035039)
    Nicholas S. Monico (admitted *pro hac vice*)
    **HUNTON ANDREWS KURTH LLP**
    951 E. Byrd Street
    Richmond, Virginia 23219
    Telephone:   (804) 788-8200
    Facsimile:   (804) 788-8218
    Email:       tpbrown@hunton.com
                      jwuebker@hunton.com
                      nmonico@hunton.com

    *Proposed Counsel for the Debtor and Debtor in Possession*