## Schedule 1

**Assigned Contract List**

| Counter Party | Contract/Lease Description | Effective Date |
|---|---|---|
| 13th & F Associates, LP. | Lease for the cafe at 555 13th St. | 5/12/2025 |
| 74 Washington Retail Holdings, LLC | Lease for the cafe at 4850 Massachusets Ave. | 12/1/2018 |
| 1301 K Street Limited Partnership | Lease for the cafe at 1301 K St. | 9/1/2019 |
| 2130 P Street Associates | Lease for the cafe at 2150 P St. | 4/10/2025 |
| Baldinos Electronic Security, Inc. | Brivo Monitoring and Cloud Access Control | 1/1/2026 |
| Celigo, Inc. | Data and Subscriptiion Integration Platform | 12/29/2025 |
| Cushman & Wakefield U.S. Inc. | Lease for the cafe at 1201 Wilson Blvd. | 6/1/2018 |
| Ecobee, Inc. | SmartBuildings Plan and HVAC Control Services | 1/10/2026 |
| FC-QIC Ballston Common Retail JV, LLC | Lease for the cafe at 4100 Wilson Blvd. | 3/1/2020 |
| Get Ansa, Inc. | Customer Wallet Agreement | 6/28/2023 |
| Greystar | Lease for the cafe at 82 L St. | 10/1/2024 |
| inKind Cards, Inc. | Credit Agreement | 4/9/2025 |
| James Wilson Constitutional Society | Lease for the cafe at 4710 Langston Blvd. | 7/1/2022 |
| JBG West Half Residential II, LLC | Lease for the cafe at 1201 Half St. | 3/1/2022 |
| KBSIII 3003 Washington LLC | Lease for the cafe at 3003 Washington Blvd. | 3/1/2025 |
| Klaviyo, Inc. | Marketing Services | 1/12/2026 |
| MDP 1351 Wisconsin LLC | Lease for the cafe at 1351 Wisconsin Blvd. | 1/1/2019 |
| Netgain Solutions, Inc. | Accounting Software and Lease, Loan and Fixed-Asset Management | 9/1/2025 |
| Oracle America, Inc. | NetSuite Commerce Cloud Services | 5/22/2023 |
| Ordergroove, LLC | Commerce Cloud Service | 2/1/2025 |
| People Center, Inc. (dba Rippling) | Employee Payroll, Benefits, Management, and Recruiting Services | 9/1/2025 |
| Regency Centers, L.P. | Lease for the cafe at 10400 Fairfax Blvd. | 3/1/2022 |
| Rockrose General Equities LLC | Lease for the cafe at 849 18th St. | 7/7/2016 |
| Shopify, Inc. | E-Commerce Platform | 12/29/2025 |
| Soundtrack Your Brand USA, Inc. | In-Store Music Streaming Services | 5/20/2025 |
| Terrell Place Property LLC | Lease for the cafe at 650 F St. | 10/31/2015 |
| THE TREA 1001 PENNSYLVANIA AVENUE TRUST | Lease for the cafe at 435 11th St. | 3/1/2023 |