Lynne Bernabei, Esquire, D.C. Bar No. 938936
Alan R. Kabat, D.C. Bar No. 464258
Bernabei & Kabat, PLLC
1400 – 16th Street, N.W., Suite 500
Washington, D.C. 20036-2223
tel. (202) 745-1942
Bernabei@bernabeipllc.com
Kabat@bernabeipllc.com
*Counsel for Tiye Massey*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------x
                                                  :

*In re:*                                             :
                                                :    Case No. 26-00005-ELG
Compass Coffee, LLC                :    Chapter 11
                                                :
              Debtor.                 :
---------------------------------------------------------x

**NOTICE OF APPEARANCE, REQUEST FOR ENTRY ON MATRIX,
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS, AND
<u>RESERVATION OF RIGHTS</u>**

PLEASE TAKE NOTICE that Ms. Tiye Massey, pursuant to Bankruptcy Rule 9010(b), hereby appears in the above-captioned case by her counsel, Lynne Bernabei and Alan R. Kabat, and the law firm of Bernabei & Kabat, PLLC. Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court, and all notices given or required to be given, be served upon the undersigned at the following address:

                            Lynne Bernabei, Esquire
                            Alan R. Kabat, Esquire
                            Bernabei & Kabat, PLLC
                            1400 – 16th Street, N.W., Suite 500
                            Washington, D.C. 20036-2223
                            tel. (202) 745-1942
                            fax (202) 745-2627
                            Bernabei@bernabeipllc.com
                            Kabat@bernabeipllc.com

This request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and regardless of means of transmittal, or otherwise filed or made with respect to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Ms. Massey's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy, or proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue of the Bankruptcy Court in this proceeding; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which she is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: January 26, 2026

                                             Respectfully submitted,

                                             */s/ Alan R. Kabat*

                                             Lynne Bernabei, D.C. Bar No. 938936
                                             Alan R. Kabat, D.C. Bar No. 464258
                                             Bernabei & Kabat, PLLC
                                             1400 – 16th Street, N.W., Suite 500
                                             Washington, D.C. 20036-2223
                                             tel. (202) 745-1942
                                             fax (202) 745-2627
                                             Bernabei@bernabeipllc.com
                                             Kabat@bernabeipllc.com

                                             *Counsel for Tiye Massey*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2026, a copy of the foregoing Notice of Appearance, Request for Entry on Matrix, Request for Service of Notices and Other Documents, and Reservation of Rights was served via this Court's CM/ECF system, with copies being sent to all parties receiving electronic notice herein.

*/s/ Alan R. Kabat*
_____
Alan R. Kabat