| | |
|---|---|
| Jeffrey Tarkenton (D.C. Bar No. 376493) | Matthew P. Ward (pro hac vice forthcoming) |
| WOMBLE BOND DICKINSON (US) LLP | Morgan L. Patterson (pro hac vice forthcoming) |
| 2001 K. Street, NW | WOMBLE BOND DICKINSON (US) LLP |
| Suite 400 South | 1313 N. Market Street, Suite 1200 |
| Washington, DC 20006 | Wilmington, DE 19801 |
| Telephone: (202) 467-6900 | Telephone: (302) 252-4320 |

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| **Debtor.** | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010, the law firm of Womble Bond Dickinson (US) LLP hereby enters their appearance as counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy case (the "Bankruptcy Case") of the above-captioned debtor in possession (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings, and all other papers required to be served in this Bankruptcy Case be served upon the following persons, and that such persons be added to the mailing matrix in this Bankruptcy Case:

| | |
|---|---|
| Jeffrey Tarkenton (D.C. Bar No. 376493) | Matthew P. Ward (pro hac vice forthcoming) |
| WOMBLE BOND DICKINSON (US) LLP | Morgan L. Patterson (pro hac vice forthcoming) |
| 2001 K. Street, NW | WOMBLE BOND DICKINSON (US) LLP |
| Suite 400 South | 1313 N. Market Street, Suite 1200 |
| Washington, DC 20006 | Wilmington, DE 19801 |
| Telephone: (202) 467-6900 | Telephone: (302) 252-4320 |
| Email: jeffrey.tarkenton@wbd-us.com | Email: matthew.ward@wbd-us.com |
| | morgan.patterson@wbd-us.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to this Bankruptcy Case and proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, is intended to waive: (a) the right of the Committee to have final orders in (i) non-core matters, and (ii) matters designated for final adjudication in the Bankruptcy Court as a statutory matter pursuant to 28 U.S.C. § 157(b), but prohibited from proceeding as such pursuant to Article III of the Constitution, entered only after de novo review by a federal district court judge (and nothing contained herein shall be construed or otherwise deemed to be a waiver of such right by the Committee or consent by the Committee to final adjudication in the Bankruptcy Court of such matters); (b) the right of the Committee to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (c) the right of the Committee to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (d) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (e) an election of remedy; or (f) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: January 26, 2026<br>Washington, D.C. | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Jeffrey Tarkenton*<br>Jeffrey Tarkenton (D.C. Bar No. 376493)<br>2001 K. Street, NW<br>Suite 400 South<br>Washington, DC 20006<br>Telephone: (202) 467-6900<br>Email: jeffrey.tarkenton@wbd-us.com<br><br>and<br><br>Matthew P. Ward (pro hac vice forthcoming)<br>Morgan L. Patterson (pro hac vice forthcoming)<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Email: matthew.ward@wbd-us.com<br>         morgan.patterson@wbd-us.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |