| | |
|---|---|
| Jeffrey Tarkenton (D.C. Bar No. 376493) | Matthew P. Ward (pro hac vice forthcoming) |
| WOMBLE BOND DICKINSON (US) LLP | Morgan L. Patterson (pro hac vice forthcoming) |
| 2001 K. Street, NW | WOMBLE BOND DICKINSON (US) LLP |
| Suite 400 South | 1313 N. Market Street, Suite 1200 |
| Washington, DC 20006 | Wilmington, DE 19801 |
| Telephone: (202) 467-6900 | Telephone: (302) 252-4320 |

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| Debtor. | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MORGAN L. PATTERSON**

Pursuant to Local Bankruptcy Rule 2090-1(b), Jeffrey Tarkenton, Esquire, a member in good standing of the bar of this Court, representing the Official Committee of Unsecured Creditors of Compass Coffee, LLC, moves the admission of Morgan L. Patterson, Esquire, to appear *pro hac vice* in the above-captioned proceedings and, in support thereof, states as follows:

1. Ms. Patterson is a member in good standing of the Bar of the State of Delaware and is admitted to practice before the United States District Court for the District of Delaware.

2. Pursuant to Local Bankruptcy Rule 2090-1(b), "an attorney who is not a member of the Bar of the United States District Court for the District of Columbia, but who is a member in good standing in every jurisdiction where the attorney has been admitted to practice and is not subject to pending disciplinary proceedings as a member of the Bar in any jurisdiction, may appear by leave of Court. Such attorney shall, contemporaneous with the making of such appearance, file a Motion for Admission *Pro hac vice* to appear before this Court, which need not be signed by any other attorney, along with the applicable filing fee."

3.  The undersigned respectfully requests that the Court allow Ms. Patterson to file pleadings and appear *pro hac vice* on behalf of the Official Committee of Unsecured Creditors in this chapter 11 case.

4.  Ms. Patterson's certification of compliance with this Court's Local Rule is appended to this Motion as **Exhibit A** and incorporated herein by reference.

5.  The undersigned has provided notice of this Motion to the United States Trustee and all parties entitled to receive electronic notice in this chapter 11 case.

WHEREFORE, Jeffrey Tarkenton respectfully requests that the Court enter an Order, substantially in the form attached hereto, permitting Morgan L. Patterson, Esquire to appear *pro hac vice* in the above-captioned chapter 11 case and granting such other and further relief as may be appropriate and just.

| | |
|---|---|
| Dated: January 27, 2026<br>Washington, D.C. | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Jeffrey Tarkenton*<br>Jeffrey Tarkenton (D.C. Bar No. 376493)<br>2001 K. Street, NW<br>Suite 400 South<br>Washington, DC 20006<br>Telephone: (202) 467-6900<br>Email: jeffrey.tarkenton@wbd-us.com<br><br>and<br><br>Matthew P. Ward (pro hac vice forthcoming)<br>Morgan L. Patterson (pro hac vice forthcoming)<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Email: matthew.ward@wbd-us.com<br>          morgan.patterson@wbd-us.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27, 2026 a copy of the foregoing Motion was filed and served electronically using the Court's ECF System to all parties receiving electronic notice, and via email and First Class Mail to the Office of the United States Trustee at USTP.Region04@usdoj.gov, Michael.T.Freeman@usdoj.gov, and kristen.s.eustis@usdoj.gov and:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey Tarkenton*
　　　　　　　　　　　　　　　　　　　　　　Jeffrey Tarkenton

3