**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| **Debtor.** | |

**ORDER GRANTING FOR ADMISSION *PRO HAC VICE***
**OF MORGAN L. PATTERSON**

Upon consideration of the *Motion for Admission Pro Hac Vice of Morgan L. Patterson* (the "Motion")[1]; the Court finds good and sufficient cause exists for granting of the relief requested in the Motion; and after having given due deliberation upon the Motion, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

**ORDERED, ADJUDGED, AND DECREED THAT**

1.      The Motion is GRANTED.

2.      Morgan L. Patterson is permitted to appear *pro hac vice* in the above-captioned chapter 11 case and any related proceedings in accordance with Rule 2090-1(b) of the *Local Rules of the United States Bankruptcy Court for the District of Columbia.*

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

3.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, or enforcement of this Order.

*[Signature Page Follows]*

WE ASK FOR THIS:

/s/ *Jeffrey Tarkenton*

**WOMBLE BOND DICKINSON (US) LLP**
Jeffrey Tarkenton (D.C. Bar No. 376493)
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
Telephone: (202) 467-6900
Email: jeffrey.tarkenton@wbd-us.com

and

Matthew P. Ward (pro hac vice forthcoming)
Morgan L. Patterson (pro hac vice forthcoming)
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Email: matthew.ward@wbd-us.com
        morgan.patterson@wbd-us.com

*Proposed Counsel for the Official
Committee of Unsecured Creditors*