| | |
|---|---|
| Jeffrey Tarkenton (D.C. Bar No. 376493) | Matthew P. Ward (pro hac vice forthcoming) |
| WOMBLE BOND DICKINSON (US) LLP | Morgan L. Patterson (pro hac vice forthcoming) |
| 2001 K. Street, NW | WOMBLE BOND DICKINSON (US) LLP |
| Suite 400 South | 1313 N. Market Street, Suite 1200 |
| Washington, DC 20006 | Wilmington, DE 19801 |
| Telephone: (202) 467-6900 | Telephone: (302) 252-4320 |

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| **Debtor.** | |

**CERTIFICATION OF MORGAN L. PATTERSON**

I hereby certify that I am a member in good standing of the Bar of the State of Delaware and am admitted to practice before the United States District Court for the District of Delaware.

I certify further that I am not the subject of any disciplinary proceedings in Delaware or any other jurisdiction. Further, I have read the Local Rules of this Court and certify that my knowledge of the Local Rules of this Court, as well as the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence, is current.

I solemnly affirm under the penalties of perjury that the information set forth herein is true and accurate.

Dated: January 27, 2026   */s/ Morgan L. Patterson*
　　　　　　　　　　　　　Morgan L. Patterson (pro hac vice forthcoming)
　　　　　　　　　　　　　1313 N. Market Street, Suite 1200
　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　Telephone: (302) 252-4320
　　　　　　　　　　　　　Email: morgan.patterson@wbd-us.com

　　　　　　　　　　　　　*Proposed Counsel for the Official Committee of Unsecured Creditors*