**McCARTER & ENGLISH, LLP**
Lawrence J. O'Brien, Esq. (DC #90021914)
405 N. Market Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
lobrien@mccarter.com

-and-

Jeffrey T. Testa, Esq. (*pro hac vice* forthcoming)
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 622-4444
jtesta@mccarter.com
*Counsel for Caffe Nero North America, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Coffee, LLC, | ) | Case No. 26-00005 (ELG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Caffe Nero North America, Inc. ("Nero") hereby enters its appearance in the above-captioned case by and through its counsel, McCarter & English, LLP, and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

| | |
|---|---|
| Lawrence John O'Brien, Esq. | Jeffrey T. Testa, Esq. (*pro hac vice* forthcoming) |
| McCarter & English, LLP | McCarter & English, LLP |
| 405 N. Market Street, 8th Floor | Four Gateway Center |
| Wilmington, Delaware 19801 | 100 Mulberry St. |
| Telephone: (302) 984-6300 | Newark, NJ 07102 |
| Facsimile: (302) 984-6399 | Telephone: (973) 622-4444 |
| E-mail: lobrien@mccarter.com | E-mail: jtesta@mccarter.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Nero is or may be entitled.

Dated: January 28, 2026

                                                **McCARTER & ENGLISH, LLP**

                                                */s/ Lawrence J. O'Brien*
                                                Lawrence J. O'Brien (DC #90021914)
                                                405 N. Market Street, 8th Floor
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 984-6300
                                                Facsimile: (302) 984-6399
                                                lobrien@mccarter.com

-and-

Jeffrey T. Testa, Esq. (*pro hac vice* forthcoming)
Fourt Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 622-4444
E-mail: jtesta@mccarter.com

*Counsel for Caffe Nero North America, Inc.*

ME1\59777080.v1