The order below is hereby signed.

Signed: February 3 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 26-00005 (ELG)<br>) |
| COMPASS COFFEE, LLC | )<br>) Chapter 11 |
| Debtor. | )<br>) |

**ORDER GRANTING ADMISSION *PRO HAC VICE* FOR LAUREL D. ROGLEN**

Upon consideration of the Motion for Admission *pro hac vice* of Laurel D. Roglen, it is hereby **ORDERED** that the Motion is **GRANTED.**

Laurel D. Roglen is hereby admitted to this Court *pro hac vice,* for the limited purpose of appearing and participating in this action as *pro hac vice* counsel for CoStar Central Place HQ, LLC.

**IT IS SO ORDERED.**

End of Order

**WE ASK FOR THIS:**

*/s/ John D. Sadler*
John D. Sadler (#483301)
**BALLARD SPAHR LLP**
1909 K Street 12th Floor
Washington D.C. 20006-1157
Telephone: (202) 661-2218
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com

and

Laurel D. Roglen (DE No. 5759; NY No. 4991865)
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
roglenl@ballardspahr.com

*Attorneys for CoStar Central Place HQ, LLC*