IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | * | Chapter 11 |
| COMPASS COFFEE, LLC | * | |
| | * | Case No. 26-000005 |
| Debtor | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR ADMISSION PRO HAC VICE OF JOHN MONAGHAN**

John Monaghan of Holland & Knight LLP, undersigned counsel for KBSIII 3003 WASHINGTON, LLC ("KBSIII"), creditors in the above-captioned matter, file this motion for an order allowing John Monaghan be admitted pro hac vice to the bar of this Court for the purpose of appearing on behalf of KBSIII.

1. John Monaghan is an attorney with the law firm at Holland & Knight, 10 St. James Avenue, 11th Floor, Boston, MA 02116, phone number is (617) 573-5834.

2. John Monaghan is not a member of this court but is a member in good standing of the bar of Massachusetts. Attached hereto as Exhibit A is the certificate of good standing from the State Bar of Massachusetts.

3. As reflected in the his sworn declaration hereto Exhibit B, no disciplinary proceedings or criminal charges have been instituted against John Monaghan.

4. KBSIII has also retained John Monaghan to represent its interests in this case. Philip T. Evans has previously entered his appearance.

Wherefore, the above premises considered, counsel requests this Honorable Court grant the Motion to Appear Pro Hac Vice and enter an order allowing John Monaghan to appear as additional counsel for KBSIII.

Dated:  February 6, 2026

                    Respectfully submitted,

                    _/s/ John Monaghan_____
John Monaghan
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116
Telephone: (617) 573-5834
(617) 523-6850 FAX
John.monaghan@hklaw.com

*Attorney for KBSIII 3003 WASHINGTON, LLC*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Admission was mailed by U.S. first class mail, postage prepaid, this 6th of February, 2026 to the following:

> Jennifer E. Wuebker
> Hunton Andrews Kurth LLP
> 951 E. Byrd Street
> Richmond, VA 23219
>
> Office of the US Trustee
> 115 South Union Street, Plaza Level
> Suite 210
> Alexandria, VA 22314

and that the foregoing Notice was also filed electronically via the Court's CM/ECF system such that it would be served electronically on those parties entitled to receive such notice.

    /s/ John Monaghan
    John Monaghan