# EXHIBIT 1



| Statement Date: | 2/1/2026 |
|---|---|
| Invoice No: | CC-01302026 |
| **TOTAL DUE** | |
| $29,774.63 | |

**Bill To:**
Compass Coffee, LLC
c/o Kevin Frisch
1535 7th Street, NW
Washington, DC 20001

| Property Address: |
|---|
| 1201 Wilson Blvd., Suite 205 |
| Arlington, VA 22209 |

| **Balance Forward** | | **Amount** |
|---|---|---|
| | $ | 29,774.63 |
| **Description** | | **Amount** |
| **Base Rent for January 2026** | | $18,452.61 |
| **Base Rent for February 2026** | | $18,452.61 |
| **OPEX for January 2026** | | $1,943.92 |
| **OPEX for February 2026** | | $1,943.92 |
| **RETAX for January 2026** | | $1,330.05 |
| **RETAX for February 2026** | | $1,330.05 |
| **2025 Reconciliation** | | $1,766.92 |
| **Billback - Dewberry - Investigate Flooding** | | $1,500.00 |
| **Billback - DMV Plumbing Invoice** | | $1,625.00 |
| **Plumbing Repairs** | | $169,245.00 |
| **Billback - Postage** | | $63.30 |
| **Late Fees & Interest** | | $8,133.72 |
| | Total: | $225,787.10 |



**Direct Billing Inquiries to:**
Dawn Burch
813-465-7029
Dawn.Burch@cushwake.com
CoStarLeaseAdmin@cushwake.com

| Invoice |

Please remit to:
**Dewberry Engineers Inc.**
P.O. Box 821824
Philadelphia, PA 19182-1824
(703)849-0100  TIN:13-0746510



CUSHMAN AND WAKEFIELD
1801 K STREET, NW, SUITE 1100 - L
WASHINGTON, DC  20006

September 17, 2025
Project No:       50189498.000
Invoice No:       22463219
Due Date:         October 17, 2025

Project Manager      Matthew Myers

Project          50189498.000         1201 Wilson - Compass Coffee

**Professional Services from July 26, 2025 to August 29, 2025**

Phase            0000        Lump Sum Billing
**Fee**

| Billing Phase | Fee | Pct Comp | Amount Earned | Previously Billed | Current Fee |
|---|---|---|---|---|---|
| Investigating Flooding | 1,500.00 | 100.00 | 1,500.00 | 0.00 | 1,500.00 |
| Total Fee | 1,500.00 |  | 1,500.00 | 0.00 | 1,500.00 |

|  |  |
|---|---|
| **Total Fee** | **1,500.00** |
| **Total this Phase** | **1,500.00** |
| **Total Invoice Amount Due** | **1,500.00** |

---

NOTE: Dewberry will not ask our clients to update any banking information via email. Please call Richard Goldstein directly at 703.849.0219 to request or verify our banking information or account number. This invoice accurately reflects the terms and conditions of our agreement and the amount hereon is correct. This invoice is due and payable within 30 days of the invoice date. Any questions pertaining to the amount should be brought to the attention of Dewberry Immediately. For faster and accurate processing of your payment, email your ACH requirements to ar@dewberry.com. Thank you

| Invoice | |
|---|---|
| | Please remit to: |
| | **Dewberry Engineers Inc.** |
| | P.O. Box 821824 |
| | Philadelphia, PA 19182-1824 |
| | (703)849-0100  TIN:13-0746510 |



| | |
|---|---|
| CUSHMAN AND WAKEFIELD | September 17, 2025 |
| 1801 K STREET, NW, SUITE 1100 - L | Project No:     50189498.000 |
| WASHINGTON, DC  20006 | Invoice No:    22463219 |
| | Due Date:      October 17, 2025 |
| | Project Manager      Matthew Myers |

Project            50189498.000           1201 Wilson - Compass Coffee

**Professional Services from July 26, 2025 to August 29, 2025**

Phase            0000            Lump Sum Billing

**Fee**

| Billing Phase | Fee | Pct Comp | Amount Earned | Previously Billed | Current Fee |
|---|---:|---:|---:|---:|---:|
| Investigating Flooding | 1,500.00 | 100.00 | 1,500.00 | 0.00 | 1,500.00 |
| Total Fee | 1,500.00 | | 1,500.00 | 0.00 | 1,500.00 |
| **Total Fee** | | | | | **1,500.00** |
| **Total this Phase** | | | | | **1,500.00** |
| **Total Invoice Amount Due** | | | | | **1,500.00** |

NOTE: Dewberry will not ask our clients to update any banking information via email. Please call Richard Goldstein directly at 703.849.0219 to request or verify our banking information or account number. This invoice accurately reflects the terms and conditions of our agreement and the amount hereon is correct. This invoice is due and payable within 30 days of the invoice date. Any questions pertaining to the amount should be brought to the attention of Dewberry Immediately. For faster and accurate processing of your payment, email your ACH requirements to ar@dewberry.com. Thank you

# DMV
## Plumbing and Mechanical

**Cushman Wakefield**　　　　　　　　　　　　　　　　　　　　　　　　**January 7, 2026**
**1201 Wilson Blvd**
**Arlington, VA**

**Proposal Number: 2026-010**
**Phone Number: 202-429-2817**
**Email: Greg. Marshall@cushwake.com**

**Attn: Greg Marshall**

We hereby submit specifications and estimate to:
**Repair Plumbing Leak in Compass Coffee**

1. Furnish labor and materials to repair leak on plumbing pipe in Compass Coffee.
2. The fixtures, equipment, countertops, cabinets and wall will be removed by others.
3. After wall is removed, we test plumbing to identify leak.
4. Make repairs on the drain pipes or water supply pipes as needed.
5. Turn on water and run water into drains to ensure there are no leaks.
6. Clean our work area and remove trash from site.

We Exclude:
1. OVERTIME
2. PAINTING, PATCHING, CEILING WORK, CORE BORING, AND OR ANY TYPE CONCRETE CUTTING.
3. ANY HAZARDOUS MATERIAL REMOVAL OR HANDLING.
4. ANY LABOR NOT SPECIFICALLY MENTIONED ABOVE.
5. FIRE SAFETY EQUIPMENT AND OR MATERIALS OF ANY KIND.
6. ENGINEERING, PERMITS AND DRAWINGS.
7. ANY UNFORESEEN CIRCUMSTANCES.

**Total Proposed Price: $3,027.00**

Respectfully submitted by: **Mondo Brooks –General Manager, 202-812-8131**
**DMV Plumbing & Mechanical**

The Total Proposed Price is valid for thirty (30) days after the Proposal Date unless otherwise stated. Customer billing will commence upon completion of the stated proposal unless other arrangements have been established. **Increases in material price due to market fluctuation shall be added to the proposal at zero markup if they occur, as we cannot guarantee a constant on them at this time.** Work orders requiring purchase of large equipment will be subject to "progress billing' upon inception of contract. The foregoing proposal is hereby accepted this _____Day of _____ 2026 with the definite understanding that there are no verbal agreements, understandings, representations of warranties not set forth herein.

Firm Name: _____    By: _____

5031 8th St. NW, Washington DC 20011
Phone (202)812-8131 (O) ▪ (202)882-1727 (F) ▪ www.dmvpmc.com

## Project Agreement Terms and Conditions

1. Customers shall permit DMV Plumbing and Mechanical Contractors (DMV) free and timely access to work areas, equipment and allow DMV to start and stop equipment as necessary to perform required services. All planned work under this agreement will be performed during the DMV's normal working hours, unless otherwise stated in the Agreement. Normal working hours are Monday-Friday 6:00am-3:00pm.
2. DMV warrants that the workmanship hereunder shall be free from defects for thirty (30) days from date of installation. If any replacement part or item of equipment proves defective, DMV will extend to the Customer the benefits of any warranty DMV has received from the manufacturer. Removal and reinstallation of any equipment or materials repaired or replaced under a manufacturer's warranty will be at the Customer's expense and at the rates in effect.
3. Customer will promptly pay invoices within 30 days of receipt. Should payment become 30 days or more delinquent, DMV may stop all work under this Agreement without notice and/or cancel this Agreement, and the entire Agreement amount shall become due and payable immediately.
4. Customer shall be responsible for all taxes applicable to the services and/or materials hereunder.
5. Any alteration to, or deviation from this Agreement involving extra work, cost of materials or labor will become an extra charge (fixed price amount to be negotiated or on a time and material basis at DMV's rates in effect) over the sum stated in the Agreement.
6. **As of February 1, 2025, any tariffs or additional government fees imposed on materials and equipment will be added to the invoices.**
7. In the event that the DMV must commence legal action in order to recover any amount payable or owed to DMV under this Agreement, Customer shall pay DMV all court costs and attorneys' fees incurred by DMV.
8. Any legal action against the DMV relating to this Agreement, or breach thereof, shall be commenced within one (1) year from the date of work.
9. DMV shall not be liable for the operation of the equipment nor for injuries to persons, or damage to property, except those directly due to the negligent acts or omissions of our employees and in no event shall DMV be liable for consequential damage.
10. DMV shall not be liable for any delay, loss, damage or detention caused by unavailability of machinery, equipment or materials, delay of carriers, strikes, including those by DMVs employees, lockouts, civil or military authority, priority regulations, insurrection or riot, action of the elements, forces of nature, or by any cause beyond its control.
11. To the extent permitted by law, Customer shall indemnify and hold harmless DMV, its agent and employees from and against all claims, damages losses and expenses (including but not limited to attorneys' fees) arises out of or resulting from the performance of work hereunder, provided that such claim, damage, loss or expense is caused in whole or in part by an active or passive act of omission of Customer, anyone directly or indirectly employed by Customer, or anyone for whose acts Customer may be liable, regardless of whether it is caused in part by the negligence of DMV.
12. Customer shall make available to DMV's personnel all pertinent Material Safety Data Sheets (MSDS) pursuant to OSHA'S Hazard Communication Standard Regulations.
13. DMV's obligation under this proposal and any subsequent contract does not include the identification, abatement or removal of asbestos or any other toxic or hazardous substances, hazardous waste, or hazardous materials. In the event such substances, wastes or materials are encountered, DMV's sole obligation will be to notify the Owner of their existence. DMV shall have the right thereafter to suspend its work until such substances, waste or materials and the resultant hazards are removed. The time for completion of the work shall be extended to the extent caused by the suspension and the contract price equitably adjusted.
14. Under no circumstances, whether arising in contract, tort (including negligence), equity or otherwise, will DMV be responsible for loss of use, loss of profit, increased operating or maintenance expenses, claims of Customers tenants or Clients, or any special, indirect or consequential damages.

**CUSHMAN & WAKEFIELD**

February 2, 2026

**VIA E-MAIL & FedEx**

Compass Coffee
Attn: Real Estate
1401 Okie Street, NE
Washington, DC 20002

RE:   2025 Operating Expense and Real Estate Tax Reconciliation
      1201 Wilson Blvd., Arlington, VA 22209

Dear Real Estate,

Pursuant to the terms of the lease you are required to pay your pro-rata share of Operating Expenses and Real Estate Taxes. Attached is a reconciliation of these expenses for 2025.

As a result of this reconciliation, the current amount due for 2025 is $1,766.92. Please include this payment with your March 2026 rent payment.

Please submit payments to:
  Account Name: CUSHMAN & WAKEFIELD FIDUCIARY, INC. ITF Central Place HQ, LLC
  Bank Name: JPMorgan Chase
  Routing Number: 021000021
  Account Number: 686115687
  Wire Routing Number: 021000021
  SWIFT: CHASUS33
  Bank Address: JPMorgan Chase New York, NY 10017
  Currency: USD

We thank you for your continued tenancy. Our goal is to continue to manage efficiently and effectively, while delivering value and quality service.

Should you have any questions, please feel free to contact the management office.

Sincerely,

Barbara Finan
Director

cc:  Lease File
Enclosure(s)

Central Place
1201 Wilson Blvd.
Suite 146
Arlington, VA 22209



**2025 Operating & Real Estate Tax Reconciliation**

**Central Place Tower | 1201 Wilson Blvd.**

**Compass Coffee**

**Suite 0205**

**(For the Period of February 11, 2025 to December 31, 2025)**

| Operating Expenses | Base Year | 2025 |
|---|---|---|
| Fixed Rate | | $22,718.30 |
| Base Operating Expenses | N/A | |
| Excess of Over Base | | $22,718.30 |
| | | |
| Total 2025 Expenses | | $22,718.30 |
| Total Billed Opearting Expenses | | $20,000.22 |
| | | $2,718.08 |

| Real Estate Taxes | Base Year | 2025 |
|---|---|---|
| 2025 Real Estate Taxes | | $4,058,032.92 |
| Base Real Estate Taxes | N/A | $0.00 |
| Excess of Over Base | | $4,058,032.92 |
| Your Pro Rata Share | | $0.00 |
| | | |
| Total 2025 Expenses | | $15,974.11 |
| Total Billed Real Estate Taxes | | $16,925.27 |
| | | -$951.16 |

| **Total Amount Due** | | **$1,766.92** |
|---|---|---|



**2025 Operating & Real Estate Tax Reconciliation**

**Central Place Tower | 1201 Wilson Blvd**

<u>**Compass Coffee**</u>

**Suite 0205**

<u>**2025 Operating Expenses**</u>

| | |
|---|---:|
| Insurance | $137,763.16 |
| Utilities | $1,122,696.53 |
| Janitoiral & Cleaning | $1,424,487.05 |
| Grounds | $104,196.18 |
| Repairs & Maintenance | $1,498,646.67 |
| Security | $774,912.65 |
| Management Fees | $216,203.34 |
| Administrative | $515,977.01 |
| | |
| **Total Operating Expenses** | **$5,794,882.59** |
| | |
| **Real Estate Taxes** | **$4,058,032.92** |
| | |
| **Total Expenses** | **$9,852,915.51** |



## 1201 Wilson Blvd. - Compass Coffee Plumbing Repairs Budget

*1201 Wilson Blvd. - Arlington, VA*
WORK PROPOSAL
February 2, 2026

| INDEX NO. | SPEC SECTION | CSI DIVISION OF WORK | BUDGET | COMMENTS |
|---|---|---|---|---|
| 1 | 01 00 00 | GENERAL CONDITIONS | $15,675 | Three weeks - normal hours |
| 2 | 01 70 00 | LOGISTICS | $5,600 | Dumpsters, protection, temporary partitions/ signage, clean-up |
| 3 | 02 40 00 | DEMOLITION | $3,400 | Remove tile and drywall within Compass Coffee for repairs |
| 4 | 03 00 00 | CONCRETE | $65,000 | Budget allowance for exterior site work |
| 5 | 06 00 00 | CARPENTRY | $3,740 | General labor for protection maintenace and exterior signage remove/ reinstall |
| 6 | 06 40 00 | MILLWORK | $4,350 | Remove and reinstall SS millwork elevation |
| 7 | 07 00 00 | THERMAL & MOISTURE | $0 | Assumes not required |
| 8 | 08 10 00 | DOORS, FRAMES, HARDWARE | $0 | Assumes not required |
| 9 | 08 80 00 | GLASS & GLAZING | $0 | Assumes not required |
| 10 | 09 20 00 | DRYWALL & ACOUSTICS | $3,300 | Rehang drywall and finish for new tile |
| 11 | 09 30 00 | TILE | $7,125 | Wall Tile replacement within Compass Coffee Only |
| 12 | 09 60 00 | CARPET, RESILIENT & BASE | $0 | Assumes not required |
| 13 | 09 77 00 | FABRIC WRAPPED PANELS | $0 | Assumes not required |
| 14 | 09 90 00 | PAINT AND WALLCOVERING | $1,100 | |
| 15 | 11 00 00 | APPLIANCES | $0 | Compass Coffee to remove all appliances & equipment |
| 16 | 21 00 00 | FIRE PROTECTION | $0 | Assumes not required |
| 17 | 23 00 00 | PLUMBING & MECHANICAL | $0 | Plumbing by Owner |
| 18 | 26 00 00 | ELECTRICAL | $2,250 | Allowance to remove and reinstall outlets on affected wall |
| 19 | 26 20 00 | TELEDATA | $0 | Assumes not required |
| 20 | 28 00 00 | AUDIO/VIDEO | $0 | Assumes not required |
| 21 | 28 00 00 | SECURITY | $0 | Assumes not required |
| | | SUBTOTAL | $111,540 | |
| | | OVERHEAD & FEE | $5,577 | |
| | | GL INSURANCE | $625 | |
| | | BR INSURANCE | $80 | |
| | | PERMIT FEE | $25,000 | Budget allowance for traffic control and any permits for exterior work |
| | | CONTINGENCY | $21,423 | 15% Contingency |
| | | TOTAL CONSTRUCTION COST | $164,245 | |



