| | |
|---|---|
| Jeffrey Tarkenton (D.C. Bar No. 376493) | Matthew P. Ward (admitted *pro hac vice*) |
| WOMBLE BOND DICKINSON (US) LLP | Morgan L. Patterson (admitted *pro hac vice*) |
| 2001 K. Street, NW | WOMBLE BOND DICKINSON (US) LLP |
| Suite 400 South | 1313 N. Market Street, Suite 1200 |
| Washington, DC 20006 | Wilmington, DE 19801 |
| Telephone: (202) 467-6900 | Telephone: (302) 252-4320 |

*Proposed Counsel for the Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| Debtor. | |

**NOTICE UNDER LOCAL BANKRUPTCY RULE 9013-1 OF HEARING AND OPPORTUNITY TO OBJECT TO APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 26, 2026**

**PLEASE TAKE NOTICE** that, on February 12, 2026, The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned bankruptcy case of Compass Coffee, LLC, by and through the proposed undersigned counsel, filed the *Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of January 26, 2026* (the "Retention Application") [Docket No. 174].

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). A copy of the Retention Application is being sent with this notice.**

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Retention Application will be held before Elizabeth L. Gunn, United States Bankruptcy Judge, **on February 26, 2026, at 11:00 a.m. (prevailing Eastern Time)** via zoom teleconference (the "Hearing"). Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom access codes and permission to appear virtually. Parties may otherwise attend the hearing in person at the United States Bankruptcy Court, Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, D.C. 20001.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 2014-1(c), any party wishing to object to the relief requested in the Retention Application must file a written objection with the Court and serve it on the undersigned counsel **no later than February 25, 2026**, and appear at the Hearing. If you or your attorney do not file a written response within the prescribed time and appear at the Hearing, the Court may decide that you do not oppose the relief sought in the Retention Application and may grant the relief requested without further notice or hearing.

Dated: February 12, 2026
Washington, D.C.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Jeffrey Tarkenton*
Jeffrey Tarkenton (D.C. Bar No. 376493)
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
Telephone: (202) 467-6900
Email: jeffrey.tarkenton@wbd-us.com

and
Matthew P. Ward (admitted *pro hac vice*)
Morgan L. Patterson (admitted *pro hac vice*)
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Email: matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*