1301 K Street Limited Partnership
1301 K Street NW, Suite 1180W
Washington, DC 20005


13th & F Associates, LP.
555 College Rd E
Princeton, NJ 08543


2130 P Street Associates
Legal Department
1001 G St NW, Suite 900
Washington, DC 20001


655 New York, LLC
750 9th St. NW, Suite 700
Washington, DC 20001


74 Washington Retail Holdings, LLC
1945 Old Gallows Rd.
Vienna, VA 22182


Addison J. Chappell, Esquire
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202


AERE
7538 Fullerton Ct
Springfield, VA 22153


Affordable Plumber LLC
4837 Seminole Ave
Alexandria, VA 22312

Alan Schwartz
179 Taconic Road
Greenwich, CT  06831


Alex Michael
6008 Kennedy Drive
Chevy Chase, MD  20815


AP DC Tomato's LLC
1850 Old Reston Ave
Reston, VA 20190


Arlington County Commissioner of Revenue
Ellen M. Bozman Government Center
2100 Clarendon Blvd
Arlington, VA 22201


Art Display Co
401 Hampton Park Blvd.
Capitol Heights, MD 20743


B5 Direct Holdings
600 New Hampshire Ave. NW
Washington, DC  20037


Berlin Packaging
525 West Monroe Street 14th Floor
Chicago, IL 60661


Bernstein Management Corporation
5301 Wisconsin Ave. NW, Suite 500
Washington, DC 20015

```
BKON
858 N. Lenola Road Building 1B
Moorestown, NJ 08057




Block, Inc. d/b/a Square
Square Financial Services, Inc.
3165 E. Millrock Drive, Suite 160
Salt Lake City, UT  84121


BMG Metals Inc
7600 Wellingford Dr
Manassas, VA 20109



Bodum USA
PO Box 50134
Newark, NJ 07101



Boland
30 West Watkins Mill Road
Gaithersburg, MD 20878



Boland
PO Box 223862
Chantilly, VA 20153-3862



Brivo/Baldinos  Electronic Security Inc.
PO Box 1417
Newington, VA 22122



Brivo/Baldinos  Electronic Security Inc.
7400 Fullerton Road, Suite 100
Springfield, VA 22153
```

BroadAspect
44679 Endicott Drive, Suite 300
Ashburn, VA 20147


Cafe Imports Fulfillment
2617 E Hennepin Ave
Minneapolis, MN 55413


Cafritz-Wilkes Development Group LLC
5101 Wisconsin Avenue, NW. Suite 200
Washington, DC 20016


Califia Farms
1019 E 4th Pl Suite 100
Los Angeles, CA 90013


Capital One Bank, N.A.
Capital One Financial Corp
1680 Capital One Drive
McLean, VA 22102-3491


Catherine B. Harrington, Esquire
Miles & Stockbridge P.C.
915 Meeting Street, Suite 1110
North Bethesda, MD 20852


Catherine Pearson
hello@oliviapears.com


Catherine Pearson
Commercial & Editorial Illustrator
Chemin des Croix-Rouges 22
1007 Lausanne Switzerland

CBX Connect LLC
1643 N Milwaukee Ave
Apt. 5
Chicago, Illinois 60647


Celigo
3 Lagoon Drive, Suite 130
Redwood City, CA 94065


Celigo, Inc.
1820 Gateway Dr
San Mateo, CA 94404


Chas Newman
1412 5th Street NW, Apt 201
Washington, DC  20001


Clover Stornetta Farms
PO Box 750369
Petaluma, CA 94975


Colby Bartlett LLC
2346 Massachusetts Ave N.W.
Washington, DC  20008


Comcast
Attn: Legal Department/Arbitration
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838


Core Spaces College Park
1400 N Kingsbury, 3rd floor
Chicago, IL 60642

```
Cox Business
Records Custodian
Cox Communications
6205-B Peachtree Dunwoody Road
Atlanta, GA 30328


CSI (DigiLink)
840 S Pickett St
Alexandria, VA 22304



Cuisine Solutions, Inc
22445 Sous Vide Lane
Sterling, VA 20166



Cushman & Wakefield U.S. Inc.
225 West Wacker
Chicago IL 60606



Custom Ink
3060 Williams Dr
Suite 300-3049
Fairfax, VA 22031


D2H LLC
4709 Augusta Drive
Frisco, TX  75034



Daylight Transport Inc.
PO Box 516516
Los Angeles, CA 90051



DayMark Safety
12836 South Dixie Highway
Bowling Green, OH 43402
```

Diff Agency
1435 Rue St-Alexandre, Suite # 220
Montreal QC H3A 2G4 Canada




District of Columbia Water and Sewer
Authority
Secretary to the Board
1385 Canal Street, S.E
Washington, DC 20003

DND Garage Doors
3803 Laramie Pl APT E
Alexandria, VA, 22309-3800



Dominion Electric Supply
5053 Langston Boulevard
Arlington, VA 22207



Dominion Energy
120 Tredegar St
Richmond, VA, 23219-4306



EagleBank
Gebhardt & Smith
c/o Richard A. DuBose, III
One South Street, Suite 2200
Baltimore, Maryland 21202-3281

Ecobee
207 Queens Quay W Suite 600
Toronto, ON M5J 1A7 Canada



EMR
9100 H Yellow Brick Road
Rosedale, MD 21237

ePac Flexible Packaging
4509 Freidrich Lane, Suite 102
Austin, TX 78744


Eric S. Waldman, Esq.
Cameron Ingersoll Roche PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, VA  22030


Eversys
37-18 Northern Blvd, Suite 421
Long Island City, NY 11101


Excelco Trading L.P.
17 Battery Place, Suite 925
New York,NY 10004


Fairfax County: Department of Taxation
12000 Government Center Pkwy
Fairfax, VA 22035


Falls Church (E&A), LLC
1272 5th St NE, Suite 200
Washington, DC 20002


FC-QIC Ballston Common Retail JV, LLC
Legal Department
350 N Orleans St
Chicago, IL 60654


Federal Insurance Company
202B Hall's Mill Road
Whitehouse Station, NJ 08889

First Internet Bank of Indiana
8701 E. 116th St.
Fishers, IN 46038

Foxx Equipment Company
421 Southwest Blvd
Kansas City, MO 64108

Fres-co
3005 State Road
Telford, PA 18969

Fresh Baguette
804 Hungerford Dr.
Rockville, MD 20850

Fresh Water Systems
2299 Ridge Road
Greenville, SC 29607

Gamez Hardwood Flooring
2914 Rose Valley Dr Fort
Washington, MD 20744

GDCV Eye Street, LLC
465 Meeting Street
Charleston, SC  29403

Gelberg Signs
6511 Chillum Pl NW
Washington, DC 20012

Germantown Tool & Manufacturing
1681 Republic Rd
Huntingdon Valley, PA 19006

Get Ansa, Inc.
505 Alabama St.
San Francisco, CA 94110

Glass House Coffee Four, LLC
1201 New York Avenue NW
Washington, DC 20005

Golden Eagle Extrusions
1762 St. Rt. 131
Milford, OH 45150

Grainger
100 Grainger Parkway
Lake Forest, IL 60045

Greystar
M Financial Plaza
1125 NW Couach Street, Suite 450
Portland, OR 97209

Harrison Suarez
c/o Kathryn Marshall Ali
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, DC 20002

Hexad LLC
2346 Massachusetts Ave
Washington, DC 20008

Hilti North America
7250 Dallas Parkway, Suite 1000
Plano, TX 75024


Home Deco Plus
8927 Orange Hunt Lane
Annandale, VA 22003


Independent Can Company
1300 Brass Mill Road
Belcamp, MD 21017


inKind Card, Inc.
600 Congress Avenue, Suite 1700
Austin, TX 78701


inKind Credit Fund LP
600 Congress Avenue, Suite 1700
Austin, TX 78701


inKind Warehouse Facility, LLC
600 Congress Avenue, Suite 1700
Austin, TX 78701


Innova Construction LLC
805 Tucker Ln
Ashton, MD 20861


Insight
2701 E. Insight Way
Chandler, AZ 85286

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346


Jake Peker
2520 Q St NW
Washington, DC 20007


James Wilson Constitutional Society
4710 Langston Blvd
Arlington, VA 22207


JBG Central Place Office LLC
Central Place Residences, L.L.C.
PO Box #7545 BB# 01-9494-75103
Hicksville, NY 11802-7545


JBG Hatton Retail LLC
4445 Willard Ave, Ste 700
Chevy Chase, MD 20815


Jeremiah Lowin
1177 22nd St NNW, Unit 4D
Washington, DC  20037


Joel Shetterly
1915 Kalorama Rd NW
Washington, DC  20009


Jones Street Investors LLC
4214 Lenore Ln NW
Washington, DC  20008

JSG LLC
3029 Dent Pl NW
Washington, DC  20007


KBSIII 3003 Washington, LLC c/o KBS
Attention: Senior Vice President
3003 Washington Boulevard, Suite #950
Arlington, VA 22201


Keter Environmental Services, LLC
400 Atlantic Street
Floor 5
Stamford, CT 06901


Klaviyo, Inc.
125 Summer St
Floor 7
Boston, MA 02111


Klean Kanteen
3960 Morrow Lane
Chico, CA 95928


Kuran Malhotra
25 Aspen Drive
Livingston, NJ  07039


La Marzocco
Accounting Dept.
1553 NW Ballard Way
Seattle, WA 98107


Leon Koutsouftikis, Esq.
Magruder Cook Koutsouftikis & Palanzi
1889 Preston White Drive, Suite 200
Reston, VA 20191

Leonard Paper
725 North Haven St
Baltimore, MD 21205


Luke Larson
luke@valenow.com


Lyric Capital
5101 Wisconsin Avenue, N.W.
STE 200
Washington, DC 20016


Maola Dairy
5200 Chestnut Avenue
Newport News, VA 23605


Maple Sugar Mountain
2034 VT-109
Belvidere Center, VT 05442


Matt Abend
420 T Street Northwest, #2
Washington, DC 20009


Max Deem
1659 Holbrook St NE #4
Washington, DC  20002


MC Interiors
412 E Diamond Ave
Gaithersburg, MD 20877

McCrae Enterprise, Inc.
1830 Lincoln Rd NE
Washington, DC  20002


MDP 1351 Wisconsin LLC
Martin-Diamond Properties
1875 Connecticut Ave NW
Washington, DC 20009


Michael Haft
2346 Massachusetts Ave
Washington, DC 20008


National Investment Group LLC
2346 Massachusetts Ave
Washington, DC 20008


Nationwide Refrigeration, Inc
11996 Balls Ford Rd
Manassas, VA 20109


Ncore Group LLC
11302 Church Bend Court
Germantown, MD 20876


NDH II Point LLC
Lincoln Property Company
NDH II Point LLC
4300 Wilson Boulevard, Suite 240
Arlington, VA 22203


Netgain Solutions, Inc.
9189 S Jamaica St
Suite 400
Englewood, CO 80112-5946

Nils Parker
311 E Erie St, Unit 302
Milwaukee, WI  53202


Numilk
1944 Rt 22 Loading Dock
Brewster, NY 10509


Octa LLC
2346 Massachusetts Ave
Washington, DC 20008


Odeko
247 Centre St.
New York, NY 10013


Office  of  Attorney  General  for  the
District of Columbia
400 6th Street, N.W.
Washington, DC 20001


Office of the U.S. Trustee - Region 4
Michael T. Freeman
Office of The United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Once Upon a Coconut
7651 Southland Blvd
Orlando, FL 32809


Oracle America, Inc.
500 Oracle Parkway
Redwood Shores, CA 94065

Oracle Netsuite
2300 Oracle Way
Austin, TX 78741


Parker Teel
18180 Shinniecock Hills Place
Leesburg, VA  20176


Parts Town
27787 Network Place
Chicago, IL 60673


Patriot Electronic Security
7400 Fullerton Road, Suite 100
Springfield, VA 22153


Pitney Bowes Inc.
Purchase Power
PO Box 981026
Boston, MA 02298-1026


Pitt Ohio
151 Blades Lane
Glen Burnie, MD 21060


Pops Bakery LLC
Grant Sarvis Pops Bakery LLC
1369 New York Ave NE
Washington, DC 20002


Potomac Electric Power Co.
Corporate Correspondence
PEPCO
PO Box 97274
Washington, DC 20090-7274

Primeflex Labels
7 Inverness Drive East
Englewood, CO 80112


Prova
48 Dunham Ridge Suite 5000
Beverly , MA 01915


Quad Packaging
30 Irving Place
New York, NY 10033


Regency Centers, L.P.
1919 Gallows Road, Suite 1000
Vienna, VA 22182


Regency Centers, L.P.
c/o Regency Centers Corporation
Attn: Legal Department
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

Regency Centers, L.P.
c/o Regency Centers Corporation
Attn: Property Management
1919 Gallows Road, Suite 1000
Vienna, VA 22182

Rippling People Center, Inc.
430 California Street, 11th Floor
San Francisco, CA 94104


Rippling People Center, Inc.
55 2nd Street, Suite 1500
San Francisco, CA 94105

Roastar
200 South 84th Ave, Suite C
Wausau, WI 54401


Roberts Oxygen Company
1632 E. Gude Drive, Suite 100
Rockville, MD 20850


Rockrose General Equities LLC
1776 Eye Street SPE
15 E 26th St, 7th Floor
New York, NY 10010


RPM Courier
2900 Woodbridge Avenue
Edison, NJ 08837


RPM Warehouse
2900 Woodbridge Avenue
Edison, NJ 08837


S. Freedman & Sons
3322 Pennsy Drive
Landover, MD 20785


ScaleNorth, Inc.
2525 Corporate Place
Suite #250 Monterey Park
Santa Ana, CA 91754


Schindler Elevator Corporation
6800 Muirkirk Road
Beltsvile, MD 20705

Shopify, Inc.
151 O'Connor Street, Ground floor
Ottawa, ON, K2P 2L8 CANADA


Small Business Administration
Office of General Counsel
409 3rd St. SW
Washington, DC 20416


Soundtrack
720 Seneca Street
Suite 107
Seattle, WA 98101, USA


Soundtrack Your Brand USA, Inc.
PO Box 21445 PMB 12010
Seattle, WA 98111


Soundtrack Your Brand USA, Inc.
800 5TH Ave N Ste 4100
Seattle, WA 98109-3906


Spread the Love
1110 N Virgil Ave #788
Los Angeles, CA 90029


Square Financial Services
3165 E. Millrock Drive, Suite 160
Salt Lake City, UT  84121


Staples
500 Staples Drive
Framingham, MA 01702

Sucafina NA
9926 Main St, Suite 201
Fairfax, VA 22031


Sunny Sky Products, LLC
Dept 284
P.O. Box 4458
Houston, TX 77210


System D LLC t/a the Wydown
3416 Ritttenhouse Street NW
Washington, DC 20015


T-C 800 17TH STREET NW OWNER LLC
800 17th Street NW, Lower Level
Washington, DC 20006


TCHO
3100 San Pablo Ave, Suite 170
Berkeley, CA 94702


Technology Insurance Company, Inc.
59 Maiden Lane, 43rd Floor
New York, NY  10038


Terrell Place Property LLC
P.O. Box 75235
Baltimore, MD 21275-5235


The Comptroller of Maryland
Revenue Administration Division
P.O. Box 549
Annapolis, MD 21411-0001

THE LOUIS DC RESIDENTIAL LLC
730 Third Avenue
New York, NY 10017


THE TREA 1001 PENNSYLVANIA AVENUE TRUST
730 Third Avenue
New York, NY 10017


The TREA 1001 Pennsylvania Avenue Trust
c/o Hines Interests Limited Partnership
Attn: Property Manager
1001 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20004

Tractor Beverage Company
568 W Buckles Road
Hayden, ID 83835


TricorBraun Flex
6 CityPlace Drive
STE 1000
Saint Louis, MO 63141


Trinity Group Construction
13849 Park Center Rd Suite A
Herndon, VA 20171


UBS
1285 Avenue of the Americas
New York, NY 10019


UK Accelerator LLC
1625 Eckington Pl NE, Ste 100
Washington, DC 20002

Uline
PO Box 88741
Chicago, IL 60680-1741


Union Kitchen
1369 New York Ave NE
Washington, DC 20002


United Parcel Service
UPS Corporate Legal Department
55 Glenlake Parkway NE
Atlanta, GA 30328


US Foods
9399 West Higgins Road
Suite 500
Rosemont, IL 60018


Velasco Remodelling Services
9424 Wooded Glen Ave
Burke, VA 22015


Venable LLP
750 E Pratt St, Ste 900
Baltimore, MD 21202


Verizon Business
Verizon Wireless Bankruptcy
Administration
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

Versapay
548 Market Street, #43812
San Francisco, CA 94104

ViaTechnik
3000 Lawrence Street
Denver, CO 80205

Virginia Department of Taxation
Virginia Tax Bankruptcy
PO BOX 2156
Richmond, VA 23218-2156

Washington D.C. Department of Taxing and
Revenue
1101 4th Street, SW, Suite W270
Washington, DC 20024

Washington Gas
6801 Industrial Road
Springfield, VA 22151

Waste Management
800 Capitol, Suite 3000
Houston, TX 77002

Willard Packaging
18940 Woodfield Road
Gaitherburg, MD 20879

With Coverage
29 W 17th Street, Floor 7
New York, NY  10011

WRIT Spring Valley LLC
WRIT Spring Valley LLC (Lease No 35962)
1775 Eye Street NW
Washington, DC 20006

YesPac
260 Centennial Avenue
Piscataway, NJ 08854

Zurich American Insurance Company
1299 Zurich Way
Schaumburg, IL  60196-1056

ZWC Family Trust
2010 Brightwaters Blvd
St. Petersburg, FL 37704