**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Proposed Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | |
| Debtor. | **Case No. 26-00005 (ELG)** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 13, 2026, he caused to be served a true and correct copy of each of the following documents via first-class mail to the parties on the list attached hereto as **Exhibit A**:

- "**Notice of Commencement**" – *Notice of Chapter 11 Bankruptcy Case* [ECF No. 45]; and

- "**Coversheet**" – *Coversheet for Amended Schedules, Lists, and Statements* [ECF No. 177].

[*Remainder of Page Intentionally Left Blank*]

Dated: February 17, 2026
Richmond, Virginia

        Respectfully submitted,

        /s/ *Nicholas S. Monico*
        Tyler P. Brown (admitted *pro hac vice*)
        Jennifer E. Wuebker (D.C. Bar No. 1035039)
        Nicholas S. Monico (admitted *pro hac vice*)
        **HUNTON ANDREWS KURTH LLP**
        951 E. Byrd Street
        Richmond, Virginia 23219
        Telephone:    (804) 788-8200
        Facsimile:    (804) 788-8218
        Email:    tpbrown@hunton.com
                      jwuebker@hunton.com
                      nmonico@hunton.com

        *Proposed Counsel for the Debtor and Debtor in Possession*

**Exhibit A**

| Vendor | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| 13th & F Associates, LP. | 555 College Rd E | | Princeton, NJ 08543 |
| 2130 P Street Associates | Legal Department, 2130 P Street Associates | 1001 G St NW, Suite 900 | Washington, DC 20001 |
| 74 Washington Retail Holdings, LLC | 1945 Old Gallows Rd. | | Vienna, VA 22182 |
| Boland | PO Box 223862 | | Chantilly, VA 20153-3862 |
| Brivo/Baldinos Electronic Security Inc. | PO Box 1417 | | Newington, VA 22122 |
| Brivo/Baldinos Electronic Security Inc. | 7400 Fullerton Road, Suite 100 | | Springfield, VA 22153 |
| Catherine Pearson | Commercial & Editorial Illustrator | Chemin des Croix-Rouges 22 | 1007 Lausanne Switzerland |
| CBX Connect LLC | 1643 N Milwaukee Ave | Apt. 5 | Chicago, Illinois 60647 |
| Celigo | 3 Lagoon Drive, Suite 130 | | Redwood City, CA 94065 |
| Cushman & Wakefield U.S. Inc. | 225 West Wacker | | Chicago IL 60606 |
| Custom Ink | 3060 Williams Dr | Suite 300-3049 | Fairfax, VA 22031 |
| Ecobee | 207 Queens Quay W Suite 600 | | Toronto, ON M5J 1A7 |
| ePac Flexible Packaging | 4509 Freidrich Lane, Suite 102 | | Austin, TX 78744 |
| Foxx Equipment Company | 421 Southwest Blvd | | Kansas City, MO 64108 |
| GDCV Eye Street, LLC | 465 Meeting Street | | Charleston, SC 29403 |
| Greystar | M Financial Plaza | 1125 NW Couach Street, Suite 450 | Portland, OR 97209 |
| KBSIII 3003 Washington, LLC c/o KBS | Attention: Senior Vice President | 3003 Washington Boulevard, Suite #950 | Arlington, VA 22201 |
| Keter Environmental Services, LLC | 400 Atlantic Street | Floor 5 | Stamford, CT 06901 |
| Klaviyo, Inc. | 125 Summer St | Floor 7 | Boston, MA 02111 |
| Ncore Group LLC | 11302 Church Bend Court | | Germantown, MD 20876 |

| Vendor | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Netgain Solutions, Inc. | 9189 S Jamaica St | Suite 400 | Englewood, CO 80112-5946 |
| Oracle America, Inc. | 500 Oracle Parkway | | Redwood Shores, CA 94065 |
| Oracle Netsuite | 2300 Oracle Way | | Austin, TX 78741 |
| Regency Centers, L.P. | c/o Regency Centers Corporation<br>Attn: Legal Department | One Independent Drive, Suite 114 | Jacksonville, FL 32202-5019 |
| Regency Centers, L.P. | c/o Regency Centers Corporation<br>Attn: Property Management | 1919 Gallows Road, Suite 1000 | Vienna, VA 22182 |
| Rippling People Center, Inc. | 55 2nd Street, Suite 1500 | | San Francisco, CA 94105 |
| ScaleNorth, Inc. | 2525 Corporate Place | Suite #250 Monterey Park | Santa Ana, CA 91754 |
| Shopify, Inc. | 151 O'Connor Street, Ground floor | | Ottawa, ON, K2P 2L8 CANADA |
| Soundtrack | 720 Seneca Street | Suite 107 | Seattle, WA 98101, USA |
| Soundtrack Your Brand USA, Inc. | PO Box 21445 PMB 12010 | | Seattle, WA 98111 |
| Soundtrack Your Brand USA, Inc. | 800 5TH Ave N Ste 4100 | | Seattle, WA 98109-3906 |
| Spread the Love | 1110 N Virgil Ave #788 | | Los Angeles, CA 90029 |
| System D LLC t/a the Wydown | 3416 Ritttenhouse Street NW | | Washington, DC 20015 |
| THE LOUIS DC RESIDENTIAL LLC | 730 Third Avenue | | New York, NY 10017 |
| TricorBraun Flex | 6 CityPlace Drive | STE 1000 | Saint Louis, MO 63141 |
| Uline | PO Box 88741 | | Chicago, IL 60680-1741 |
| United Parcel Service | UPS Corporate Legal Department | 55 Glenlake Parkway NE | Atlanta, GA 30328 |
| US Foods | 9399 West Higgins Road | Suite 500 | Rosemont, IL 60018 |
| ViaTechnik | 3000 Lawrence Street | | Denver, CO 80205 |
| UBS | 1285 Avenue of the Americas | | New York, NY 10019 |

3