**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>COMPASS COFFEE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-00005 (ELG) |

**ORDER COMPELLING DEBTOR'S PAYMENT OF POST-PETITION RENT DUE**
**UNDER UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE**
**PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(B)(1)**

Upon consideration of the *Motion for Entry of an Order Compelling Debtor's Payment of Post-Petition Rent Due Under Unexpired Non-Residential Real Property Lease Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)* (the "Motion")[1] filed by KBSIII 3003 Washington, LLC ("KBS" or the "Landlord"), and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue is proper under 28 U.S.C. §§ 1408

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and 1409; and this Court having determined that notice of the Motion provided by the Landlord was adequate and sufficient under the circumstances and that no further notice of the Motion need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED as set forth herein.

2. The Debtor shall promptly pay to Landlord post-petition rent obligations due and payable under the Lease in the amount of $10,459.75 pursuant to section 365(d)(3) and as an allowed administrative expense claim pursuant to section 503(b)(1) of the Bankruptcy Code.

3. The Debtor shall perform all post-petition obligations under the Lease going forward in a timely manner, unless and until the Lease is rejected and the Premises surrendered, or after cure, the Lease is assumed or assumed and assigned pursuant to further order of the Court.

4. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

[*Endorsement Page Follows*]

WE ASK FOR THIS:

By: */s/ Philip T. Evans*_____
HOLLAND & KNIGHT LLP
Philip T. Evans (Bar No. 441735)
Holland & Knight LLP
800 17th Street, NW
Suite 1100
Washington, DC  20006
Tel.: (202) 457-7043
Philip.evans@hklaw.com

and

John J. Monaghan, Esq. (*pro hac vice application pending*)
Bos-bankruptcy@hklaw.com
HOLLAND & KNIGHT LLP
10 Saint James Avenue, 11th Floor
Boston, Massachusetts 02116
Tel: (617) 523-2700

Copies of this Order to:

Recipients of ECF Notice