**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| Debtor. | |

**NOTICE OF ADJOURNMENT OF AUCTION**
**AND EXTENSION OF RELATED DEADLINES**

**PLEASE TAKE NOTICE THAT**:

1. On January 14, 2026, the above-captioned debtor and debtor in possession (the "**Debtor**") filed with the Court the *Debtor's Motion for (A) Entry of an Order (I) Approving Bidding Procedures, (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Approving Stalking Horse Protections, (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date, and (V) Approving Form of Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtor to Sell Its Assets, and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 76] (the "**Sale Motion**");

2. The Court conducted a preliminary hearing on the Sale Motion on January 21, 2026, after which, the Court entered an order [Docket No. 90] (the "**Bidding Procedures Order**")[1] approving the bidding procedures as well as certain deadlines related to the proposed Sale;

3. In accordance with the Bidding Procedures, the Debtor solicited Bids for the Assets and, after qualifying certain Bids, conducted an Auction beginning on February 17, 2026;

4. After numerous rounds of bidding, the Debtor, in consultation with the Consultation Parties, and as permitted by the Bidding Procedures, adjourned the Auction from February 17, 2026, to February 18, 2026;

---

[1] Capitalized terms used, but not otherwise defined herein, have the meaning assigned in the Bidding Procedures Order or the Bidding Procedures attached thereto.

5. The Debtor reconvened the Auction on February 18, 2026, and, after an additional round of bidding, the Debtor, in consultation with the Consultation Parties, and as permitted by the Bidding Procedures, adjourned the Auction from February 18, 2026, to February 19, 2026;

6. The Debtor will reconvene the Auction **at 11:00 a.m. (ET) on February 19, 2026**, and will conduct such continued auction via Zoom with submissions of subsequent bids via email;

7. Notwithstanding the deadlines set forth in the Bidding Procedures Order, which deadlines assumed the Auction would conclude on February 17, 2026, the Debtor shall file a notice of the auction results and provide adequate assurance information, each as contemplated by and in accordance with paragraph 12 of the Bidding Procedures Order, as soon as reasonably practicable after the conclusion of the Auction, but no later than **10:00 a.m. (ET) on February 20, 2026**;

8. The Debtor has extended the Post-Auction Objection Deadline and Sale Objection Deadline to **4:00 p.m. (ET) on February 23, 2026**;

9. The Debtor will file a proposed form of Sale Order on or before **February 23, 2026**;

10. Solely in the event that the Stalking Horse Purchaser is not the Successful Bidder, the Debtor has extended the Adequate Assurance Objection Deadline to **12:00 p.m. (ET) on February 25, 2026**;

11. The Debtor intends to proceed with the Sale Hearing as scheduled at **11:00 a.m. (ET) on February 26, 2026**;

12. Except as expressly set forth and/or modified by this notice, the full terms and provisions of the Bidding Procedures Order and Bidding Procedures remain in full force and effect;

13. The dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through orders of the Court, announcements in open court, and/or the filing of subsequent notices. Parties in interest are encouraged to monitor the electronic docket maintained by the Court for further updates.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 18, 2026
Richmond, Virginia

                                        Respectfully submitted,

/s/ *Jennifer E. Wuebker*
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:    (804) 788-8200
Facsimile:    (804) 788-8218
Email:    tpbrown@hunton.com
             jwuebker@hunton.com
             nmonico@hunton.com

*Counsel for the Debtor and Debtor in Possession*