**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | |
| Debtor. | **Case No. 26-00005 (ELG)** |

**NOTICE OF SUCCESSFUL BIDDER AND BACK-UP BIDDER**

  **PLEASE TAKE NOTICE** that on January 14, 2026, the above-captioned debtor and debtor-in-possession (the "***Debtor***") filed the *Debtor's Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Approving Stalking Horse Protections; (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; (V) Approving Form of Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtor to Sell Its Assets; and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 76] (the "***Sale Motion***") with the United States Bankruptcy Court for the District of Columbia (the "***Court***") seeking entry of an order approving the Bidding Procedures,[1] scheduling an auction (the "***Auction***"), approving one or more sales, as applicable, and granting related relief.

  **PLEASE TAKE FURTHER NOTICE** that on January 23, 2026, the Court entered the Bidding Procedures Order, which, among other things, established February 12, 2026, at 4:00 p.m. (ET) as the deadline to submit bids (the "***Bid Deadline***"), scheduled the Auction for February 17, 2026, and set a Sale Hearing for February 26, 2025 at 11:00 a.m. (ET).

  **PLEASE TAKE FURTHER NOTICE** that, in consultation with the Consultation Parties, the Debtor determined in its business judgment that one or more Bids, in addition to the Stalking Horse Bid, qualified as a Qualified Bid. As a result, the Debtor, with the assistance of its

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the *Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Approving Stalking Horse Protections, (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date, and (V) Approving Form of Notice Thereof* [Docket No. 90] (the "***Bidding Procedures Order***") or the Bidding Procedures attached thereto as Exhibit 1.

professionals, conducted an Auction at the offices of Hunton Andrews Kurth LLP in Washington D.C. The auction commenced on September 17, 2026. Attendees were also permitted to attend via Zoom. After numerous rounds of bidding, the Debtor, in consultation with the Consultation Parties, and as permitted by the Bidding Procedures, adjourned the Auction from February 17, 2026 to February 18, 2026. The Debtor reconvened the Auction on February 18, 2026, and, after an additional round of bidding, the Debtor, in consultation with the Consultation Parties, and as permitted by the Bidding Procedures, adjourned the Auction from February 18, 2026, to February 19, 2026. The Debtor reconvened the Auction on February 19, 2026 at 11:00 a.m. (ET), and, having received no further bids, closed the Auction on February 19, 2026. The auction was recorded in the presence of a court reporter via stenographic transcription.

**PLEASE TAKE FURTHER NOTICE** that at the conclusion of the Auction, the Debtor, in consultation with the Consultation Parties, declared the following Qualified Bidders as the Successful Bidder and Back-Up Bidder, as applicable, as set forth below:

- <u>Successful Bidder</u>: Caffe Nero North America, Inc.
  - Total value of Successful Bid to the Estate: $4,764,988

- <u>Back-Up Bidder</u>: Next Gen Coffee Enterprises, LLC
  - Total value of Back-Up Bid to the Estate: $4,663,000

**PLEASE TAKE FURTHER NOTICE** that the Debtor will appear before the Court at the Sale Hearing and seek entry of an order: (i) authorizing the sale of the Purchased Assets to the Successful Bidder, free and clear of liens, claims, and encumbrances, under Section 363 of the Bankruptcy Code; (ii) authorizing the Debtor to assume and assign the Assigned Contracts; and (iii) granting certain related relief.

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Motion, the Bidding Procedures Order, the Bidding Procedures, and all other documents related to the proposed Sale filed in this case are available for a fee by accessing the PACER system on the Court's website at https://www.dcb.uscourts.gov/ecf-pacer.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 19, 2026
Richmond, Virginia

Respectfully submitted,

/s/ *Nicholas S. Monico*
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:   (804) 788-8200
Facsimile:   (804) 788-8218
Email:       tpbrown@hunton.com
             jwuebker@hunton.com
             nmonico@hunton.com

*Counsel for the Debtor and Debtor in Possession*