IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>COMPASS COFFEE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-00005 (ELG) |

**NOTICE UNDER LOCAL BANKRUPTCY RULE 9013-1 OF HEARING AND OPPORTUNITY TO OBJECT TO KBSIII 3003 WASHINGTON, LLC'S MOTION FOR ENTRY OF AN ORDER COMPELLING DEBTOR'S PAYMENT OF POST-PETITION RENT DUE UNDER UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE PURSUANT TO 11 U.S.C. §§ 365(D)(3) AND 503(B)(1)**

PLEASE TAKE NOTICE THAT ON February 17, 2026, KBSIII 3003 Washington, LLC ("KBS" or the "Landlord"), by and through counsel filed their Motion for entry of an order pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1) compelling Compass Coffee, LLC, the debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") to pay post-petition rent obligations due and payable under the unexpired non-residential lease (the "Lease") in effect between Debtor and Landlord with respect to real property located at 3003 Washington Boulevard, Suite #950, Arlington, Virgina 22201 (the "Premises"). [Docket No. 185]

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). A copy of the Motion is being sent with this notice.**

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Motion will be held before Elizabeth L. Gunn, United States Bankruptcy Judge, on March 26, 2026, at 11:00 a.m. (prevailing Eastern Time) via zoom teleconference (the "Hearing"). Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom access codes and permission to appear virtually.

Parties may otherwise attend the hearing in person at the United States Bankruptcy Court, Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, D.C. 20001.

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file a written response no later than March 3, 2026, and appear at the Hearing. If you or your attorney do not file a written response and appear at the Hearing, the Court may decide that you do not oppose the relief sought in the Motion and may grant the relief requested.

[*Remainder of this page intentionally left blank.*]

Dated: February 20, 2026

Respectfully submitted,

KBSIII 3003 WASHINGTON, LLC,

By its attorneys,

HOLLAND & KNIGHT LLP

By: /s/ Philip T. Evans

Philip T. Evans (Bar No. 441735)
Holland & Knight LLP
800 17th Street, NW
Suite 1100
Washington, DC  20006
Tel.: 202-457-7043
Philip.evans@hklaw.com

and

John J. Monaghan, Esq. (*pro hac vice application pending*)
Bos-bankruptcy@hklaw.com
HOLLAND & KNIGHT LLP
10 Saint James Avenue, 11th Floor
Boston, Massachusetts 02116
Tel: (617) 523-2700

*Counsel for KBSIII 3003 Washington, LLC*

## **CERTIFICATE OF SERVICE**

    I, Philip T. Evans, counsel to KBSIII 3003 Washington, LLC, do hereby certify that on or about February 20, 2026, a copy of the foregoing *Notice Under Local Bankruptcy Rules 9013-1 of Hearing and Opportunity to Object to Motion* was served upon parties-in-interest through the Court's ECF system.

    /s/ *Philip T. Evans*