**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | |
| Debtor. | **Case No. 26-00005 (ELG)** |

**DEBTOR'S WITNESS AND**
**EXHIBIT LIST FOR FEBRUARY 26, 2026 HEARING**

The above-captioned debtor and debtor-in-possession (the "***Debtor***") respectfully submits the following as their Witness and Exhibit List for the hearing scheduled for February 26, 2026, at 11:00 A.M. (prevailing Eastern Time) (the "***Hearing***"):

**I.    DEBTOR'S WITNESS LIST**

1. The Debtor reserves the right to call the following witnesses at the Hearing:

    a. Michael Haft;

    b. Chas Newman;

    c. Joel Shetterfly;

    d. Max Deem;

    e. Bryan Ruano-Sanchez; and

    f. Miguel Guevara.

2. The Debtor reserves the right to examine or cross-examine any witness called by any other party.

3. The Debtor reserves the right to call any witness, including a corporate representative, to authenticate or establish the foundation for any exhibit on the Debtor's list.

## II. DEBTOR'S EXHIBIT LIST

4. The Debtor identifies the documents on the Exhibit List attached hereto as <u>Exhibit A</u> as those they may offer at the Hearing.

5. The Debtor reserves the right to supplement or amend their Exhibit List to (i) address documents produced by other parties recently or in the future; (ii) use and/or admit into evidence any exhibit identified on the exhibit list of any other party; and/or (iii) use and/or admit into evidence any exhibit used for impeachment purposes.

6. In addition to the documents and exhibits identified on <u>Exhibit A</u>, the Debtor reserves the right to offer or otherwise use at the Hearing: (i) documents or exhibits identified on the exhibit list of any other party or party-in-interest; (ii) pleadings filed by the parties in this matter; (iii) additional exhibits reasonably necessary to respond to issues presented during the Hearing; and (iv) charts, graphs, timelines, enlargements, models, or other demonstrative exhibits.

7. By listing an exhibit on this list, the Debtor does not concede that any particular exhibit is admissible or that it is admissible for all purposes. The Debtor reserves the right to object to admission of any document. The Debtor reserves the right to amend or supplement their exhibit list, or to add or subtract exhibits, prior to the conclusion of the Hearing. The Debtor also reserves the right to request the Court to take judicial notice of any exhibits as necessary.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 20, 2026
Richmond, Virginia

        Respectfully submitted,

        /s/ *Nicholas S. Monico*
        Tyler P. Brown (admitted *pro hac vice*)
        Jennifer E. Wuebker (D.C. Bar No. 1035039)
        Nicholas S. Monico (admitted *pro hac vice*)
        **HUNTON ANDREWS KURTH LLP**
        951 E. Byrd Street
        Richmond, Virginia 23219
        Telephone:   (804) 788-8200
        Facsimile:   (804) 788-8218
        Email:   tpbrown@hunton.com
            jwuebker@hunton.com
            nmonico@hunton.com

        *Counsel for the Debtor and Debtor in Possession*

## EXHIBIT A

### Debtor's Exhibit List

| EXHIBIT NO. | DOCUMENT DESCRIPTION | ADMITTED |
|---|---|---|
| **Debtor's Ex. 1** | Retail Lease Agreement dated March 28, 2016, by and between Central Place Office, L.L.C., as landlord, and Compass Coffee, LLC, as tenant. | |
| **Debtor's Ex. 2** | Third Lease Amendment dated April 11, 2024, by and between CoStar Central Place HQ, LLC (successor in interest to Central Place Office, L.L.C.), as landlord, and Compass Coffee, LLC, as tenant. | |
| **Debtor's Ex. 3** | Email dated November 5, 2025, at 5:21 PM from Daniel Murphy to Chas Newman and Daniel Velasco. | |
| **Debtor's Ex. 4** | Roto Rooter Video Inspection performed November 5, 2025. | |
| **Debtor's Ex. 5** | Roto Rooter Excavation Invoice No. 24717736 dated November 11, 2025 | |
| **Debtor's Ex. 6** | Email dated December 26, 2025, at 6:54 PM from Chas Newman to Max Deem. | |
| **Debtor's Ex. 7** | Email dated November 24, 2025 at 12:30 PM from Chas Newman to Barbra Finan. | |
| **Debtor's Ex. 8** | Email dated December 17, 2025, from Miguel Guevara to Daniel Murphy. | |
| **Debtor's Ex. 9** | Email dated February 13, 2026 from Barbra Finan to Max Deem | |
| | Any written direct testimony filed by witnesses the Debtor's will call at the Hearing. | |
| | Any documents necessary for rebuttal. | |
| | Any exhibit designated by any other party. | |