The order below is hereby signed.

Signed: February 24 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | |
| | **Case No. 26-00005 (ELG)** |
| Debtor. | |

**ORDER GRANTING DEBTOR'S MOTION TO EXPEDITE HEARING ON,**
**AND TO SHORTEN TIME TO RESPOND TO, LEASE REJECTION MOTION**

Upon consideration of the *Debtor's Motion to Expedite Hearing On, and to Shorten Time to Respond To, Motion* [Docket No. 207] (the "***Motion***")[1] filed by the above-captioned debtor and debtor in possession (the "***Debtor***") pursuant to section 105 of the Bankruptcy Code and rule 9013-2(a) of the Local Rules, seeking entry of an order (this "***Order***") expediting a hearing on and

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

shortening time to respond to the Lease Rejection Motion; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b); venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; upon the M. Haft Declaration; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. An expedited hearing on the Lease Rejection Motion will be held on February 26, 2026, at 11:00 a.m. (prevailing Eastern Time) (the "*Hearing*") via zoom teleconference. Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom access codes and permission to appear virtually. Parties may otherwise attend the hearing in person at the United States Bankruptcy Court, Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, D.C. 20001.

3. Objections to the relief sought in the Lease Rejection Motion may be filed electronically with the Court through and including the date and time of the Hearing. Notwithstanding the foregoing, the requirement for filing a formal, written objection to the Lease Rejection Motion is hereby waived.

4. The Debtor is authorized to take all actions necessary to implement the relief granted herein.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. On the date this Order is entered, the Debtor is directed to serve a copy of this Order via First Class Mail and e-mail, where available, on all parties that are provided notice of the Lease Rejection Motion and file a proof of service prior to the commencement of the Hearing.

WE ASK FOR THIS:

/s/ *Jennifer E. Wuebker*
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8200
Facsimile:      (804) 788-8218
Email:           tpbrown@hunton.com
                     jwuebker@hunton.com
                     nmonico@hunton.com

*Counsel for the Debtor and Debtor in Possession*