Addison J. Chappell, Esquire
Catherine B. Harrington, Esquire
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
Phone: (301) 517-4802
Email: achappell@milesstockbridge.com
Email: charrington@milesstockbridge.com

*Counsel for MDP 1351 Wisconsin LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>COMPASS COFFEE, LLC<br><br>Debtor. | Case No. 26-00005-ELG<br>(Chapter 11) |

**JOINDER IN SUPPORT OF THE OBJECTIONS TO ADEQUATE ASSURANCE
PROVIDED BY BACK-UP BIDDER**

MDP 1351 Wisconsin, LLC ("Landlord"), by and through undersigned counsel, files its Joinder in Support of the Objections to Adequate Assurance Provided by Backup Bidder ("Joinder"). In support thereof, Landlord states as follows:

1. Landlord and Compass Coffee, LLC ("Debtor") are parties to that certain Commercial Lease dated April 18, 2018 (as amended, the "Lease"), whereby the Debtor leases real property at 1351 Wisconsin Ave. NW, Washington DC, 20007, consisting of 3,200 square feet of rentable space (the "Premises").

2. On January 6, 2026, the Debtor commenced the above-captioned case by filing a Voluntary Petition under Chapter 11 of the Bankruptcy Code.

3. On January 23, 2026, the Court entered an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory

Contracts and Unexpired Leases; (III) Approving Stalking Horse Protections; (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; and (V) Approving Form of Notice Thereof [Dkt. No. 90] (the "Sale Procedures Order"), which establishes procedures for, among other things, the auction, sale, and assumption of executory contracts and unexpired leases.

4. On the same day, the Debtor filed its Stalking Horse Selection Notice [Dkt. No. 93], which identified Caffe Nero North America, Inc. ("Caffe Nero") as the stalking horse purchaser.

5. On the same day, the Debtor filed its Notice of Assigned Contract List [Dkt. No. 94], which listed the Lease as one of several unexpired leases it plans to assume and assign to the successful purchaser at the forthcoming sale hearing.

6. On January 26, 2026, the Debtor provided undersigned counsel its Notice of Debtor's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and Setting Forth Proposed Cure Amounts (the "Cure Notice").

7. In accordance with the Sale Procedures Order, the Debtor conducted an auction (the "Auction") for the sale of substantially all of its assets from February 17, 2026 through February 19, 2026. At the conclusion of the Auction, the Debtor identified Caffe Nero as the successful bidder, and Next Gen Coffee Enterprises, LLC as the Back-Up Bidder (the "Back-Up Bidder"). As set forth in the Sale Procedures Order, the Back-Up Bidder has agreed to purchase the Debtor's assets pursuant to an asset purchase agreement if Caffe Nero fails to close the Sale. *See* [Dkt. No. 90].

8. On February 19, 2026, the Debtor provided Landlord an adequate assurance letter from the Back-Up Bidder. The Back-Up Bidder is an acquisition vehicle formed one week prior to the Auction with no financial performance history. The Back-Up Bidder has not provided

financial information to Landlord sufficient to confirm the Back-Up Bidder's ability to perform under the Lease.

9. Several Landlords filed objections and reservations of rights with respect to the lack of satisfactory adequate assurance information provided by the Back-Up Bidder. *See* [Dkt. Nos. 210, 215, 216, and 218] (the "Landlord Objections").

10. Landlord joins in the Landlord Objections in support of the relief requested in each. In the event that the Back-Up Bidder is subsequently declared the successful bidder, Landlord hereby reserves its right to further object to (i) any proposed assumption or assignment of the Lease on additional grounds including, without limitation, the Back-Up Bidder's showing of adequate assurance of future performance as required by Section 365(b)(1)(C) and (f)(2)(B); and (ii) any proposed assumption and assignment of the Lease based upon any new information provided by Debtor or the Back-Up Bidder.

11. Landlord also joins any objections of other landlords to the extent they are not inconsistent with the Landlord Objections and this Joinder.

DATE: February 25, 2026

*/s/ Addison J. Chappell*
Addison J. Chappell, Esquire
Catherine B. Harrington, Esquire
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
Phone: (301) 517-4802
Email: achappell@milesstockbridge.com
Email: charrington@milesstockbridge.com

*Counsel for MDP 1351 Wisconsin LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2026 a copy of the foregoing Joinder was served via this Court's CM/ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ *Addison J. Chappell*
Addison J. Chappell

119214\000007\4923-8088-8978.v1