**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Chapter 11 |
| **Compass Coffee, LLC,** | |
| Debtor. | Case No. 26-00005 (ELG) |

**PROPOSED AGENDA FOR MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 26, 2026, AT 11:00 A.M. (EASTERN TIME)**

The following matters are scheduled for hearing before Elizabeth L. Gunn, United States Bankruptcy Judge, on February 26, 2026, at 11:00 a.m. (the "***Hearing***").  The Hearing will take place both in Courtroom 1, 333 Constitution Avenue N.W., Washington, D.C. 20001, and by Zoom. Parties wishing to appear at or listen into the Hearing by Zoom may contact Gunn_Hearings@dcb.uscourts.gov for Zoom access codes and for permission to appear virtually.

I. **Matters Set for Hearing**

1. "**Sale Motion**" – *Debtor's Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Approving Stalking Horse Protections; (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; (V) Approving Form of Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtor to Sell its Assets; and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 76];

    a. Response:

    i.    *Objection of KBSIII 3003 Washington, LLC to Cure Amounts and Assumption and Assignment of Unexpired Lease in Connection with Sale* [Docket No. 159];

    ii.    *Objection of 13th and F Associates L.P. to the Notice of Debtor's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and Setting Forth Proposed Cure Amounts* [Docket No. 160] and *Exhibit A – Receivables Ledger* [Docket No. 165];

    iii.    *Limited Objection of Costar Central Place HQ, LLC to (1) Notice of Debtor's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and Setting Forth Proposed Cure Amounts; and (2) Debtor's Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Approving Stalking Horse Protections; (IV) Scheduling Bid Deadlines, Auction Date, and Sale Hearing Date; (V) Approving Form of Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtor to Sell its Assets; and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 161];

    iv.    *Limited Objection and Reservation of Rights to Debtor's Notice of Filing Assigned Contract List and Notice of Debtor's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and Setting Forth Proposed Cure Amounts* [Docket No. 162] filed by MDP 1351 Wisconsin LLC;

    v.    *Terrell Place Property, LLC's Contract Objection* [Docket No. 163];

    vi.    *West Half Residential II, LLC's Contract Objection* [Docket No. 164];

    vii.    *Objection of GGP Retail LLC and Regency Centers, L.P. to Notice of Debtor's Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and Setting Forth Proposed Cure Amounts* [Docket No. 166];

    viii.    *GDCV Eye Street, LLC's Objection to Debtor's Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Approving Stalking Horse Protections; (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; (V) Approving Form of Notice Thereof; (B) Entry of an Order After the Sale Hearing; (I) Authorizing the Debtor to Sell Its Assets; and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 168];

ix. *SV Village Operating, LLC's Objection to Debtor's Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Approving Stalking Horse Protections; (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; (V) Approving Form of Notice Thereof; (B) Entry of an Order After the Sale Hearing; (I) Authorizing the Debtor to Sell Its Assets; and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 169];

x. *Objection of Harrison Suarez to Debtor's Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Approving Stalking Horse Protections; (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; (V) Approving Form of Notice Thereof; (B) Entry of an Order After the Sale Hearing; (I) Authorizing the Debtor to Sell Its Assets; and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 203];

xi. *Objection of KBSIII 3003 Washington, LLC to Assumption and Assignment of Unexpired Lease to Back-up Bidder in Connection with Sale* [Docket No. 210];

xii. *Limited Objection Debtor's Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Approving Stalking Horse Protections; (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; (V) Approving Form of Notice Thereof; (B) Entry of an Order After the Sale Hearing; (I) Authorizing the Debtor to Sell Its Assets; and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 214] filed by People Center, Inc. (d/b/a Rippling);

xiii. *Terrell Place Property, LLC's Adequate Assurance Objection* [Docket No. 216];

xiv. *West Half Residential II, LLC's Adequate Assurance Objection* [Docket No. 217];

xv. *Reservation of Rights of Costar Central Place HQ, LLC with Respect to the Backup Bidder and Sale Order* [Docket No. 218];

xvi. *Joinder in Support of the Objections to Adequate Assurance Provided by Back-up Bidder* [Docket No. 219];

  xvii. *GDCV Eye Street, LLC's Objection to Adequate Assurance of Backup Bidder* [Docket No. 221]; and

  xviii. *SV Village Operating, LLC's Objection to Adequate Assurance of Backup Bidder* [Docket No. 222].

 b. <u>Related Documents</u>:

  i. *Order Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Approving Stalking Horse Protections; (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; and (V) Approving Form of Notice Thereof* [Docket No. 90];

  ii. *Notice of Proposed Sale of Assets, Auction, and Sale Hearing* [Docket No. 92];

  iii. *Stalking Horse Selection Notice* [Docket No. 93];

  iv. *Notice of Filing Assigned Contract List* [Docket No. 94];

  v. *Notice of Adjournment of Auction and Extension of Related Deadlines* [Docket No. 186];

  vi. *Notice of Successful Bidder and Back-up Bidder* [Docket No. 190];

  vii. *Debtor's Witness and Exhibit List for February 26, 2026 Hearing* [Docket No. 193];

  viii. *Notice of Filing Proposed Sale Order* [Docket No. 208];

  ix. *Notice of Filing Asset Purchase Agreement and Redline of Asset Purchase Agreement Against the Stalking Horse Purchase Agreement* [Docket No. 215]; and

  x. *Declaration of Michael Haft in Support of Asset Sale* [Docket No. 220].

 c. <u>Status</u>: This matter is going forward.

2. "***First Reject Leases Motion***" – *Debtor's Motion to Reject Certain Unexpired Non-Residential Leases* [Docket No. 14];

 a. <u>Response</u>: None.

 b. <u>Related Documents</u>:

      i.    *Order Authorizing the Debtor to Reject Certain Unexpired Non-Residential Leases* [Docket No. 132]; and

      ii.    *Notice of Filing Agreed Proposed Order Granting Lease Rejection Motion* [Docket No. 223].

  c.  <u>Status</u>: This matter is going forward.

3.  "**Second Reject Lease Motion**" – *Debtor's Motion to Reject and Terminate Unexpired Non-Residential Lease and for Related Relief* [Docket No. 206];

  a.  <u>Response</u>: None.

  b.  <u>Related Documents</u>: None.

  c.  <u>Status</u>: This matter is going forward

[*Remainder of Page Intentionally Left Blank*]

Dated: February 25, 2026
Richmond, Virginia

        Respectfully submitted,

        /s/ *Nicholas S. Monico*
        Tyler P. Brown (admitted *pro hac vice*)
        Jennifer E. Wuebker (D.C. Bar No. 1035039)
        Nicholas S. Monico (admitted *pro hac vice*)
        **HUNTON ANDREWS KURTH LLP**
        951 E. Byrd Street
        Richmond, Virginia 23219
        Telephone:   (804) 788-8200
        Facsimile:   (804) 788-8218
        Email:   tpbrown@hunton.com
                jwuebker@hunton.com
                nmonico@hunton.com

        *Counsel for the Debtor and Debtor in Possession*