**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| Debtor. | |

**NOTICE OF FILING AMENDED ASSIGNED CONTRACT LIST
AND REDLINE AGAINST PREVIOUS ASSIGNED CONTRACT LIST**

**PLEASE TAKE NOTICE** that on January 23, 2026, the above-captioned debtor and debtor in possession (the "***Debtor***") filed the *Notice of Filing Assigned Contract List* [Docket No. 94], attaching the Assigned Contract List as Schedule 1 thereto (the "***Original Assigned Contact List***").

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby files an amended Assigned Contract List (the "***Amended Assigned Contract List***"), which is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a redline of the Amended Assigned Contract List to the Original Assigned Contract List is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to amend, modify, or supplement the Amended Assigned Contract List to add or remove any contract or lease in accordance with the Bidding Procedures and the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE THAT THE PRESENCE OF A CONTRACT OR LEASE ON SCHEDULE 1 HERETO DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CONTRACT OR LEASE IS AN EXECUTORY CONTRACT OR**

**UNEXPIRED LEASE OR A PROMISE TO ASSUME SUCH CONTRACT OR LEASE. THE DEBTOR RESERVES ALL RIGHTS, CLAIMS, AND CAUSES OF ACTION WITH RESPECT TO THE CONTRACTS AND LEASES LISTED ON SCHEDULE 1, INCLUDING THE RIGHT TO AMEND THE ASSIGNED CONTRACT LIST TO ADD OR REMOVE CONTRACTS OR LEASES FOR ANY REASON.**

*[Remainder of Page Intentionally Left Blank]*

Dated: February 25, 2026
Richmond, Virginia

                                                  Respectfully submitted,

/s/ *Jennifer E. Wuebker*
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:   (804) 788-8200
Facsimile:   (804) 788-8218
Email:       tpbrown@hunton.com
             jwuebker@hunton.com
             nmonico@hunton.com

*Counsel for the Debtor and Debtor in Possession*

## Exhibit A

**Amended Assigned Contract List**

| Counter Party | Contract/Lease Description | Effective Date | Mailing Address |
|---|---|---|---|
| 13th & F Associates, LP. | Lease for the cafe at 555 13th St. | 5/12/2025 | 555 College Rd E, Princeton NJ 08543 |
| 74 Washington Retail Holdings, LLC | Lease for the cafe at 4850 Massachusets Ave. | 12/1/2018 | 1945 Old Gallows Rd. Vienna VA 22182 |
| 1301 K Street Limited Partnership | Lease for the cafe at 1301 K St. | 9/1/2019 | 1301 K St NW, Ste 1180W, Washington, DC 20005 |
| 2130 P Street Associates | Lease for the cafe at 2150 P St. | 4/10/2025 | Legal Department, 2130 P Street Associates 1001 G St NW, Suite 900, Washington DC 20001 |
| Cafritz-Wilkes Development Group LLC | Lease for the café at 1535 7th | 10/22/2013 | 5101 Wisconsin Avenue, NW, Suite 200 Washington DC 20016, United States |
| Celigo, Inc. | Data and Subscriptiion Integration Platform | 12/29/2025 | 3 Lagoon Drive, Ste 130, Redwood City, CA 94065; 1820 Gateway Dr, San Mateo, CA 94404 |
| Cushman & Wakefield U.S. Inc. | Lease for the cafe at 1201 Wilson Blvd. | 6/1/2018 | 225 West Wacker, Chicago IL 60606 |
| FC-QIC Ballston Common Retail JV, LLC | Lease for the cafe at 4100 Wilson Blvd. | 3/1/2020 | Legal Department, 350 N Orleans St, Chicago IL 60654 |
| Greystar | Lease for the cafe at 82 I St. | 10/1/2024 | M Financial Plaza, 1125 NW Couach Street Suite 450, Portland OR 97209 |
| James Wilson Constitutional Society | Lease for the cafe at 4710 Langston Blvd. | 7/1/2022 | 4710 Langston Blvd, Arlington VA 22207 |
| JBG West Half Residential II, LLC | Lease for the cafe at 1201 Half St. | 3/1/2022 | 4445 Willard Avenue, Suite 400 Chevy Chase MD 20815 |
| KBSIII 3003 Washington LLC | Lease for the cafe at 3003 Washington Blvd. | 3/1/2025 | 3003 Washington Boulevard, Suite #950, Arlington VA 22201 |
| MDP 1351 Wisconsin LLC | Lease for the cafe at 1351 Wisconsin Blvd. | 1/1/2019 | 1875 Connecticut Ave NW, Washington DC 20009 |
| Oracle America, Inc. | NetSuite Commerce Cloud Service Contract - Estimate #1642077 | 5/20/2025 | 2300 Oracle Way, Austin, TX 78741; 500 Oracle Parkway, Redwood Shores, CA 94065 |
| Oracle America, Inc. | NetSuite Commerce Cloud Service Contract - Estimate #1213218 | 5/22/2023 | 2300 Oracle Way, Austin, TX 78741; 500 Oracle Parkway, Redwood Shores, CA 94065 |
| Oracle America, Inc. | NetSuite Commerce Cloud Service Contract - Estimate #1027637 | 5/22/2022 | 2300 Oracle Way, Austin, TX 78741; 500 Oracle Parkway, Redwood Shores, CA 94065 |
| People Center, Inc. (dba Rippling) | Employee Payroll, Benefits, Management, and Recruiting Services | 9/1/2025 | 430 California Street, 11th Floor San Francisco, CA 94104 |
| Regency Centers, L.P. | Lease for the cafe at 10400 Fairfax Blvd. | 3/1/2022 | 1919 Gallows Road, Suite 1000, Vienna VA 22182 |
| Shopify, Inc. | E-Commerce Platform | 12/29/2025 | 151 O'Connor Street, Ground floor Ottawa, ON, K2P 2L8 |
| Terrell Place Property LLC | Lease for the cafe at 650 F St. | 10/31/2015 | P.O. Box 75235. Baltimore MD 21275-5235 |
| THE TREA 1001 PENNSYLVANIA AVENUE TRUST | Lease for the cafe at 435 11th St. | 3/1/2023 | 730 Third Avenue, New York NY 10017 |

# Exhibit B

**Redline of Amended Assigned Contract List to Original Assigned Contract List**

| Counter Party | Contract/Lease Description | Effective Date | Mailing Address |
|---|---|---|---|
| 13th & F Associates, LP. | Lease for the cafe at 555 13th St. | 5/12/2025 | 555 College Rd E, Princeton NJ 08543 |
| 74 Washington Retail Holdings, LLC | Lease for the cafe at 4850 Massachusets Ave. | 12/1/2018 | 1945 Old Gallows Rd. Vienna VA 22182 |
| 1301 K Street Limited Partnership | Lease for the cafe at 1301 K St. | 9/1/2019 | 1301 K St NW, Ste 1180W, Washington, DC 20005 |
| 2130 P Street Associates | Lease for the cafe at 2150 P St. | 4/10/2025 | Legal Department, 2130 P Street Associates<br>1001 G St NW, Suite 900, Washington DC 20001 |
| ~~Baldinos Electronic Security, Inc.~~Cafritz-Wilkes Development Group LLC | ~~Brivo Monitoring and Cloud Access Control~~Lease for the café at 1535 7th | 01~~10~~/~~01~~22/2026~~2013~~ | ~~7400 Fullerton Road~~5101 Wisconsin Avenue, NW, Suite ~~100 Springfield~~ 200 Washington DC 20016, ~~VA 22153~~ United States |
| Celigo, Inc. | Data and Subscriptiion Integration Platform | 12/29/2025 | 3 Lagoon Drive, Ste 130, Redwood City, CA 94065;<br>1820 Gateway Dr, San Mateo, CA 94404 |
| Cushman & Wakefield U.S. Inc. | Lease for the cafe at 1201 Wilson Blvd. | 6/1/2018 | 225 West Wacker, Chicago IL 60606 |
| ~~Ecobee, Inc.~~ | ~~SmartBuildings Plan and HVAC Control Services~~ | ~~1/10/2026~~ | ~~207 Queens Quay W, Suite 600~~<br>~~Toronto, ON M5J 1A7~~ |
| FC-QIC Ballston Common Retail JV, LLC | Lease for the cafe at 4100 Wilson Blvd. | 3/1/2020 | Legal Department, 350 N Orleans St, Chicago IL 60654 |
| ~~Get Ansa, Inc.~~ | ~~Customer Wallet Agreement~~ | ~~6/28/2023~~ | ~~505 Alabama St., San Francisco, CA 94104~~ |
| Greystar | Lease for the cafe at 82 ~~L~~ I St. | 10/1/2024 | M Financial Plaza, 1125 NW Couach Street Suite 450, Portland OR 97209 |
| ~~inKind Cards, Inc.~~ | ~~Credit Agreement~~ | ~~4/9/2025~~ | ~~600 Congress Avenue, Suite 1700, Austin, TX 78701~~ |
| James Wilson Constitutional Society | Lease for the cafe at 4710 Langston Blvd. | 7/1/2022 | 4710 Langston Blvd, Arlington VA 22207 |
| JBG West Half Residential II, LLC | Lease for the cafe at 1201 Half St. | 3/1/2022 | 4445 Willard Avenue, Suite 400<br>Chevy Chase MD 20815 |
| KBSIII 3003 Washington LLC | Lease for the cafe at 3003 Washington Blvd. | 3/1/2025 | 3003 Washington Boulevard, Suite #950, Arlington VA 22201 |
| ~~Klaviyo, Inc.~~ | ~~Marketing Services~~ | ~~1/12/2026~~ | ~~125 Summer St Floor 7,~~<br>~~Boston, MA 02111~~ |
| MDP 1351 Wisconsin LLC | Lease for the cafe at 1351 Wisconsin Blvd. | 1/1/2019 | 1875 Connecticut Ave NW, Washington DC 20009 |
| ~~Netgain Solutions~~Oracle America, Inc. | ~~Accounting Software and Lease, Loan and Fixed~~NetSuite Commerce Cloud Service Contract ~~Asset Management~~ Estimate #1642077 | 09~~05~~/~~01~~20/2025 | ~~9189 S. Jamaica St. Suite 400 Englewood~~2300 Oracle Way, ~~CO 80112-5957~~ Austin, TX 78741;<br>500 Oracle Parkway, Redwood Shores, CA 94065 |
| Oracle America, Inc. | NetSuite Commerce Cloud ~~Services~~ Service Contract - Estimate #1213218 | 5/22/2023 | 2300 Oracle Way, Austin, TX 78741;<br>500 Oracle Parkway, Redwood Shores, CA 94065 |
| ~~Ordergroove~~Oracle America, ~~LLC~~ Inc. | NetSuite Commerce Cloud Service Contract - Estimate #1027637 | 02~~05~~/~~01~~22/2025~~022~~ | ~~382 NE 191st Street~~2300 Oracle Way, ~~Suite 56661 Miami~~ Austin, ~~FL 33179~~ TX 78741;<br>500 Oracle Parkway, Redwood Shores, CA 94065 |
| People Center, Inc. (dba Rippling) | Employee Payroll, Benefits, Management, and Recruiting Services | 9/1/2025 | 430 California Street, 11th Floor<br>San Francisco, CA 94104 |
| Regency Centers, L.P. | Lease for the cafe at 10400 Fairfax Blvd. | 3/1/2022 | 1919 Gallows Road, Suite 1000, Vienna VA 22182 |
| ~~Rockrose General Equities LLC~~ | ~~Lease for the cafe at 849 18th St.~~ | ~~7/7/2016~~ | ~~1776 Eye Street SPE, 15 E 26th St, 7th Floor, New York NY 10010~~ |
| Shopify, Inc. | E-Commerce Platform | 12/29/2025 | 151 O'Connor Street, Ground floor<br>Ottawa, ON, K2P 2L8 |

| | | | |
|---|---|---|---|
| ~~Soundtrack Your Brand USA, Inc.~~ | ~~In-Store Music Streaming Services~~ | ~~5/20/2025~~ | ~~PO Box 21445 PMB 12010, Seattle, WA 98111; 800 5TH Ave N Ste 4100, Seattle, WA 98109-3906~~ |
| Terrell Place Property LLC | Lease for the cafe at 650 F St. | 10/31/2015 | P.O. Box 75235. Baltimore MD 21275-5235 |
| THE TREA 1001 PENNSYLVANIA AVENUE TRUST | Lease for the cafe at 435 11th St. | 3/1/2023 | 730 Third Avenue, New York NY 10017 |