## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Chapter 11 |
| Compass Coffee, LLC, | Case No. 26-00005 (ELG) |
| Debtor. | |

### MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE* OF STEPHEN M. WOLPERT

Pursuant to Local Bankruptcy Rule 2090-1(b), D. Brett Kohlhofer, a member in good standing of the bar of the United States District Court for the District of Columbia, counsel to Next Gen Coffee Enterprises, LLC, moves the Court to admit Stephen M. Wolpert to appear *pro hac vice* in the above-captioned proceedings and, in support thereof, as supported by the accompanying declaration, states as follows:

1. Mr. Wolpert is a member in good standing of the Bar of the State of New York and is admitted to practice before the United States District Court for the Eastern District of Michigan, United States District Court for the Southern District of New York, and United States Bankruptcy Court for the Southern District of New York.

2. Pursuant to Local Bankruptcy Rule 2090-1(b), "an attorney who is not a member of the Bar of the United States District Court for the District of Columbia, but who is a member in good standing in every jurisdiction where the attorney has been admitted to practice and is not subject to pending disciplinary proceedings as a member of the Bar in any jurisdiction, may appear by leave of Court. Such attorney shall, contemporaneous with the making of such appearance, file a Motion for Admission Pro Hac Vice to appear before this Court, which need not be signed by any other attorney, along with the applicable filing fee."

3. The undersigned requests that the Court allow Mr. Wolpert to file pleadings and appear *pro hac vice* on behalf of Next Gen Coffee Enterprises, LLC in the above-captioned case.

4. Mr. Wolpert's declaration supporting this motion is appended as <u>Exhibit A</u> and incorporated herein by reference.

5. The undersigned has provided notice of this Motion to the United States Trustee and all parties entitled to receive electronic notice in this chapter 11 case.

Accordingly, the undersigned respectfully moves the Court to enter an Order, substantially in the form attached hereto as <u>Exhibit B</u>, permitting Stephen M. Wolpert to appear *pro hac vice* in the above-captioned proceedings and granting such other and further relief as may be just and proper.

Dated: February 26, 2026
Washington, D.C.

Respectfully submitted,

<u>/s/ *D. Brett Kohlhofer*</u>
D. Brett Kohlhofer (D.C. Bar No. 1022963)
**DECHERT LLP**
1900 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 261-3300
Facsimile:  (202) 261-3333
d.brett.kohlhofer@dechert.com

<u>/s/ *Stephen M. Wolpert*</u>
Stephen M. Wolpert (*pro hac vice* pending)
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599
stephen.wolpert@dechert.com

*Counsel for Next Gen Coffee Enterprises LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of February, 2026 a copy of the foregoing Motion was filed and served electronically using the Court's ECF System to all parties receiving electronic notice, and via email to the Office of the United States Trustee at USTP.Region04@usdoj.gov, Michael.T.Freeman@usdoj.gov, and kristen.s.eustis@usdoj.gov.

/s/ D. Brett Kohlhofer
D. Brett Kohlhofer

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| Debtor. | |

**[PROPOSED] ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE* OF STEPHEN M. WOLPERT**

Upon consideration of the Motion Pursuant To Local Bankruptcy Rule 2090-1(b) For Admission Pro Hac Vice of Stephen M. Wolpert (the "**Motion**"), the Court finds good cause exists to grant the requested relief; and it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT**

1. The Motion is GRANTED.

2. Stephen M. Wolpert is permitted to appear *pro hac vice* in the above-captioned chapter 11 case and any related proceedings in accordance with Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Columbia.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, or enforcement of this Order.

**SO ORDERED** this _____ day of _____ 2026.

_____
Hon. Elizabeth L. Gunn

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| Debtor. | |

**DECLARATION IN SUPPORT OF *PRO HAC VICE*
ADMISSION OF STEPHEN M. WOLPERT**

I, Stephen M. Wolpert, hereby declare that the following is true and correct:

1. I am a member in good standing of the Bar of the State of New York.  I am also admitted to practice before the United States District Court for the Eastern District of Michigan, United States District Court for the Southern District of New York, and United States Bankruptcy Court for the Southern District of New York.

2. I am not the subject of any disciplinary proceedings in New York or any other jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2026
New York, New York

/s/ *Stephen M. Wolpert*
Stephen M. Wolpert
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 698-3500
Facsimile: (212) 698-3599
stephen.wolpert@dechert.com

*Counsel to Next Gen Coffee Enterprises LLC*