**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Compass Coffee, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 26-00005 (ELG) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 4, 2026, he caused to be served a true and correct copy of each of the following documents via email to the parties on the list attached hereto as **Exhibit A** and via first-class mail to the parties on the list attached hereto as **Exhibit B**:

- **"Corrected Sale Order"** – *Corrected Order (I) Approving the Asset Purchase Agreement; (II) Authorizing the Sale of the Purchased Assets; (III) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Docket No. 256].

[*Remainder of Page Intentionally Left Blank*]

Dated: March 4, 2026
Richmond, Virginia

    Respectfully submitted,

    /s/ *Nicholas S. Monico*
    Tyler P. Brown (admitted *pro hac vice*)
    Jennifer E. Wuebker (D.C. Bar No. 1035039)
    Nicholas S. Monico (admitted *pro hac vice*)
    **HUNTON ANDREWS KURTH LLP**
    951 E. Byrd Street
    Richmond, Virginia 23219
    Telephone:    (804) 788-8200
    Facsimile:    (804) 788-8218
    Email:    tpbrown@hunton.com
            jwuebker@hunton.com
            nmonico@hunton.com

    *Counsel for the Debtor and Debtor in Possession*

**Exhibit A**

| Party | Email |
|---|---|
| 13th & F Associates, LP. | wfeldman@wfeldmanlaw.com |
| 2130 P Street Associates | dfolds@bakerdonelson.com |
| 74 Washington Retail Holdings, LLC | andrew@albertandschulwolf.com |
| AP DC Tomato's LLC | ewaldman@cirlaw.com |
| Brookfield Properties Retail Inc. | jraviele@kelleydrye.com |
| Caffe Nero North America, Inc. | jtesta@mccarter.com |
| Caffe Nero North America, Inc. | lobrien@mccarter.com |
| Cafritz-Wilkes Development Group LLC | bcoughlin@thewilkescompany.com |
| Clover Sonoma Farms | comrecnorcal@aol.com |
| CoStar Central Place HQ, LLC | roglenl@ballardspahr.com |
| CoStar Central Place HQ, LLC | sadlerj@ballardspahr.com |
| Counsel to Official Committee of Unsecured Creditors | jeffrey.tarkenton@wbd-us.com |
| Counsel to Official Committee of Unsecured Creditors | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com |
| Cushman & Wakefield U.S. Inc. | roglenl@ballardspahr.com |
| EagleBank | rdubo@gebsmith.com |
| Falls Church (E&A), LLC | achappell@milesstockbridge.com |
| Falls Church (E&A), LLC | charrington@milesstockbridge.com |
| FC-QIC Ballston Common Retail JV, LLC | mbyroade@kelleydrye.com |
| FC-QIC Ballston Common Retail JV, LLC | rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com |
| GDCV Eye Street, LLC c/o Greystar | andrew@albertandschulwolf.com |
| Harrison Suarez | KChaverri@TLCLawFirm.com |
| inKind Card, Inc. | compliance@inkind.com;<br>notices@inKind.com |
| INKIND CARDS, INC. | compliance@inkind.com;<br>notices@inKind.com |
| inKind Credit Fund LP | compliance@inkind.com;<br>notices@inKind.com |
| inKind Warehouse Facility, LLC | compliance@inkind.com;<br>notices@inKind.com |
| James Wilson Constitutional Society | adavison@beankinney.com |
| James Wilson Constitutional Society | andi727@gmail.com |
| JBG West Half Residential II, LLC | jds@gdllaw.com<br>ajs@gdllaw.com |
| KBSIII 3003 Washington, LLC c/o KBS | Bos-bankruptcy@hklaw.com<br>John.monaghan@hklaw.com |
| KBSIII 3003 Washington, LLC c/o KBS | philip.evans@hklaw.com |

| Party | Email |
|---|---|
| MDP 1351 Wisconsin LLC | achappell@milesstockbridge.com |
| MDP 1351 Wisconsin LLC | charrington@milesstockbridge.com |
| National Investment Group LLC | rmmarino@rpb-law.com |
| Next Gen Coffee Enterprises LLC | d.brett.kohlhofer@dechert.com |
| Next Gen Coffee Enterprises LLC | stephen.wolpert@dechert.com |
| Office of Attorney General for the District of Columbia | oag@dc.gov |
| Office of the Attorney General for the District of Columbia | nancy.alper@dc.gov |
| Office of the U.S. Trustee - Region 4 | Kristen.S.Eustis@usdoj.gov<br>michael.t.freeman@usdoj.gov<br>ustp.region04@usdoj.gov |
| Oracle America, Inc. | lauren.pultro@arlaw.com<br>Jessica.bowers@arlaw.com |
| Oracle America, Inc. | SCHRISTIANSON@Buchalter.com |
| People Center, Inc. (dba Rippling) | acoffin@akingump.com<br>keide@akingump.com |
| Perseus 1827 Adams Mill Investments LLC | lkouts@mckplaw.com |
| Regency Centers, L.P. | mbyroade@kelleydrye.com |
| Regency Centers, L.P. | rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com |
| Square Financial Services | carlota.esmedilla1@iqor.com |
| SV Village Operating, LLC | andrew@albertandschulwolf.com |
| Terrell Place Property LLC | jds@gdllaw.com |
| The TREA 1001 Pennsylvania Avenue Trust | gcarillo@MCKPlaw.com |
| Tiye Massey | Bernabei@bernabeipllc.com<br>Kabat@bernabeipllc.com |
| White Flint Associates, LLC | cajones@whitefordlaw.com |

**Exhibit B**

| Party | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| 1301 K Street Limited Partnership | 1301 K Street NW, Suite 1180W | | Washington, DC 20005 |
| 13th & F Associates, LP. | 555 College Rd E | | Princeton, NJ 08543 |
| 13th & F Associates, LP. | c/o Hines Interests Limited Partnership Attention: Andrew McGeorge | 555 13th Street, N.W., Suite 400 West | Washington, D.C. 20004-1109 |
| 13th & F Associates, LP. | Attn: William R. Feldman c/o Feldman & Associates, P.C. | 451 Hungerford Drive, Suite 210 | Rockville, MD 20850 |
| 2130 P Street Associates | Legal Department, 2130 P Street Associates | 1001 G St NW, Suite 900 | Washington, DC 20001 |
| 2130 P Street Associates | Attn: David Folds c/o Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC | 901 K Street, N.W., Suite 900 | Washington, D.C. 20001 |
| 74 Washington Retail Holdings, LLC | 1945 Old Gallows Rd. | | Vienna, VA 22182 |
| 74 Washington Retail Holdings, LLC | Attn: Andrew B. Schulwolf, Esq. c/o Albert & Schulwolf, LLC | 100 North Washington Street, Suite 300 | Rockville, MD 20850 |
| Andrew B. Schulwolf, Esq. | Albert & Schulwolf, LLC, | 110 North Washington St., Suite 300 | Rockville, MD 20850 |
| AP DC Tomato's LLC | Attn: Eric S. Waldman, Esq. c/o Cameron Ingersoll Roche PLLC | 4100 Monument Corner Drive, Suite 420 | Fairfax, VA 22030 |
| AP DC Tomato's LLC | c/o Charlie Betancourt, COO | 4795 Meadow Wood Land, Suite 100 East | Chantilly, VA 20151 |
| AP DC TOMATO'S LLC | 4975 Meadow Wood Lane, Suige 330E | | Chantilly, VA 20151 |
| AP DC TOMATO'S LLC | 1850 Old Reston Ave | | Reston, VA 20190 |
| AP DC TOMATO'S LLC | 4100 Monument Corner Dr., Ste 420 | | Fairfax, VA 22030 |
| Baldinos Electronic Security, Inc. | 7400 Fullerton Road, Suite 100 | | Springfield, VA 22153 |
| Block, Inc. d/b/a Square | Square Financial Services, Inc. | 3165 E. Millrock Drive, Suite 160 | Salt Lake City, UT 84121 |

| Party | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Brookfield Properties Retail Inc. | Attn: JENNIFER D. RAVIELE c/o KELLEY DRYE & WARREN LLP | 3 World Trade Center 175 Greenwich Street | New York, NY 10007 |
| Brookfield Properties Retail Inc. | c/o Julie Minnick Bowden, Director of National Bankruptcies | 350 N. Orleans St., Suite 300 | Chicago, IL 60654 |
| Caffe Nero North America, Inc. | Attn: Lawrence John O'Brien, Esq. c/o McCarter & English, LLP | 405 N. Market Street, 8th Floor | Wilmington, Delaware 19801 |
| Caffe Nero North America, Inc. | Attn: Jeffrey T. Testa, Esq. c/o McCarter & English, LLP | Four Gateway Center, 100 Mulberry Street | Newark, NJ 07102 |
| Cafritz-Wilkes Development Group LLC | 5101 Wisconsin Avenue, NW. Suite 200 | | Washington, DC 20016 |
| Celigo, Inc. | 3 Lagoon Drive, Ste 130 | | Redwood City, CA 94065 |
| Celigo, Inc. | 1820 Gateway Dr, | | San Mateo, CA 94404 |
| Clover Sonoma Farms | Attn: Mark Giunchigliani c/o Commercial Recovery Inc. | P.O. Box 3111 | Rohnert Park, CA 94927-3111 |
| Corporation Service Company | 801 Adlai Stevenson Dr. | | Springfield, IL 62703 |
| CoStar Central Place HQ, LLC | Attn: John D. Sadler c/o BALLARD SPAHR LLP | 1909 K Street, NW, 12th Floor | Washington, DC 20006 |
| CoStar Central Place HQ, LLC | Attn: Laurel D. Roglen c/o BALLARD SPAHR LLP | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 |
| Counsel to Official Committee of Unsecured Creditors | Attn: Jeffrey Tarkenton c/o WOMBLE BOND DICKINSON (US) LLP | 2001 K. Street, NW, Suite 400 South | Washington, DC 20006 |
| Counsel to Official Committee of Unsecured Creditors | Attn: Matthew P. Ward Morgan L. Patterson c/o WOMBLE BOND DICKINSON (US) LLP | 1313 N. Market Street, Suite 1200 | Wilmington, DE 19801 |
| Cushman & Wakefield U.S. Inc. | 225 West Wacker | | Chicago IL 60606 |

| Party | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Cushman & Wakefield U.S. Inc. | Attn: Laurel D. Roglen c/o BALLARD SPAHR LLP | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 |
| EagleBank | Gebhardt & Smith; c/o Richard A. DuBose, III | One South Street, Suite 2200 | Baltimore, Maryland 21202-3281 |
| EAGLEBANK | 2001 K. Street NW, Suite 150 | | Washington, DC 20006 |
| Ecobee SmartBuildings | 207 Queens Quay W, Suite 600 | | Toronto, ON M5J 1A7 Canada |
| Elizabeth Lockwood | c/o Kathryn Marshall Ali  Ali & Lockwood LLP     501 H Street NE, Suite 200 | | Washington, DC 20002 |
| Eric S. Waldman, Esq. | Cameron Ingersoll Roche PLLC, | 4100 Monument Corner Drive, Suite 420 | Fairfax, VA 22030 |
| Falls Church (E&A), LLC | Attn: Addison J. Chappell, Esquire c/o Miles & Stockbridge P.C. | 100 Light Street, 7th Floor | Baltimore, Maryland 21202 |
| Falls Church (E&A), LLC | Attn: Catherine B. Harrington, Esquire c/o Miles & Stockbridge P.C. | 915 Meeting Street, Suite 1110 | North Bethesda, MD 20852 |
| FC-QIC Ballston Common Retail JV, LLC | Legal Department | 350 N Orleans St. | Chicago, IL 60654 |
| FC-QIC Ballston Common Retail JV, LLC | Attn: Melissa Byroade c/o KELLEY DRYE & WARREN LLP | 670 Maine Avenue SW, Suite 600 | Washington, DC 20024 |
| FC-QIC Ballston Common Retail JV, LLC | Attn: Robert L. LeHane Jennifer D. Raviele c/o KELLEY DRYE & WARREN LLP | 3 World Trade Center 175 Greenwich Street | New York, NY 10007 |
| First Internet Bank of Indiana | 8701 East 116th Street | | Fishers, IN 46038 |
| GDCV Eye Street, LLC | 465 Meeting Street | | Charleston, SC 29403 |
| GDCV Eye Street, LLC c/o Greystar | Attn: Andrew B. Schulwolf, Esq. c/o Albert & Schulwolf, LLC | 100 North Washington Street, Suite 300 | Rockville, MD 20850 |
| Get Ansa, Inc. | Attention: Sophia Goldberg | 505 Alabama St. | San Francisco, CA 94104 |
| Greystar | M Financial Plaza | 1125 NW Couach Street, Suite 450 | Portland, OR 97209 |

| Party | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Harrison Suarez | Attn: Katie Lane Chaverri, Esq. c/o Tayman Lane Chaverri LLP | 2001 L Street NW, Suite 500 | Washington, DC 20036 |
| HARRISON SUAREZ | c/o Ali & Lockwood, 501 H Street NE, Suite 200 | | Washington, DC 20002 |
| inKind Card, Inc. | Attn: Legal | 600 Congress Avenue, Suite 1700 | Austin, TX 78701 |
| INKIND CARDS, INC. | Attn: Legal | 600 Congress Ave., Suite 1700 | Austin, TX 78701 |
| inKind Credit Fund LP | Attn: Legal | 600 Congress Avenue, Suite 1700 | Austin, TX 78701 |
| inKind Warehouse Facility, LLC | Attn: Legal | 600 Congress Avenue, Suite 1700 | Austin, TX 78701 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101-7346 |
| James Wilson Constitutional Society | 4710 Langston Blvd | | Arlington, VA 22207 |
| James Wilson Constitutional Society | Attn: Andrea Campbell Davison, Esq. c/o BEAN, KINNEY & KORMAN, P.C. | 2311 Wilson Blvd., 5th Floor | Arlington, Virginia 22201 |
| JAMES WILSON CONSTITUTIONAL SOCIETY LLC | 2311 Wlson Blvd., Floor 5 | | Arlington, VA 22201 |
| JBG West Half Residential II, LLC | 801 17th Street, N.W. | Suite 1000 | Washington, DC 20006 |
| JBG West Half Residential II, LLC | Attn: James D. Sadowski, Esq. Alexandria Smith, Esq. c/o Greenstein DeLorme & Luchs, P.C. | 801 17th Street, N.W., Suite 1000 | Washington, DC 20006 |
| JEMAL'S PAPPAS TOMATO'S LLC | c/o Albert & Schulwolf, LLC, | 110 North Washington St., Suite 300 | Rockville, MD 20850 |
| Jonathan C. Kinney, Esq. | Bean, Kinney & Korman, PC | 2311 Wilson Blvd., Suite 500 | Arlington, VA 22201 |
| Joseph R. Coules, Esq. | 4100 Monument Corner Dr., Ste 420 | | Fairfax, VA 22030 |
| KBSIII 3003 Washington, LLC c/o KBS | Attention: John J. Monaghan, Esquire c/o Holland & Knight LLP | 10 Saint James Avenue, 11th Floor | Boston, MA 02116 |

4

| Party | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| KBSIII 3003 Washington, LLC c/o KBS | Attention: Senior Vice President | 3003 Washington Boulevard, Suite #950 | Arlington, VA 22201 |
| KBSIII 3003 Washington, LLC c/o KBS | Attention: Philip T. Evans, Esquire c/o Holland & Knight LLP | 800 17th Street N.W., Suite 1100 | Washington, D.C. 20006 |
| Klaviyo, Inc. | 125 Summer St Floor 7, | | Boston, MA 02111 |
| LEONARD PAPER COMPANY | 725 N. Haven Street | | Baltimore, MD 21205 |
| Leonidis Koutsouftikis, Esq. | Magruder & Associates PC, | 1889 Preston White Dr., Suite 200 | Reston, VA 20191 |
| MDP 1351 Wisconsin LLC | c/o Martin Diamon Properties | 3312 Lowell Street NW | Washingston, DC 20008 |
| MDP 1351 Wisconsin LLC | Attn: Addison J. Chappell, Esquire c/o Miles & Stockbridge P.C. | 100 Light Street, 7th Floor | Baltimore, Maryland 21202 |
| MDP 1351 Wisconsin LLC | Attn: Catherine B. Harrington, Esquire c/o Miles & Stockbridge P.C. | 915 Meeting Street, Suite 1110 | North Bethesda, MD 20852 |
| National Investment Group LLC | 2346 Massachusetts Ave N.W. | | Washington, DC 20008 |
| National Investment Group LLC | Attn: Robert M. Marino, Esq. c/o Redmon, Peyton & Braswell, LLP | 510 King Street, Suite 301 | Alexandria, Virginia 22314-3143 |
| Netgain Solutions, Inc. | 9189 S. Jamaica St. Suite 400 | | Englewood, CO 80112-5957 |
| Next Gen Coffee Enterprises LLC | Attn: D. Brett Kohlhofer c/o Dechert LLP | 1900 K Street, N.W. | Washington, DC 20006 |
| Next Gen Coffee Enterprises LLC | Attn: Stephen M. Wolpert c/o Dechert LLP | 1095 Avenue of the Americas | New York, NY 10036 |
| Office of Attorney General for the District of Columbia | 400 6th Street, N.W. | | Washington, DC 20001 |

| Party | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Office of the Attorney General for the District of Columbia | Attn: Nancy L. Alper<br>Senior Assistant Attorney General | 400 6th Street, N.W., 9th Floor | Washington, DC 20001 |
| Office of the U.S. Trustee - Region 4 | Michael T. Freeman<br>Assistant United States Trustee | Office of The United States Trustee<br>1725 Duke Street, Suite 650 | Alexandria, VA 22314 |
| Oracle America, Inc. | Attn: Lauren Baio Pultro<br>c/o Adams and Reese LLP | 20 F St. NW, Suite 500 | Washington, DC 20001 |
| Oracle America, Inc. | Attn: Shawn M. Christianson<br>c/o Buchalter LLP | 425 Market Street, Suite 2900 | San Francisco, CA 94105 |
| Oracle America, Inc. | 2300 Oracle Way | | Austin, TX 78741 |
| Oracle America, Inc. | 500 Oracle Parkway | | Redwood Shores, CA 94065 |
| Ordergroove, LLC | 382 NE 191st Street, Suite 56661 | | Miami, FL 33179 |
| People Center, Inc. (dba Rippling) | 55 2nd Street, Suite 1500 | | San Francisco, CA 94105 |
| People Center, Inc. (dba Rippling) | 430 California Street, 11th Floor | | San Francisco, CA 94104 |
| People Center, Inc. (dba Rippling) | Attn: Allison T. Coffin<br>Kevin Eide<br>c/o Akin Gump Strauss Hauer & Feld LLP | 2001 K Street N.W. | Washington, DC 20006 |
| Perseus 1827 Adams Mill Investments LLC | Attn: Leon Koutsouftikis, Esq.<br>c/o Magruder Cook Koutsouftikis & Palanzi | 1889 Preston White Drive, Suite 200 | Reston, VA 20191 |
| Regency Centers, L.P. | c/o Regency Centers Corporation<br>Attn: Lease Administration | One Independent Drive, Suite 114 | Jacksonville, FL 32202-5019 |
| Regency Centers, L.P. | c/o Regency Centers Corporation<br>Attn: Legal Department | One Independent Drive, Suite 114 | Jacksonville, FL 32202-5019 |
| Regency Centers, L.P. | c/o Regency Centers Corporation<br>Attn: Property Management | 1919 Gallows Road, Suite 1000 | Vienna, VA 22182 |

| Party | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Regency Centers, L.P. | Attn: Melissa Byroade c/o KELLEY DRYE & WARREN LLP | 670 Maine Avenue SW, Suite 600 | Washington, DC 20024 |
| Regency Centers, L.P. | Attn: Robert L. LeHane Jennifer D. Raviele c/o KELLEY DRYE & WARREN LLP | 3 World Trade Center 175 Greenwich Street | New York, NY 10007 |
| Richard M. Kind, Esq. | Kind & Dashoff, One Church Lane | | Baltimore, MD 21208 |
| Sarah P. HASFORD | 1504 N. Johnson St. | | Arlington, VA 22201 |
| Shopify, Inc. | 151 O'Connor Street, Ground floor | | Ottawa, ON, K2P 2L8 CANADA |
| Small Business Administration | Office of General Counsel | 409 3rd St. SW | Washington, DC 20416 |
| Soundtrack Your Brand USA, Inc. | PO Box 21445 PMB 12010 | | Seattle, WA 98111 |
| Soundtrack Your Brand USA, Inc. | 800 5TH Ave N Ste 4100 | | Seattle, WA 98109-3906 |
| Square Financial Services | c/o RMS | P O Box 5007 | Fogelsville, PA 18051 |
| SQUARE FINANCIAL SERVICES, INC. | 3165 E Millrock Dr., Suite 160 | | Salt Lake City, UT 84121 |
| SV Village Operating, LLC | Attn: Andrew B. Schulwolf, Esq. c/o Albert & Schulwolf, LLC | 100 North Washington Street, Suite 300 | Rockville, MD 20850 |
| Terrell Place Property LLC | Attn: James D. Sadowski, Esq. c/o Greenstein DeLorme & Luchs, P.C. | 801 17th Street, N.W., Suite 1000 | Washington, D.C. 20006 |
| The Huntington National Bank | 5555 Cleveland Ave - GW1W37 | | Columbus, OH 43231 |
| The TREA 1001 Pennsylvania Avenue Trust | 730 Third Avenue | | New York, NY 10017 |
| The TREA 1001 Pennsylvania Avenue Trust | Attn: Giovanni Carillo, Esq. c/o Magruder Cook Koutsouftikis & Palanzi | 1889 Preston White Drive, Suite 200 | Reston, VA 20191 |

| Party | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| The TREA 1001 Pennsylvania Avenue Trust, a District of Columbia statutory trust | c/o Hines Interests Limited Partnership Attn: Property Manager | 1001 Pennsylvania Avenue, NW, Suite 100 | Washington, DC 20004 |
| Tiye Massey | Attn: Lynne Bernabei, Esquire Alan R. Kabat, Esquire c/o Bernabei & Kabat, PLLC | 1400 – 16th Street, N.W., Suite 500 | Washington, D.C. 20036-2223 |
| Triston Chase O'Savio, Esq. | Dunlap Bennett & Ludwig PLLC | 8300 Boone Blvd., Ste. 550 | Vienna, VA 22182 |
| U.S. SMALL BUSINESS ADMINISTRATION | 14925 Kingsport Rd. | | Forth Worth, Tx 761555 |
| U.S. SMALL BUSINESS ADMINISTRATION | 2 North East, Suite 320 | | Birmingham, AL 35203 |
| U.S. SMALL BUSINESS ADMINISTRATION | 409 3rd St. SW | | Washington, DC 20416 |
| Venable LLP | 8010 Towers Crescent Dr. | | Vienna, VA 22182 |
| Venable LLP | 750 E Pratt St, Ste 900 | | Baltimore, MD 21202 |
| White Flint Associates, LLC | Attn: Christopher A. Jones, Esq. c/o Whiteford, Taylor & Preston L.L.P. | 3190 Fairview Park Drive, Suite 800 | Falls Church, VA 22042 |
| WILLIAM P. GELBERG D/B/A GELBERG SIGNS | c/o James Lerner, President | 6511 Chillum Place NW | Washington, DC 20012 |