**WOMBLE BOND DICKINSON (US) LLP**

| | |
|---|---|
| Jeffrey Tarkenton (D.C. Bar No. 376493) | Matthew P. Ward (admitted *pro hac vice*) |
| 2001 K. Street, NW | Morgan L. Patterson (admitted *pro hac vice*) |
| Suite 400 South | 1313 N. Market Street, Suite 1200 |
| Washington, DC 20006 | Wilmington, DE 19801 |
| Telephone: (202) 467-6900 | Telephone: (302) 252-4320 |

*Counsel for the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| **Debtor.** | |

**SUMMARY OF FIRST MONTHLY FEE STATEMENT OF FTI CONSULTING, INC.
AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
JANUARY 26, 2026 THROUGH AND INCLUDING JANUARY 31, 2026**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Name of Client: | The above-captioned Official Committee of Unsecured Creditors to the Debtor |
| Date of retention order entered: | February 26, 2026 effective as of January 26, 2026 |
| Time Period Covered: | January 26, 2026 through and including January 31, 2026 |
| Total Fees Requested: | $22,279.68 (80% of $27,849.60[1]) |
| Total Expenses Requested: | $0.00 |
| Total Fees and Expenses Requested: | $22,279.68 |
| Type of Fee Statement: | Monthly[2] |

---

[1] The fee amount includes all applicable adjustments and voluntary discounts.

[2] Notice of the Monthly Fee Statement shall be served in accordance with the Interim Compensation Order (as defined herein), and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

Dated: March 10, 2026
      Washington, D.C.

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Jeffery Tarkenton*
Jeffrey Tarkenton (D.C. Bar No. 376493)
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
Telephone:    (202) 467-6900
Email: jeffrey.tarkenton@wbd-us.com

-and-

Matthew P. Ward (admitted *pro hac vice*)
Morgan L. Patterson (admitted *pro hac vice*)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 252-4320
Email:  matthew.ward@wbd-us.com
        morgan.patterson@wbd-us.com

*Counsel for the Official Committee of Unsecured
Creditors*