**WOMBLE BOND DICKINSON (US) LLP**

| | |
|---|---|
| Jeffrey Tarkenton (D.C. Bar No. 376493) | Matthew P. Ward (admitted *pro hac vice*) |
| 2001 K. Street, NW | Morgan L. Patterson (admitted *pro hac vice*) |
| Suite 400 South | 1313 N. Market Street, Suite 1200 |
| Washington, DC 20006 | Wilmington, DE 19801 |
| Telephone: (202) 467-6900 | Telephone: (302) 252-4320 |

*Counsel for the Official Committee of Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| **Debtor.** | |

**SUMMARY OF COMBINED FIRST MONTHLY FEE STATEMENT OF WOMBLE
BOND DICKINSON (US) LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD JANUARY 26, 2026 THROUGH FEBRUARY 28, 2026**

| | |
|---|---|
| Name of Applicant: | Womble Bond Dickinson (US) LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention Order: | February 26, 2026 effective as of January 26, 2026 |
| Period for which Compensation and Reimbursement is Sought: | January 26, 2026 through and including February 28, 2026 |
| Total Fees Requested: | $145,168.00 |
| Total Expenses Requested: | $534.57 |
| Type of Fee Statement: | Monthly[1] |

---

[1] A Notice of the Monthly Fee Statement shall be served in accordance with the Interim Procedures Order (as defined herein), and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Procedures Order.

Dated: March 17, 2026
      Washington, D.C.

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Jeffrey Tarkenton*
Jeffrey Tarkenton (D.C. Bar No. 376493)
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
Telephone:    (202) 467-6900
Email: jeffrey.tarkenton@wbd-us.com

-and-

Matthew P. Ward (admitted *pro hac vice*)
Morgan L. Patterson (admitted *pro hac vice*)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 252-4320
Email: matthew.ward@wbd-us.com
      morgan.patterson@wbd-us.com

*Counsel for the Official Committee of Unsecured Creditors*

2