# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   COLUMBIA

In Re. Compass Coffee, LLC    §        Case No.  26-00005
                              §
                              §
_____     §
            Debtor(s)         §

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2026        Petition Date: 01/06/2026

Months Pending: 3        Industry Classification: | 7 | 2 | 2 | 5 |

Reporting Method:        Accrual Basis  ⦿        Cash Basis  ◯

Debtor's Full-Time Employees (current):        4

Debtor's Full-Time Employees (as of date of order for relief):        41

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒        Statement of cash receipts and disbursements
☒        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒        Statement of operations (profit or loss statement)
☒        Accounts receivable aging
☒        Postpetition liabilities aging
☐        Statement of capital assets
☒        Schedule of payments to professionals
☒        Schedule of payments to insiders
☐        All bank statements and bank reconciliations for the reporting period
☐        Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jennifer E. Wuebker                    Jennifer E. Wuebker
Signature of Responsible Party              Printed Name of Responsible Party

04/22/2026
Date                                       Hunton Andrews Kurth LLP / Riverfront Plaza East
                                           Tower 951 East Byrd Street Richmond VA 23219
                                           Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Compass Coffee, LLC                                    Case No.  26-00005

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $1,215,305 | |
| b.  Total receipts (net of transfers between accounts) | $4,754,604 | $8,473,201 |
| c.  Total disbursements (net of transfers between accounts) | $4,431,361 | $8,283,543 |
| d.  Cash balance end of month (a+b-c) | $1,538,548 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $4,431,361 | $8,283,543 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $695,557 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $200,323 |
| c.  Inventory    (Book ⦿   Market ◯   Other ◯   (attach explanation)) | $0 |
| d   Total current assets | $2,025,275 |
| e.  Total assets | $2,107,278 |
| f.  Postpetition payables (excluding taxes) | $719,801 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $719,801 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $11,608,781 |
| n.  Total liabilities (debt) (j+k+l+m) | $12,328,582 |
| o.  Ending equity/net worth (e-n) | $-10,221,304 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $4,397,670 | $4,397,670 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $2,639,066 | $2,639,066 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $1,758,604 | $1,758,604 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $5,534,144 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $81,836 | |
| c.  Gross profit (a-b) | $5,452,308 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $140,286 | |
| f.  Other expenses | $1,327,561 | |
| g.  Depreciation and/or amortization (not included in 4b) | $60,849 | |
| h.  Interest | $18,338 | |
| i.  Taxes (local, state, and federal) | $1,983 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $3,903,291 | $3,102,293 |

UST Form 11-MOR (12/01/2021)                              2

Debtor's Name  Compass Coffee, LLC                                                                    Case No.  26-00005

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $295,419 | $295,419 | $295,419 | $295,419 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Hunton Andrews Kurth LLP | Lead Counsel | $295,419 | $295,419 | $295,419 | $295,419 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Compass Coffee, LLC                                          Case No.  26-00005

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name  Compass Coffee, LLC                                      Case No.  26-00005

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name  Compass Coffee, LLC                                    Case No.  26-00005

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                               6

Debtor's Name  Compass Coffee, LLC                                           Case No.  26-00005

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  Compass Coffee, LLC                                    Case No.  26-00005

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $1,983 | $73,324 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $209,558 | $396,479 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● No ○ N/A ○ |
| i. | Do you have:   Worker's compensation insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

Debtor's Name  Compass Coffee, LLC                                          Case No.  26-00005

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.   Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?      Yes ◯  No ⦿

m.  If yes, have you made all Domestic Support Obligation payments?      Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Michael Haft
_____
Signature of Responsible Party

CEO
_____
Title

Michael Haft
_____
Printed Name of Responsible Party

04/22/2026
_____
Date

Debtor's Name  Compass Coffee, LLC

Case No.  26-00005



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Compass Coffee, LLC                                          Case No.  26-00005



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Compass Coffee, LLC                                          Case No.  26-00005



PageThree



PageFour

**Compass Coffee, LLC**
**Balance Sheets**
**As of March 31, 2026**

## ASSETS

| Current Assets: | | March 31, 2026 |
|---|---|---|
| Cash and Cash Equivalents | $ | 1,324,718 |
| Account Receivables | $ | 695,557 |
| Other Current Assets | $ | 5,000 |
| **Current Assets Subtotal** | **$** | **2,025,275** |
| Non-current Assets | $ | 82,003 |
| **TOTAL ASSETS** | **$** | **2,107,278** |

## LIABILITIES AND EQUITY

| Current Liabilities: | | March 31, 2026 |
|---|---|---|
| Accounts Payable | $ | 4,906,094 |
| Other Current Liabilities | $ | 1,919,489 |
| **Current Liabilities Subtotal** | **$** | **6,825,583** |
| Non-current Liabilities | $ | 5,502,999 |
| **TOTAL LIABILITIES** | **$** | **12,328,582** |
| EQUITY | $ | (10,221,304) |
| **TOTAL LIABILITIES and EQUITY** | **$** | **2,107,278** |

**Footnotes:**

1 Other Non-current Liabilities includes $5M convertible notes

**Compass Coffee, LLC**
**Statement of Operations**
**For the Month Ended March 31, 2026**

|  | | Total |
|---|---|---|
| Revenue | $ | 410,054 |
| Cost of Goods Sold | $ | 81,836 |
| **Gross Profit** | **$** | **328,218** |
|  | | |
| **Expenses** | | |
| Occupancy costs | $ | 126,435 |
| Salaries and Wages | $ | 188,067 |
| Direct operating expenses | $ | 990,948 |
| Inventory Write-off | $ | 1,521 |
| General and admin expenses | $ | 140,286 |
| Depreciation and amortization | $ | 60,849 |
| Employee Benefits | $ | 22,571 |
| Interest expense | $ | 18,339 |
| **Total Expenses** | **$** | **1,549,017** |
|  | | |
| **OTHER INCOME** | | |
| Caffe Nero Sale Reconciliation | $ | 5,124,090 |
|  | | |
|  | | |
| **NET INCOME/(LOSS)** | **$** | **3,903,291** |

**Compass Coffee, LLC**
**Statement of Cash Receipts and Disbursements**
**For the Month Ended March 31, 2026**

| | Beginning Balance - Feb 28, 2026 | Net of Transfers | | Transfes | Ending Balance - Mar 31, 2026 |
| --- | --- | --- | --- | --- | --- |
| | | Cash Receipts | Cash Disbursements | | |
| Eagle Bank - Checking/Concentration Account - 4905 | $ 85,673 | $ 4,688,530 | $ (3,552,282) | $ (1,197,964) | $ 23,956 |
| First Internet Bank of Indiana - Deposit/Mobile Order Revenue Receipt - 3424 | $ 429,494 | $ 53,523 | $ (365,030) | $ (117,987) | $ - |
| Paypal - Business account - KYA8 | $ 445 | $ - | $ - | $ (445) | $ - |
| Gemini - Trading | $ 2,043 | $ 658 | $ - | $ - | $ 2,701 |
| Eagle Bank - Checking/Sales Tax - 9037 | $ 2,486 | $ - | $ (117,590) | $ 367,000 | $ 251,897 |
| Capital One - Deposit/Café Cash - 2872 | $ 18,813 | $ 11,689 | $ (295,419) | $ 1,289,781 | $ 1,024,864 |
| Capital One - DIP Facility - 7282 | $ 99,955 | $ - | $ (101,039) | $ 1,084 | $ (0) |
| Capital One - Escrow - 4928 | $ 597,490 | $ - | $ (306,625) | $ (290,865) | $ - |
| Bitcoin held in Square | $ 122 | $ 131 | $ - | $ - | $ 252 |
| Undeposited Funds | $ 247,341 | $ - | $ - | $ (33,511) | $ 213,831 |
| UBS Bank - Savings Accounts/Security Deposit - 1210 | $ 12 | $ - | $ - | $ - | $ 12 |
| UBS Bank - Savings Accounts/Security Deposit - 5965 | $ 18,835 | $ 57 | $ - | $ - | $ 18,892 |
| UBS Bank - Savings Accounts/Security Deposit - 5966 | $ 17,094 | $ 17 | $ - | $ (17,094) | $ 17 |
| UBS Bank - Savings Accounts/Security Deposit - 5967 | $ - | $ - | $ - | $ - | $ - |
| UBS Bank - Savings Accounts/Security Deposit - 0465 | $ 2,121 | $ 0 | $ - | $ - | $ 2,121 |
| Cash held in Coinbase | $ 7 | $ - | $ (1) | $ - | $ 6 |
| **Total** | $ 1,521,930 | $ 4,754,604 | $ (4,737,986) | $ (0) | $ 1,538,548 |

*Notes for the transfers*

1. **Eagle Bank 4905**: ($1,000,000) transer to Capital One 2872, $117,987 received from First Internet Bank for the mobile app deposit (gift cards), and ($367,000) to Eagle Bank 9307 for the sales tax payment and other transactions, $17,094 transfer from UBS 5966, $444.60 transfer from Paypal account and $33,511 from undeposited funds

2. **First Internet Bank**: ($117,987) to Eagle Bank 4905 for the mobile app deposit (gift cards), and ($365,030) to record promotional fees

3. **Paypal**: $444.6- transfer to Eagle Bank 4905

4. **Eagle Bank 9037**: $367,000 from Eagle Bank 4905 for the sales tax payment and other transactions

5. **Capital One 2872**: $1,000,000 receoved from Eagle Bank 4905 $290,865 received from Capital One Escrow 4928 and ($1,084) transferred to Capital One DIP 7282

6. **Capital One DIP Facility 7282**: $1,084 received from Capital One 2872

7. **Capital One Escrow 4928**: ($290,865) Transferred from Capital One 2872

8. **Undeposited Funds**: After deduction of the transferred amount from Undeposited Funds, the balance of the account was written off as a result of discrepancies between the Compass' sale processing system and bookkeeping system

9. **UBS acct no 5966**: ($17,094) transferred to Eagle Bank 4905

**Compass Coffee, LLC**
**Case Number 26-00005**
**MOR Supporting Schedules for A/R and A/P**

| Accounts Receivable | | Amount |
|---|---|---:|
| Current | $ | 159,348 |
| 0-90 Days Past Due | $ | 335,886 |
| Over 90 Days Past Due | $ | 200,323 |
| Allowance for Doubtful Accounts | $ | - |
| **Net Accounts Receivable** | **$** | **695,557** |

| Accounts Payable | | Amount |
|---|---|---:|
| Current | $ | 6,435 |
| 0-30 Days Past Due | $ | 584,610 |
| 31-60 Days Past Due | $ | 242,294 |
| 61-90 Days Past Due | $ | 370,631 |
| Over 90 Days Past Due | $ | 3,702,123 |
| **Net Accounts Payable** | **$** | **4,906,094** |

**Compass Coffee, LLC**
**Case Number 26-00005**
**MOR Supporting Schedule for Payments Made to Insiders**

**Payments Made to Insiders (3/1/2026-3/31/2026)**

| Nature of Payment | Payee | Date of Payment | Payment Amount |
|---|---|---|---|
| Gross Salary and Benefits | Michael Haft | 03/06/26 | $ 4,038 |
| Gross Salary and Benefits | Michael Haft | 03/13/26 | $ 4,038 |
| Gross Salary and Benefits | Michael Haft | 03/25/26 | $ 4,038 |
| Gross Salary and Benefits | Michael Haft | 03/27/26 | $ 4,032 |
| Gross Salary and Benefits | Chas Newman | 03/06/26 | $ 4,038 |
| Gross Salary and Benefits | Chas Newman | 03/13/26 | $ 4,038 |
| Gross Salary and Benefits | Chas Newman | 03/25/26 | $ 4,038 |
| Gross Salary and Benefits | Chas Newman | 03/27/26 | $ 4,032 |
| Gross Salary and Benefits | Joel Shetterly | 03/06/26 | $ 4,038 |
| Gross Salary and Benefits | Joel Shetterly | 03/13/26 | $ 4,038 |
| Gross Salary and Benefits | Joel Shetterly | 03/25/26 | $ 4,038 |
| Gross Salary and Benefits | Joel Shetterly | 03/27/26 | $ 4,032 |
| Gross Salary and Benefits | Max Deem | 03/06/26 | $ 5,709 |
| Gross Salary and Benefits | Max Deem | 03/13/26 | $ 4,238 |
| Gross Salary and Benefits | Max Deem | 03/25/26 | $ 4,038 |
| Gross Salary and Benefits | Max Deem | 03/27/26 | $ 4,032 |
| **Total** | | | **$ 66,460** |

**Compass Coffee, LLC**
**Case Number 26-00005**
**MOR Supporting Schedule for Prepetition Payment Amounts**

**Prepetition Payments (3/1/2026-3/31/2026)**

| Nature of Payment | Payee | Date of Payment | Payment Amount |
|---|---|---|---|
| Loan | Eagle Bank | 03/09/26 | $ 606,785 |
| Loan | Small Business Administration | 03/09/26 | $ 461,341 |
| Loan | Square | 03/09/26 | $ 512,509 |
| Landlord | Terrell Place Property LLC | 03/06/26 | $ 10,070 |
| Landlord | 74 Washington Retail Holdings, LLC | 03/06/26 | $ 3,013 |
| Landlord | Cushman & Wakefield U.S. Inc. | 03/06/26 | $ 31,691 |
| Landlord | MDP 1351 Wisconsin LLC | 03/06/26 | $ 58,721 |
| Landlord | 1301 K Street Limited Partnership | 03/06/26 | $ 65,137 |
| Landlord | FC-QIC Ballston Common Retail JV, LLC | 03/06/26 | $ 87,465 |
| Landlord | Regency Centers, L.P. | 03/06/26 | $ 39,132 |
| Landlord | James Wilson Constitutional Society | 03/06/26 | $ 86,646 |
| Landlord | JBG West Half Residential II, LLC | 03/06/26 | $ 64,595 |
| Landlord | THE TREA 1001 PENNSYLVANIA AVENUE TRUST | 03/06/26 | $ 57,213 |
| Landlord | Greystar | 03/06/26 | $ 26,249 |
| Landlord | KBSIII 3003 Washington LLC | 03/06/26 | $ 42,216 |
| Landlord | 2130 P Street Associates | 03/06/26 | $ 20,118 |
| Landlord | 13th & F Associates, LP. | 03/06/26 | $ 23,368 |
| Supplier | Odeko | 03/14/26 | $ 236,818 |
| **Total** | | | **$ 2,433,087** |