**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | |
| **Debtor.** | **Case No. 26-00005 (ELG)** |

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST HEARING**

**PLEASE TAKE NOTICE** that on May 4, 2026, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed:

1. the *Application of the Debtor for Entry of an Order Authorizing the Retention and Employment of TKR Advisors, LLC to Provide Tax Services to the Debtor* [Docket No. 296] (the "**TKR Application**") and

2. the *Application of the Debtor for Entry of an Order Authorizing the Retention and Employment of Barry Strickland & Company to Provide Tax Services to the Debtor* [Docket No. 297] (the "**Barry Strickland Application**" and together with the TKR Application, the "**Applications**").[1]

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Applications you must file a response with the Clerk of Court and serve it on the Debtor and the Debtor's undersigned counsel by **May 19, 2026** (the "**Objection Deadline**").

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Applications.

**PLEASE TAKE FURTHER NOTICE** that if you file and serve a response by the Objection Deadline, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in the Applications without a hearing.

**PLEASE TAKE FURTHER NOTICE** that if you do not file and serve a response by the Objection Deadline, the Court will consider that you do not oppose the relief requested in the Applications, and the Court may grant the relief requested in the Applications without further notice or hearing, pursuant to Local Bankruptcy Rule 2014-1.

Dated: May 5, 2026
Richmond, Virginia

Respectfully submitted,

/s/ *Jennifer E. Wuebker*

Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8200
Facsimile:     (804) 788-8218
Email:          tpbrown@hunton.com
                  jwuebker@hunton.com
                  nmonico@hunton.com

*Counsel for the Debtor and Debtor in Possession*