**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Compass Coffee, LLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 26-00005 (ELG)** |

**FIFTH MONTHLY FEE STATEMENT OF**
**HUNTON ANDREWS KURTH LLP AS COUNSEL FOR THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM**
**JUNE 1, 2026 THROUGH AND INCLUDING JUNE 30, 2026**

| Name of Applicant: | Hunton Andrews Kurth LLP |
|---|---|
| Name of Client: | The above-captioned Debtor and Debtor in Possession |
| Date of retention order entered: | January 29, 2026, effective as of January 6, 2026 |
| Time Period Covered: | June 1, 2026 through and including June 30, 2026 |
| Total Fees Requested: | $13,820.40 (80% of $17,275.50) |
| Total Expenses Requested: | $73.48 |
| Type of Fee Statement: | Monthly[1] |

[1] Notice of the Monthly Fee Statement shall be served in accordance with the Interim Compensation Order (as defined herein), and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

Dated: July 13, 2026
Richmond, Virginia

Respectfully submitted,

/s/ *Nicholas S. Monico*

Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Email: tpbrown@hunton.com
jwuebker@hunton.com
nmonico@hunton.com

*Counsel for the Debtor and Debtor in Possession*