**WOMBLE BOND DICKINSON (US) LLP**

| | |
|---|---|
| Jeffrey Tarkenton (D.C. Bar No. 376493) | Matthew P. Ward (admitted *pro hac vice*) |
| 2001 K Street, NW | 1313 North Market Street, Suite 1200 |
| Suite 400 South | Wilmington, DE 19801 |
| Washington, DC 20006 | Telephone: (302) 252-4320 |
| Telephone: (202) 467-6900 | |

*Counsel for the Official Committee of Unsecured Creditors*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| **Debtor.** | |

### SUMMARY OF FOURTH MONTHLY FEE STATEMENT OF WOMBLE BOND DICKINSON (US) LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JUNE 1, 2026 THROUGH JUNE 30, 2026

| | |
|---|---|
| Name of Applicant: | Womble Bond Dickinson (US) LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention Order: | February 26, 2026 effective as of January 26, 2026 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2026 through and including June 30, 2026 |
| Total fees requested for May: | $4,852.00 (80% of $6,065.00) |
| Total expenses requested for May: | $0.00 |
| Type of Fee Statement: | Monthly[1] |

---

[1] A Notice of the Monthly Fee Statement shall be served in accordance with the Interim Procedures Order (as defined herein), and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Procedures Order.

Dated: July 24, 2026
      Washington, D.C.

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Jeffrey Tarkenton*
Jeffrey Tarkenton (D.C. Bar No. 376493)
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
Telephone:    (202) 467-6900
Email: jeffrey.tarkenton@wbd-us.com

-and-

Matthew P. Ward (admitted *pro hac vice*)
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 252-4320
Email: matthew.ward@wbd-us.com

*Counsel for the Official Committee of Unsecured Creditors*

- 2 -

WBD (US) 4913-0546-7327