**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | |
| **Debtor.** | **Case No. 26-00005 (ELG)** |

**NOTICE UNDER LOCAL BANKRUPTCY RULE 9013-1 OF
HEARING AND OPPORTUNITY TO OBJECT TO MOTION**

**PLEASE TAKE NOTICE** that on August 5, 2026, Compass Coffee, LLC filed the *Motion for Order Approving Structured Dismissal of Case* [Docket No. 333] (the "***Motion***").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  A copy of the Motion is being sent with this notice.**

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held before Elizabeth L. Gunn, United States Bankruptcy Judge, on **August 19, 2026, at 11:00 a.m. (prevailing Eastern Time)** via zoom teleconference (the "***Hearing***").  Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom access codes and permission to appear virtually. Parties may otherwise attend the hearing in person at the United States Bankruptcy Court, Courtroom 1, United States Courthouse,  333 Constitution Avenue, NW, Washington, D.C. 20001.

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, **then you must file a written response no later than August 17, 2026, and appear at the Hearing**.  If you or your attorney do not file a written response and appear at the Hearing, the Court may decide that you do not oppose the relief sought in the Motion and may grant the relief requested.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 6, 2026
Richmond, Virginia

Respectfully submitted,

/s/ *Nicholas S. Monico*

Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8200
Facsimile:     (804) 788-8218
Email:         tpbrown@hunton.com
               jwuebker@hunton.com
               nmonico@hunton.com

*Counsel for the Debtor and Debtor in Possession*