**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | |
| **Debtor.** | **Case No. 26-00005 (ELG)** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 6, 2026, he caused to be served a true and correct copy of each of the following documents via email to the parties on the list attached hereto as **Exhibit A** and via first-class mail to the parties on the list attached hereto as **Exhibit B**:

- **"Motion for Structured Dismissal"** – *Motion for Order Approving Structured Dismissal of Case* [Docket No. 333];

- **"Order Granting Motion to Expedite"** – *Order Granting Debtor's Motion to Expedite Hearing on, and to Shorten Time to Respond to, Structured Dismissal Motion* [Docket No. 335];and

- **"Notice of Hearing"** – *Notice Under Local Bankruptcy Rule 9013-1 of Hearing and Opportunity to Object to Motion* [Docket No. 336].

[*Remainder of Page Intentionally Left Blank*]

Dated: August 7, 2026
Richmond, Virginia

Respectfully submitted,

/s/ *Nicholas S. Monico*

Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:    (804) 788-8200
Facsimile:    (804) 788-8218
Email:        tpbrown@hunton.com
              jwuebker@hunton.com
              nmonico@hunton.com

*Counsel for the Debtor and Debtor in Possession*

**Exhibit A**

| Name | Email |
|---|---|
| 1401 Eye Holdings LLC | mcogan@randclegal.com |
| 2130 P Street Associates Limited Partnership | dfolds@bakerdonelson.com |
| 655 New York, LLC | mbyroade@kelleydrye.com |
| 655 New York, LLC | rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com |
| 655 New York, LLC | sawsan.eltayeb@brookfieldproperties.com |
| 655 New York, LLC | sawsan.eltayeb@brookfieldproperties.com |
| AP DC Tomato's LLC | cbetancourt@aafmaa.com |
| AP DC Tomato's LLC | ewaldman@cirlaw.com |
| Brookfield Properties Retail Inc. | jraviele@kelleydrye.com |
| Café Imports Fulfillment | jeffpeterson@winthrop.com<br>ASaterbak@winthrop.com |
| Café Imports Fulfillment | mattb@cafeimports.com |
| Caffe Nero North America, Inc. | jtesta@mccarter.com |
| Caffe Nero North America, Inc. | lobrien@mccarter.com |
| Cafritz-Wilkes Development Group LLC | bcoughlin@thewilkescompany.com<br>bshervin@thewilkescompany.com |
| Califia Farms | Orders@califiafarms.com |
| Catherine Pearson | hello@oliviapears.com |
| Clover Sonoma Farms | comrecnorcal@aol.com |
| CoStar Central Place HQ, LLC | roglenl@ballardspahr.com |
| CoStar Central Place HQ, LLC | sadlerj@ballardspahr.com |
| Counsel to Official Committee of Unsecured Creditors | jeffrey.tarkenton@wbd-us.com |
| Counsel to Official Committee of Unsecured Creditors | matthew.ward@wbd-us.com |
| EagleBank | rdubo@gebsmith.com |
| Excelco Tracing L.P | gtsiatsios@exceltrade.com |
| Falls Church (E&A), LLC | achappell@milesstockbridge.com |
| Falls Church (E&A), LLC | charrington@milesstockbridge.com |
| GDCV Eye Street, LLC c/o Greystar | andrew@albertandschulwolf.com |
| Harrison Suarez | KChaverri@TLCLawFirm.com |
| inKind Card, Inc. | compliance@inkind.com;<br>notices@inKind.com |
| inKind Credit Fund LP | compliance@inkind.com;<br>notices@inKind.com |

| Name | Email |
|---|---|
| inKind Warehouse Facility, LLC | compliance@inkind.com; notices@inKind.com |
| James Wilson Constitutional Society | adavison@beankinney.com |
| James Wilson Constitutional Society | andi727@gmail.com |
| JBG West Half Residential II, LLC | jds@gdllaw.com ajs@gdllaw.com |
| KBSIII 3003 Washington, LLC c/o KBS | Bos-bankruptcy@hklaw.com John.monaghan@hklaw.com |
| KBSIII 3003 Washington, LLC c/o KBS | philip.evans@hklaw.com |
| Luke Larson | luke@valenow.com |
| MDP 1351 Wisconsin LLC | achappell@milesstockbridge.com |
| MDP 1351 Wisconsin LLC | charrington@milesstockbridge.com |
| National Investment Group LLC | rmmarino@rpb-law.com |
| Next Gen Coffee Enterprises LLC | d.brett.kohlhofer@dechert.com |
| Next Gen Coffee Enterprises LLC | stephen.wolpert@dechert.com |
| Numilk | ari@numilk.com |
| Odeko | bstellhorn@odeko.com |
| Office of the Attorney General for the District of Columbia | nancy.alper@dc.gov oag@dc.gov |
| Office of the U.S. Trustee - Region 4 | Kristen.S.Eustis@usdoj.gov michael.t.freeman@usdoj.gov ustp.region04@usdoj.gov |
| Oracle America, Inc. | lauren.pultro@arlaw.com Jessica.bowers@arlaw.com |
| Oracle America, Inc. | SCHRISTIANSON@Buchalter.com |
| People Center, Inc. (dba Rippling) | acoffin@akingump.com keide@akingump.com |
| Perseus 1827 Adams Mill Investments LLC | lkouts@mckplaw.com |
| Potomac Lawn Professionals | billing@potomaclawn.com |
| Small Business Administration | rosetta.rodwell@sba.gov halima.salaam@sba.gov |
| Square Financial Services | carlota.esmedilla1@iqor.com |
| Sucafnia NA | OutboundNA@sucafina.com |
| SV Village Operating, LLC | andrew@albertandschulwolf.com |
| Terrell Place Property LLC | jds@gdllaw.com |
| THE LOUIS DC RESIDENTIAL LLC | hagar.sanjakdar@cbre.com |
| THE LOUIS DC RESIDENTIAL LLC | mcogan@randclegal.com |
| Tiye Massey | Bernabei@bernabeipllc.com Kabat@bernabeipllc.com |

| Name | Email |
|------|-------|
| Trinity Group Construction | AaronD@trinitygc.us |
| Venable LLP | PTKaplun@Venable.com |
| White Flint Associates, LLC | cajones@whitefordlaw.com |

**Exhibit B**

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| 1301 K Street Limited Partnership | 1301 K Street NW, Suite 1180W | | Washington, DC 20005 |
| 13th & F Associates, LP. | 555 College Rd E | | Princeton, NJ 08543 |
| 1401 Eye Holdings LLC | Attn: Michael R. Cogan, Esq. c/o Law office of Michael R. Cogan, P.C. | 20410 Century Boulevard, Suite 125 | Germantown, MD 20874 |
| 2130 P Street Associates | Legal Department, 2130 P Street Associates | 1001 G St NW, Suite 900 | Washington, DC 20001 |
| 2130 P Street Associates Limited Partnership | Attn: J. David Folds c/o Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC | 901 K Street, N.W., Suite 900 | Washington, D.C. 20001 |
| 655 New York, LLC | 750 9th St. NW, Suite 700 | | Washington, DC 20001 |
| 655 New York, LLC | 655 New York Avenue NW Suite 800 | | Washington, DC 20001 |
| 655 New York, LLC | Attn: Melissa Byroade c/o KELLEY DRYE & WARREN LLP | 670 Maine Avenue SW, Suite 600 | Washington, DC 20024 |
| 655 New York, LLC | Attn: Robert L. LeHane Jennifer D. Raviele c/o KELLEY DRYE & WARREN LLP | 3 World Trade Center 175 Greenwich Street | New York, NY 10007 |
| 74 Washington Retail Holdings, LLC | 1945 Old Gallows Rd. | | Vienna, VA 22182 |
| AERE | 7538 Fullerton Ct | | Springfield, VA 22153 |
| Affordable Plumber LLC | 4837 Seminole Ave | | Alexandria, VA 22312 |
| Alan Schwartz | 179 Taconic Road | | Greenwich, CT 06831 |
| Alex Michael | 6008 Kennedy Drive | | Chevy Chase, MD 20815 |
| AP DC Tomato's LLC | Attn: Eric S. Waldman, Esq. c/o Cameron Ingersoll Roche PLLC | 4100 Monument Corner Drive, Suite 420 | Fairfax, VA 22030 |

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| AP DC Tomato's LLC | c/o Charlie Betancourt, COO | 4795 Meadow Wood Land, Suite 100 East | Chantilly, VA  20151 |
| AP DC Tomato's LLC | 1850 Old Reston Ave | | Reston, VA 20190 |
| AP DC Tomato's LLC | Attn: Eric S. Waldman, Esq. c/o Cameron Ingersoll Roche PLLC | 4100 Monument Corner Drive, Suite 420 | Fairfax, VA  22030 |
| Arlington County Commissioner of Revenue | Ellen M. Bozman Government Center | 2100 Clarendon Blvd | Arlington, VA 22201 |
| Art Display Co | 401 Hampton Park Blvd. | | Capitol Heights, MD 20743 |
| B5 Direct Holdings | 600 New Hampshire Ave. NW | | Washington, DC  20037 |
| Berlin Packaging | 525 West Monroe Street 14th Floor | | Chicago, IL 60661 |
| Bernstein Management Corporation | 5301 Wisconsin Ave. NW, Suite 500 | | Washington, DC 20015 |
| BKON | 858 N. Lenola Road Building 1B | | Moorestown, NJ 08057 |
| Block, Inc. d/b/a Square | Square Financial Services, Inc. | 3165 E. Millrock Drive, Suite 160 | Salt Lake City, UT  84121 |
| BMG Metals Inc | 7600 Wellingford Dr | | Manassas, VA 20109 |
| Bodum USA | 45 E. 20th Street | 8th Floor | New York, NY 10003 |
| Boland | 30 West Watkins Mill Road | | Gaithersburg, MD 20878 |
| Boland | PO Box 223862 | | Chantilly, VA 20153-3862 |
| Brivo/Baldinos  Electronic Security Inc. | PO Box 1417 | | Newington, VA 22122 |
| Brivo/Baldinos  Electronic Security Inc. | 7400 Fullerton Road, Suite 100 | | Springfield, VA 22153 |
| BroadAspect | 44679 Endicott Drive, Suite 300 | | Ashburn, VA 20147 |
| Brookfield Properties Retail Inc. | Attn: JENNIFER D. RAVIELE c/o KELLEY DRYE & WARREN LLP | 3 World Trade Center 175 Greenwich Street | New York, NY 10007 |
| Brookfield Properties Retail Inc. | c/o Julie Minnick Bowden, Director of National Bankruptcies | 350 N. Orleans St., Suite 300 | Chicago, IL  60654 |
| Café Imports Fulfillment | 2617 E Hennepin Ave | | Minneapolis, MN 55413 |

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Café Imports Fulfillment | Attn: Jeffrey A. Peterson and Atle Saterbak<br>c/o Winthrop & Weinstine, P.A. | 225 S. 6th Street, Suite 3500 | Minneapolis, MN 55402 |
| Caffe Nero North America, Inc. | Attn: Lawrence John O'Brien, Esq.<br>c/o McCarter & English, LLP | 405 N. King Street, 8th Floor | Wilmington, Delaware 19801 |
| Caffe Nero North America, Inc. | Attn: Jeffrey T. Testa, Esq.<br>c/o McCarter & English, LLP | Four Gateway Center, 100 Mulberry Street | Newark, NJ 07102 |
| Cafritz-Wilkes Development Group LLC | Attn:  Berkeley M. Shervin<br>President/Managing Member<br>The Wilkes Company LLC | 5101 Wisconsin Avenue, NW. Suite 200 | Washington, DC 20016 |
| Califia Farms | 1019 E 4th Pl Suite 100 | | Los Angeles, CA 90013 |
| Capital One Bank, N.A. | Capital One Financial Corp | 1680 Capital One Drive | McLean, VA 22102-3491 |
| Catherine Pearson | Commercial & Editorial Illustrator | Chemin des Croix-Rouges 22 | 1007 Lausanne Switzerland |
| CBX Connect LLC | 1643 N Milwaukee Ave | Apt. 5 | Chicago, Illinois 60647 |
| Celigo | 3 Lagoon Drive, Suite 130 | | Redwood City, CA 94065 |
| Chas Newman | 1412 5th Street NW, Apt 201 | | Washington, DC  20001 |
| Clover Sonoma Farms | Attn: Mark Giunchigliani<br>c/o Commercial Recovery Inc. | P.O. Box 3111 | Rohnert Park, CA  94927-3111 |
| Clover Stornetta Farms | PO Box 750369 | | Petaluma, CA 94975 |
| Colby Bartlett LLC | 2346 Massachusetts Ave N.W. | | Washington, DC  20008 |
| Comcast | Attn: Legal Department/Arbitration | 1701 John F. Kennedy Boulevard | Philadelphia, PA 19103-2838 |
| Core Spaces College Park | 1400 N Kingsbury, 3rd floor | | Chicago, IL 60642 |
| CoStar Central Place HQ, LLC | Attn: John D. Sadler<br>c/o BALLARD SPAHR LLP | 1909 K Street, NW, 12th Floor | Washington, DC 20006 |
| CoStar Central Place HQ, LLC | Attn:  Laurel D. Roglen<br>c/o BALLARD SPAHR LLP | 919 N. Market Street, 11th Floor | Wilmington, DE  19801 |

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | Attn: Jeffrey Tarkenton c/o WOMBLE BOND DICKINSON (US) LLP | 2001 K. Street, NW, Suite 400 South | Washington, DC 20006 |
| Counsel to Official Committee of Unsecured Creditors | Attn: Matthew P. Ward c/o WOMBLE BOND DICKINSON (US) LLP | 1313 N. Market Street, Suite 1200 | Wilmington, DE 19801 |
| Cox Business | Records Custodian Cox Communications | 6205-B Peachtree Dunwoody Road | Atlanta, GA 30328 |
| CSI (DigiLink) | 840 S Pickett St | | Alexandria, VA 22304 |
| Cuisine Solutions, Inc | 22445 Sous Vide Lane | | Sterling, VA 20166 |
| Cushman & Wakefield U.S. Inc. | 225 West Wacker | | Chicago IL 60606 |
| Custom Ink | 3060 Williams Dr | Suite 300-3049 | Fairfax, VA 22031 |
| D2H LLC | 4709 Augusta Drive | | Frisco, TX  75034 |
| Daylight Transport Inc. | PO Box 516516 | | Los Angeles, CA 90051 |
| DayMark Safety | 12836 South Dixie Highway | | Bowling Green, OH 43402 |
| Diff Agency | 1435 Rue St-Alexandre, Suite # 220 | | Montreal QC H3A 2G4 Canada |
| District of Columbia Water and Sewer Authority | Michelle Rhodd Secretary to the Board | 1385 Canal Street, S.E | Washington, DC 20003 |
| DND Garage Doors | 3803 Laramie Pl APT E | | Alexandria, VA, 22309-3800 |
| Dominion Electric Supply | 5053 Langston Boulevard | | Arlington, VA 22207 |
| Dominion Energy | 120 Tredegar St | | Richmond, VA, 23219-4306 |
| EagleBank | Gebhardt & Smith; c/o Richard A. DuBose, III | One South Street, Suite 2200 | Baltimore, Maryland 21202-3281 |
| Ecobee | 207 Queens Quay W Suite 600 | | Toronto, ON M5J 1A7 Canada |
| EMR | 9100 H Yellow Brick Road | | Rosedale, MD 21237 |
| ePac Flexible Packaging | 4509 Freidrich Lane, Suite 102 | | Austin, TX 78744 |

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Eversys | 235 Pegasus Ave | | Northvale, NJ 07647 |
| Excelco Tracing L.P | 17 Battery Place, Suite 925 | | New York,NY 10004 |
| Fairfax County: Department of Taxation | 12000 Government Center Pkwy | | Fairfax, VA 22035 |
| Falls Church (E&A), LLC | 1272 5th St NE, Suite 200 | | Washington, DC 20002 |
| Falls Church (E&A), LLC | Attn: Addison J. Chappell, Esquire c/o Miles & Stockbridge P.C. | 100 Light Street, 7th Floor | Baltimore, Maryland 21202 |
| Falls Church (E&A), LLC | Attn:  Catherine B. Harrington, Esquire c/o Miles & Stockbridge P.C. | 915 Meeting Street, Suite 1110 | North Bethesda, MD 20852 |
| FC-QIC Ballston Common Retail JV, LLC | Legal Department | 350 N Orleans St | Chicago, IL 60654 |
| Federal Insurance Company | 202B Hall's Mill Road | | Whitehouse Station, NJ 08889 |
| First Internet Bank of Indiana | 8701 E. 116th St. | | Fishers, IN 46038 |
| Foxx Equipment Company | 421 Southwest Blvd | | Kansas City, MO 64108 |
| Fres-co | 3005 State Road | | Telford, PA 18969 |
| Fresh Baguette | 804 Hungerford Dr. | | Rockville, MD 20850 |
| Fresh Water Systems | 2299 Ridge Road | | Greenville, SC 29607 |
| Gamez Hardwood Flooring | 2914 Rose Valley Dr Fort | | Washington, MD 20744 |
| GDCV Eye Street, LLC | 465 Meeting Street | | Charleston, SC  29403 |
| GDCV Eye Street, LLC c/o Greystar | Attn: Andrew B. Schulwolf, Esq. c/o Albert & Schulwolf, LLC | 100 North Washington Street, Suite 300 | Rockville, MD  20850 |
| Gelberg Signs | 6511 Chillum Pl NW | | Washington, DC 20012 |
| Germantown Tool & Manufacturing | 1681 Republic Rd | | Huntingdon Valley, PA 19006 |
| Get Ansa, Inc. | 505 Alabama St. | | San Francisco, CA 94110 |
| Glass House Coffee Four, LLC | 1201 New York Avenue NW | | Washington, DC 20005 |

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Golden Eagle Extrusions | 1762 St. Rt. 131 | | Milford, OH 45150 |
| Grainger | 100 Grainger Parkway | | Lake Forest, IL 60045 |
| Greystar | M Financial Plaza | 1125 NW Couach Street, Suite 450 | Portland, OR 97209 |
| Harrison Suarez | Attn: Katie Lane Chaverri, Esq. c/o Tayman Lane Chaverri LLP | 2001 L Street NW, Suite 500 | Washington, DC 20036 |
| Hexad LLC | 2346 Massachusetts Ave | | Washington, DC 20008 |
| Hilti North America | 7250 Dallas Parkway, Suite 1000 | | Plano, TX 75024 |
| Home Deco Plus | 8927 Orange Hunt Lane | | Annandale, VA 22003 |
| Independent Can Company | 1300 Brass Mill Road | | Belcamp, MD 21017 |
| inKind Card, Inc. | Attn: Legal | 600 Congress Avenue, Suite 1700 | Austin, TX 78701 |
| inKind Credit Fund LP | Attn: Legal | 600 Congress Avenue, Suite 1700 | Austin, TX 78701 |
| inKind Warehouse Facility, LLC | Attn: Legal | 600 Congress Avenue, Suite 1700 | Austin, TX 78701 |
| Innova Construction LLC | 805 Tucker Ln | | Ashton, MD 20861 |
| Insight | 2701 E. Insight Way | | Chandler, AZ 85286 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA  19101-7346 |
| Jake Peker | 2520 Q St NW | | Washington, DC 20007 |
| James Wilson Constitutional Society | 4710 Langston Blvd | | Arlington, VA 22207 |
| James Wilson Constitutional Society | Attn:  Andrea Campbell Davison, Esq. c/o BEAN, KINNEY & KORMAN, P.C. | 2311 Wilson Blvd., 5th Floor | Arlington, Virginia 22201 |
| JBG Central Place Office LLC | Central Place Residences, L.L.C. | PO Box #7545 BB# 01-9494-75103 | Hicksville, NY 11802-7545 |
| JBG Hatton Retail LLC | 4445 Willard Ave, Ste 700 | | Chevy Chase, MD 20815 |

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| JBG West Half Residential II, LLC | Attn: James D. Sadowski, Esq. Alexandria Smith, Esq. c/o Greenstein DeLorme & Luchs, P.C. | 801 17th Street, N.W., Suite 1000 | Washington, DC 20006 |
| Jeremiah Lowin | 1177 22nd St NNW, Unit 4D | | Washington, DC 20037 |
| Joel Shetterly | 1915 Kalorama Rd NW | | Washington, DC 20009 |
| Jones Street Investors LLC | 4214 Lenore Ln NW | | Washington, DC 20008 |
| JSG LLC | 3029 Dent Pl NW | | Washington, DC 20007 |
| KBSIII 3003 Washington, LLC c/o KBS | Attention: Senior Vice President | 3003 Washington Boulevard, Suite #950 | Arlington, VA 22201 |
| KBSIII 3003 Washington, LLC c/o KBS | Attention: John J. Monaghan, Esquire c/o Holland & Knight LLP | 10 Saint James Avenue, 11th Floor | Boston, MA 02116 |
| KBSIII 3003 Washington, LLC c/o KBS | Attention: Philip T. Evans, Esquire c/o Holland & Knight LLP | 800 17th Street N.W., Suite 1100 | Washington, D.C. 20006 |
| Keter Environmental Services, LLC | 400 Atlantic Street | Floor 5 | Stamford, CT 06901 |
| Klaviyo, Inc. | 125 Summer St | Floor 7 | Boston, MA 02111 |
| Klean Kanteen | 3960 Morrow Lane | | Chico, CA 95928 |
| Kuran Malhotra | 25 Aspen Drive | | Livingston, NJ 07039 |
| La Marzocco | Accounting Dept. | 1553 NW Ballard Way | Seattle, WA 98107 |
| Leonard Paper | 725 North Haven St | | Baltimore, MD 21205 |
| Lyric Capital | 5101 Wisconsin Avenue, N.W. | STE 200 | Washington, DC 20016 |
| Maola Dairy | 5200 Chestnut Avenue | | Newport News, VA 23605 |
| Maple Sugar Mountain | 2034 VT-109 | | Belvidere Center, VT 05442 |
| Matt Abend | 420 T Street Northwest, #2 | | Washington, DC 20009 |
| Max Deem | 1659 Holbrook St NE #4 | | Washington, DC 20002 |
| MC Interiors | 412 E Diamond Ave | | Gaithersburg, MD 20877 |
| McCrae Enterprise, Inc. | 1830 Lincoln Rd NE | | Washington, DC 20002 |
| MDP 1351 Wisconsin LLC | Martin-Diamond Properties | 1875 Connecticut Ave NW | Washington, DC 20009 |

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| MDP 1351 Wisconsin LLC | Attn: Addison J. Chappell, Esquire c/o Miles & Stockbridge P.C. | 100 Light Street, 7th Floor | Baltimore, Maryland 21202 |
| MDP 1351 Wisconsin LLC | Attn:  Catherine B. Harrington, Esquire c/o Miles & Stockbridge P.C. | 915 Meeting Street, Suite 1110 | North Bethesda, MD 20852 |
| National Investment Group LLC | Attn: Robert M. Marino, Esq. c/o Redmon, Peyton & Braswell, LLP | 510 King Street, Suite 301 | Alexandria, Virginia 22314-3143 |
| Nationwide Refrigeration, Inc | 11996 Balls Ford Rd | | Manassas, VA 20109 |
| Ncore Group LLC | 11302 Church Bend Court | | Germantown, MD 20876 |
| NDH II Point LLC | Lincoln Property Company NDH II Point LLC | 4300 Wilson Boulevard, Suite 240 | Arlington, VA 22203 |
| Netgain Solutions, Inc. | 9189 S Jamaica St | Suite 400 | Englewood, CO 80112-5946 |
| Next Gen Coffee Enterprises LLC | Attn:  D. Brett Kohlhofer c/o Dechert LLP | 1900 K Street, N.W. | Washington, DC  20006 |
| Next Gen Coffee Enterprises LLC | Attn:  Stephen M. Wolpert c/o Dechert LLP | 1095 Avenue of the Americas | New York, NY  10036 |
| Nils Parker | 311 E Erie St, Unit 302 | | Milwaukee, WI  53202 |
| Numilk | 1944 Rt 22 Loading Dock | | Brewster, NY 10509 |
| Octa LLC | 2346 Massachusetts Ave | | Washington, DC 20008 |
| Odeko | 247 Centre St. | | New York, NY 10013 |
| Office of Attorney General for the District of Columbia | 400 6th Street, N.W. | | Washington, DC 20001 |
| Office of the Attorney General for the District of Columbia | Attn:  Nancy L. Alper Senior Assistant Attorney General | 400 6th Street, N.W., 9th Floor | Washington, DC  20001 |
| Office of the U.S. Trustee - Region 4 | Michael T. Freeman Assistant United States Trustee | Office of The United States Trustee 1725 Duke Street, Suite 650 | Alexandria, VA 22314 |
| Once Upon a Coconut | 7651 Southland Blvd | | Orlando, FL 32809 |
| Oracle America, Inc. | 500 Oracle Parkway | | Redwood Shores, CA 94065 |

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Oracle America, Inc. | Attn:  Lauren Baio Pultro<br>c/o Adams and Reese LLP | 20 F St. NW, Suite 500 | Washington, DC  20001 |
| Oracle America, Inc. | Attn: Shawn M. Christianson<br>c/o Buchalter LLP | 425 Market Street, Suite 2900 | San Francisco, CA 94105 |
| Oracle Netsuite | 2300 Oracle Way | | Austin, TX 78741 |
| Parker Teel | 18180 Shinniecock Hills Place | | Leesburg, VA  20176 |
| Parts Town | 27787 Network Place | | Chicago, IL 60673 |
| Patriot Electronic Security | 7400 Fullerton Road, Suite 100 | | Springfield, VA 22153 |
| People Center, Inc. (dba Rippling) | Attn:  Allison T. Coffin<br>Kevin Eide<br>c/o Akin Gump Strauss Hauer & Feld LLP | 2001 K Street N.W. | Washington, DC  20006 |
| Perseus 1827 Adams Mill Investments LLC | Attn: Leon Koutsouftikis, Esq.<br>c/o Magruder Cook Koutsouftikis & Palanzi | 1889 Preston White Drive, Suite 200 | Reston, VA 20191 |
| Pitney Bowes Inc. | Purchase Power | PO Box 981026 | Boston, MA 02298-1026 |
| Pitt Ohio | 151 Blades Lane | | Glen Burnie, MD 21060 |
| Pops Bakery LLC | Grant Sarvis Pops Bakery LLC | 1369 New York Ave NE | Washington, DC 20002 |
| Potomac Electric Power Co. | Corporate Correspondence; PEPCO | PO Box 97274 | Washington, DC 20090-7274 |
| Potomac Lawn Professionals | 6905 Jefferson Avenue | | Falls Church, VA  22042 |
| Primeflex Labels | 7 Inverness Drive East | | Englewood, CO 80112 |
| Prova | 48 Dunham Ridge Suite 5000 | | Beverly , MA 01915 |
| Quad Packaging | 30 Irving Place | | New York, NY 10033 |
| Regency Centers, L.P. | c/o Regency Centers Corporation<br>Attn: Legal Department | One Independent Drive, Suite 114 | Jacksonville, FL 32202-5019 |
| Regency Centers, L.P. | c/o Regency Centers Corporation<br>Attn: Property Management | 1919 Gallows Road, Suite 1000 | Vienna, VA 22182 |
| Rippling People Center, Inc. | 430 California Street, 11th Floor | | San Francisco, CA 94104 |
| Rippling People Center, Inc. | 55 2nd Street, Suite 1500 | | San Francisco, CA 94105 |

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Roastar | 200 South 84th Ave, Suite C | | Wausau, WI 54401 |
| Roberts Oxygen Company | 1632 E. Gude Drive, Suite 100 | | Rockville, MD 20850 |
| Rockrose General Equities LLC | 1776 Eye Street SPE | 15 E 26th St, 7th Floor | New York, NY 10010 |
| RPM Courier | 2900 Woodbridge Avenue | | Edison, NJ 08837 |
| RPM Warehouse | 2900 Woodbridge Avenue | | Edison, NJ 08837 |
| S. Freedman & Sons | 3322 Pennsy Drive | | Landover, MD 20785 |
| ScaleNorth, Inc. | 2525 Corporate Place | Suite #250 Monterey Park | Santa Ana, CA 91754 |
| Schindler Elevator Corporation | 6800 Muirkirk Road | | Beltsville, MD 20705 |
| Shopify, Inc. | 151 O'Connor Street, Ground floor | | Ottawa, ON, K2P 2L8 CANADA |
| Small Business Administration | Office of General Counsel | 409 3rd St. SW | Washington, DC 20416 |
| Soundtrack | 720 Seneca Street | Suite 107 | Seattle, WA 98101, USA |
| Soundtrack Your Brand USA, Inc. | PO Box 21445 PMB 12010 | | Seattle, WA 98111 |
| Soundtrack Your Brand USA, Inc. | 800 5TH Ave N Ste 4100 | | Seattle, WA 98109-3906 |
| Spread the Love | 1110 N Virgil Ave #788 | | Los Angeles, CA 90029 |
| Square Financial Services | 3165 E. Millrock Drive, Suite 160 | | Salt Lake City, UT 84121 |
| Square Financial Services | c/o RMS | P O Box 5007 | Fogelsville, PA 18051 |
| Staples | 500 Staples Drive | | Framingham, MA 01702 |
| Sucafnia NA | 1825 Park Avenue | Suite 604 | New York, NY 10035 |
| Sunny Sky Products, LLC | Dept 284 | P.O. Box 4458 | Houston, TX 77210 |
| SV Village Operating, LLC | Attn: Andrew B. Schulwolf, Esq. c/o Albert & Schulwolf, LLC | 100 North Washington Street, Suite 300 | Rockville, MD 20850 |

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| System D LLC t/a the Wydown | 3416 Ritttenhouse Street NW | | Washington, DC 20015 |
| T-C 800 17TH STREET NW OWNER LLC | 800 17th Street NW, Lower Level | | Washington, DC 20006 |
| TCHO | 3100 San Pablo Ave, Suite 170 | | Berkeley, CA 94702 |
| Technology Insurance Company, Inc. | 59 Maiden Lane, 43rd Floor | | New York, NY  10038 |
| Terrell Place Property LLC | Attn:  James D. Sadowski, Esq. c/o Greenstein DeLorme & Luchs, P.C. | 801 17th Street, N.W., Suite 1000 | Washington, D.C. 20006 |
| The Comptroller of Maryland | Revenue Administration Division | P.O. Box 549 | Annapolis, MD 21411-0001 |
| THE LOUIS DC RESIDENTIAL LLC | Attn: Michael R. Cogan, Esq. c/o Law office of Michael R. Cogan, P.C. | 20410 Century Boulevard, Suite 125 | Germantown, MD  20874 |
| THE LOUIS DC RESIDENTIAL LLC | 730 Third Avenue | | New York, NY 10017 |
| THE TREA 1001 PENNSYLVANIA AVENUE TRUST | 730 Third Avenue | | New York, NY 10017 |
| The TREA 1001 Pennsylvania Avenue Trust, a District of Columbia statutory trust | c/o Hines Interests Limited Partnership Attn: Property Manager | 1001 Pennsylvania Avenue, NW, Suite 100 | Washington, DC 20004 |
| Tiye Massey | Attn: Lynne Bernabei, Esquire Alan R. Kabat, Esquire c/o Bernabei & Kabat, PLLC | 1400 – 16th Street, N.W., Suite 500 | Washington, D.C. 20036-2223 |
| Tractor Beverage Company | 568 W Buckles Road | | Hayden, ID 83835 |
| TricorBraun Flex | 6 CityPlace Drive | STE 1000 | Saint Louis, MO 63141 |
| Trinity Group Construction | 13849 Park Center Rd Suite A | | Herndon, VA 20171 |
| UBS | 1285 Avenue of the Americas | | New York, NY 10019 |
| UK Accelerator LLC | 1625 Eckington Pl NE, Ste 100 | | Washington, DC 20002 |

| Name | Address 1 | Address 2 | City, State, Zip |
|---|---|---|---|
| Uline | PO Box 88741 | | Chicago, IL 60680-1741 |
| Union Kitchen | 1369 New York Ave NE | | Washington, DC 20002 |
| United Parcel Service | UPS Corporate Legal Department | 55 Glenlake Parkway NE | Atlanta, GA 30328 |
| US Foods | 9399 West Higgins Road | Suite 500 | Rosemont, IL 60018 |
| Velasco Remodelling Services | 9424 Wooded Glen Ave | | Burke, VA 22015 |
| Venable LLP | 750 E Pratt St, Ste 900 | | Baltimore, MD 21202 |
| Verizon Business | Verizon Wireless Bankruptcy Administration | 500 Technology Drive, Suite 550 | Weldon Spring, MO 63304 |
| Versapay | 548 Market Street, #43812 | | San Francisco, CA 94104 |
| ViaTechnik | 3000 Lawrence Street | | Denver, CO 80205 |
| Virginia Department of Taxation | Virginia Tax Bankruptcy | PO BOX 2156 | Richmond, VA 23218-2156 |
| Washington D.C. Department of Taxing and Revenue | 1101 4th Street, SW, Suite W270 | | Washington, DC 20024 |
| Washington Gas | 6801 Industrial Road | | Springfield, VA 22151 |
| Waste Management | 800 Capitol, Suite 3000 | | Houston, TX 77002 |
| White Flint Associates, LLC | Attn:  Christopher A. Jones, Esq. c/o Whiteford, Taylor & Preston L.L.P. | 3190 Fairview Park Drive, Suite 800 | Falls Church, VA  22042 |
| Willard Packaging | 18940 Woodfield Road | | Gaitherburg, MD 20879 |
| WILLIAM P. GELBERG D/B/A GELBERG SIGNS | c/o James Lerner, President | 6511 Chillum Place NW | Washington, DC 20012 |
| With Coverage | 29 W 17th Street, Floor 7 | | New York, NY  10011 |
| WRIT Spring Valley LLC | WRIT Spring Valley LLC (Lease No 35962) | 1775 Eye Street NW | Washington, DC 20006 |
| YesPac | 260 Centennial Avenue | | Piscataway, NJ 08854 |
| Zurich American Insurance Company | 1299 Zurich Way | | Schaumburg, IL  60196-1056 |
| ZWC Family Trust | 2010 Brightwaters Blvd | | St. Petersburg, FL 37704 |