The order below is hereby signed.

Signed: August 6 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | |
| **Debtor.** | **Case No. 26-00005 (ELG)** |

### ORDER GRANTING DEBTOR'S MOTION TO EXPEDITE HEARING ON, AND TO SHORTEN TIME TO RESPOND TO, STRUCTURED DISMISSAL MOTION

Upon consideration of the *Debtor's Motion to Expedite Hearing on, and to Shorten Time to Respond to, Structured Dismissal Motion* [Docket No. 334] (the "***Motion***")[1] filed by the above-captioned debtor and debtor in possession (the "***Debtor***") pursuant to section 105 of the Bankruptcy Code and rule 9013-2(a) of the Local Rules, seeking entry of an order (this "***Order***")

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

expediting a hearing on and shortening time to respond to the Structured Dismissal Motion; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b); venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, it is hereby ORDERED that:

1.      The Motion is GRANTED.

2.      An expedited hearing on the Structured Dismissal Motion will be held on August 19, 2026, at 11:00 a.m. (prevailing Eastern Time) (the "***Hearing***") via Zoom teleconference. Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom access codes and permission to appear virtually.  Parties may otherwise attend the hearing in person at the United States Bankruptcy Court, Courtroom 1, United States Courthouse,  333 Constitution Avenue, NW, Washington, D.C. 20001.

3.      Written responses to the relief sought in the Structured Dismissal Motion must be filed electronically with the Court no later than August 17, 2026.

4.      The Debtor is authorized to take all actions necessary to implement the relief granted herein.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6.      On the date this Order is entered, the Debtor is directed to serve a copy of this Order via first class mail and e-mail, where available, on every party that is provided notice of the Structured Dismissal Motion and file a proof of service prior to the commencement of the Hearing.

[<em>Endorsements Follow</em>]

WE ASK FOR THIS:

/s/  *Nicholas S. Monico*

Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8200
Facsimile:     (804) 788-8218
Email:          tpbrown@hunton.com
                jwuebker@hunton.com
                nmonico@hunton.com

*Counsel for the Debtor and Debtor in Possession*

United States Bankruptcy Court

District of Columbia

In re: | Case No. 26-00005-ELG

Compass Coffee, LLC | Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 10

Date Rcvd: Aug 06, 2026      Form ID: pdf001      Total Noticed: 260

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | 13th & F Associates, L.P., c/o Michael R. Cogan, P.C., 20410 Century Blvd., Suite 250, Germantown, MD 20874-1186 |
| cr | + | Falls Church (E&A) LLC, c/o Catherine B. Harrington, Esquire, Miles & Stockbridge P.C., 915 Meeting Street, Suite 1110, North Bethesda, MD 20852 US 20852-2375 |
| cr | + | James Wilson Constitutional Society, LLC, c/o BEAN, KINNEY & KORMAN, P.C., Attn: Andrea C Davison, 2311 Wilson Blvd., 5th Floor, Arlington, VA 22201-5422 |
| cr | + | MDP 1351 Wisconsin LLC, c/o Catherine B. Harrington, Esquire, Miles & Stockbridge P.C., 915 Meeting Street, Suite 1110, North Bethesda, MD 20852-2375 |
| cr | + | Oracle Credit Corporation, c/o Lauren Baio Pultro, 20 F Street NW Suite 500, Washington, DC 20001-6703 |
| cr | + | SV Village Operating, LLC, c/o Catherine B. Harrington, Esquire, Miles & Stockbridge P.C., 915 Meeting Street, Suite 1110, North Bethesda, MD 20852 US 20852-2375 |
| cr | | Tiye Massey, 51 Kasey Pass, Ballston Spa, NY 12020-2541 |
| crcm | + | William P. Gelberg, Inc., c/o James Lerner, President, 6511 Chillum Place NW, Washington, DC 20012-2135 |
| 804727 | + | 1301 K Street Limited Partnership, 1301 K Street NW, Suite 1180W, Washington, DC 20005-7020 |
| 804728 | + | 13th & F Associates, LP., C/O HINES CONSOLIDATED INVESTMENT INC., 555 13TH ST., N.W., SUITE 420W, Washington, DC 20004-1126 |
| 806717 | + | 13th & F Associates, LP., 555 College Rd E, Princeton, NJ 08540-6616 |
| 806505 | | 13th & F Associates, LP., 555 College Rd E Princeton, NJ 08543 |
| 804729 | + | 1401 Eye Holdings LLC, 40 E 52nd St Fl 8, New York, NY 10022-5911 |
| 810182 | + | 1401 Eye Holdings, LLC, Michael R. Cogan, 20410 Century Blvd., Suite 125, Germantown, MD 20874-1186 |
| 807301 | + | 1776 Eye SPR L.L.C., Rockrose/ attn: Robert Fink, 15 East 26th Street, 7th floor, New York, NY 10010-1503 |
| 806506 | + | 2130 P Street Associates Legal Department, 1001 G St NW, Suite 900, Washington, DC 20001-4545 |
| 810197 | + | 2130 P Street Associates Limited Partnership, c/o J. David Folds, Baker Donelson, 901 K Street NW, Suite 900, Washington, DC 20001-6436 |
| 809005 | + | 655 New York Avenue LLC, c/o Brookfield properties, 655 New York Avenue, N.W. Suite 800, Washington, DC 20001-5794 |
| 804730 | + | 655 New York, LLC, 750 9th St. NW, Suite 700, Washington, DC 20001-4590 |
| 806333 | + | 725 N. Haven Street, Baltimore, MD 21205-2903 |
| 806719 | + | 74 Washington Retail Holdings, LLC, 1945 Old Gallows Rd., Vienna, VA 22182-3931 |
| 806507 | | 74 Washington Retail Holdings, LLC 1945 Old Gallow, Vienna, VA 22182 |
| 804731 | + | AERE, 7538 Fullerton Ct, Springfield, VA 22153-2829 |
| 804733 | + | AP DC Tomato's LLC, 1850 Old Reston Ave, Reston, VA 20190-3305 |
| 808267 | + | AP DC Tomato's LLC, c/o Eric S. Waldman, Esq., Cameron Ingersoll Roche PLLC, 4100 Monument Corner Dr, Ste 420, Fairfax, VA 22030-8610 |
| 804897 | + | Addison J. Chappell, Esquire, Miles & Stockbridge P.C., 100 Light Street, 7th Floor, Baltimore, Maryland 21202-1153 |
| 804732 | + | Affordable Plumber LLC, 4837 Seminole Ave, Alexandria, VA 22312-1845 |
| 804844 | + | Alan Schwartz, 179 Taconic Road, Greenwich, CT 06831-3114 |

| 810225 | + | Alex McCracken, 2715 Lake Avenue, Cheverly, MD 20785-3039 |
| 804845 | + | Alex Michael, 6008 Kennedy Drive, Chevy Chase, MD 20815-6511 |
| 804847 | + | Arlington County Commissioner of Revenue, Ellen M. Bozman Government Center, 2100 Clarendon Blvd, Arlington, VA 22201-5447 |
| 804734 | + | Art Display Co., 401 Hampton Park Blvd., Capitol Heights, MD 20743-3824 |
| 804737 | + | BKON, 858 N. Lenola Road, Building 1B, Moorestown, NJ 08057-1064 |
| 804739 | + | BMG Metals Inc, 7600 Wellingford Dr, Manassas, VA 20109-2476 |
| 804848 | + | BS Direct Holdings, 600 New Hampshire Ave. NW, Washington, DC 20037-2403 |
| 804735 | #+ | Berlin Packaging, 525 West Monroe Street 14th Floor, Chicago, IL 60661-3648 |
| 804736 | #+ | Bernstein Management Corporation, 5301 Wisconsin Ave. NW, Suite 500, Washington, DC 20015-2015 |
| 804738 | | Block, Inc. d/b/a Square, Square Financial Services, Inc. 3165 E., Suite 160, Salt Lake City, UT 84121 |
| 804740 | + | Bodum USA, PO Box 50134, Newark, NJ 07105-8134 |
| 806508 | | Boland, PO Box 223862, Chantilly, VA 20153-3862 |
| 806721 | + | Brivo/Baldinos Electronic Security Inc., PO Box 1417, Newington, VA 22122-1417 |
| 806722 | + | Brivo/Baldinos Electronic Security Inc., 7400 Fullerton Road, Suite 100, Springfield, VA 22153-2830 |
| 806510 | | Brivo/Baldinos Electronic Security Inc. 7400 Fulle, Springfield, VA 22153 |
| 806509 | + | Brivo/Baldinos Electronic Security Inc. PO Box 141, Newington, VA 22122-0141 |
| 804849 | + | BroadAspect, 44679 Endicott Drive, Suite 300, Ashburn, VA 20147-5567 |
| 804745 | + | CBX Connect LLC, 1643 N Milwaukee Ave, Apt. 5, Chicago, Illinois 60647-5400 |
| 804749 | + | CSI (DigiLink), 840 S Pickett St, Alexandria, VA 22304-4606 |
| 804742 | + | Cafe Imports Fulfillment, 2617 E Hennepin Ave, Minneapolis, MN 55413-2913 |
| 804743 | + | Cafritz-Wilkes Development Group LLC, 5101 Wisconsin Avenue, NW. Suite 200, Washington, DC 20016-4136 |
| 804744 | + | Califia Farms, 1019 E 4th Pl, Suite 100, Los Angeles, CA 90013-2773 |
| 804898 | + | Catherine B. Harrington, Esquire Miles & Stockbrid, 915 Meeting Street, Suite 1110, North Bethesda, MD 20852-2375 |
| 806723 | | Catherine Pearson, Commercial & Editorial Illustrator, Chemin des Croix-Rouges 22, 1007 Lausanne Switzerland |
| 806511 | | Catherine Pearson, Commercial & Editorial Illustrator Chemi, 1007 Lausanne Switzerland |
| 806724 | + | Celigo, 3 Lagoon Drive, Suite 130, Redwood City, CA 94065-1566 |
| 804851 | + | Chas Newman, 1412 5th Street NW, Apt 201, Washington, DC 20001-5541 |
| 805631 | + | Clover Sonoma Farms, c/o CRI Clover Sonoma Farms, P O Box 3111, Rohnert Park, CA 94927-3111 |
| 804747 | + | Clover Stornetta Farms, PO Box 750369, Petaluma, CA 94975-0369 |
| 804852 | + | Colby Bartlett LLC, 2346 Massachusetts Ave N.W., Washington, DC 20008-2801 |
| 804748 | + | Core Spaces College Park, 1400 N Kingsbury, 3rd floor, Chicago, IL 60642-2699 |
| 804854 | + | Cox Business, Records Custodian, Cox Communications, 6205-B Peachtree Dunwoody Road, Atlanta, GA 30328-4524 |
| 804750 | + | Cuisine Solutions, Inc, 22445 Sous Vide Lane, Sterling, VA 20166-9383 |
| 806513 | + | Cushman & Wakefield U.S. Inc., 225 West Wacker, Chicago IL 60606-1228 |
| 804751 | + | Custom Ink, 3060 Williams Dr., Suite 300-3049, Fairfax, VA 22031-4667 |
| 804755 | | DND Garage Doors, 3803 Laramie Pl APT E, Alexandria, VA, 22309-3800 |
| 804753 | + | DayMark Safety, 12836 South Dixie Highway, Bowling Green, OH 43402-9697 |
| 804752 | + | Daylight Transport Inc., PO Box 516516, Los Angeles, CA 90051-7801 |
| 804754 | | Diff Agency, 1435 Rue St-Alexandre, Suite# 220, Montreal QC H3A 2G4, Canada |
| 804856 | + | District of Columbia Water and Sewer Authority; Mi, 1385 Canal Street, S.E, Washington, DC 20003-5015 |
| 804857 | + | Dominion Electric Supply, 5053 Langston Boulevard, Arlington, VA 22207-2582 |
| 804756 | + | EagleBank, Gebhardt & Smith; c/o Richard A. DuBose,, One South Street, Suite 2200, Baltimore, MD 21202-3343 |
| 806726 | | Ecobee, 207 Queens Quay W Suite 600, Toronto, ON M5J 1A7 |
| 806514 | | Ecobee, 207 Queens Quay W Suite 600 Toronto, ON |
| 804846 | + | Eric S. Waldman, Esq., Cameron Ingersoll Roche PLLC, 4100 Monument Corner Dr #420, Fairfax, VA 22030-8610 |
| 809216 | + | Euler Hermes agent for YESPAC, INC., Attn: Guy P. Young Jr., 100 International Dr., 22nd Fl, Baltimore, MD 21202-4783 |
| 804760 | + | Excelco Trading L.P., 17 Battery Place, Suite 925, New York,NY 10004-1155 |
| 804762 | + | FC-QIC Ballston Common Retail JV, LLC, Legal Department, 350 N Orleans St, Chicago, IL 60654-1975 |
| 804859 | + | Fairfax County: Department of Taxation, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 810078 | + | Falls Church (E&A), LLC, c/o Miles & Stockbridge PC, Attn: Catherine Harrington, 915 Meeting Street, Suite 1110, North Bethesda, MD 20852-2375 |
| 804761 | + | Falls Church (E&A), LLC, 1272 5th St NE, Suite 200, Washington, DC 20002-3459 |
| 804860 | | Federal Insurance Company, 202B Hall's Mill Road, Whitehouse Station, NJ 08889 |
| 806515 | | Foxx Equipment Company, 421 Southwest Blvd Kansas City, MO 64108 |
| 804763 | + | Fres-co, 3005 State Road, Telford, PA 18969-1021 |
| 808599 | + | Fres-co System USA, Inc., 3005 State Road, Telford, PA 18969-1021 |
| 804765 | + | Fresh Water Systems, 2299 Ridge Road, Greenville, SC 29607-6299 |
| 806516 | + | GDCV Eye Street, LLC, 465 Meeting Street, Charleston, SC 29403-4832 |
| 804766 | + | Gamez Hardwood Flooring, 2914 Rose Valley Dr, Fort Washington, MD 20744-2552 |
| 804767 | + | Gelberg Signs, 6511 Chillum Pl NW, Washington, DC 20012-2192 |
| 804768 | + | Germantown Tool & Manufacturing, 1681 Republic Rd, Huntingdon Valley, PA 19006-1899 |
| 804769 | | Get Ansa, Inc., 505 Alabama St., San Francisco, CA 94110 |
| 808565 | + | Glass House Coffee Four, LLC, Mark Ryan Fleming, 8811 Cuttermill Place, Springfield, VA 22153-1529 |

| | | |
|---|---|---|
| 804770 | + | Glass House Coffee Four, LLC, 1201 New York Avenue NW, Washington, DC 20005-3917 |
| 804771 | + | Golden Eagle Extrusions, 1762 St. Rt. 131, Milford, OH 45150-2649 |
| 806517 | + | Greystar, M Financial Plaza, 1125 NW Couach Street, Suite 450, Portland, OR 97209-4141 |
| 809572 | + | Harrison Suarez, C/o Eric Pelletier, Esq., 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814-6604 |
| 804862 | + | Harrison Suarez, c/o Kathryn Marshall Ali ALI & LOCKWOOD, 501 H Street NE, Suite 200, Washington, DC 20002-7176 |
| 804774 | + | Hilti North America, 7250 Dallas Parkway, Suite 1000, Plano, TX 75024-4998 |
| 804775 | + | Home Deco Plus, 8927 Orange Hunt Lane, Annandale, VA 22003-4101 |
| 804780 | + | Innova Construction LLC, 805 Tucker Ln, Ashton, MD 20861-9792 |
| 804781 | + | Insight, 2701 E. Insight Way, Chandler, AZ 85286-1947 |
| 804865 | | JBG Central Place Office LLC, Central Place Residences, L.L.C., PO Box #7545, BB# 01-9494-75103, Hicksville, NY 11802-7545 |
| 804866 | + | JBG Hatton Retail LLC, 4445 Willard Ave, Ste 700, Chevy Chase, MD 20815-4645 |
| 804867 | + | JBG West Half Residential II, LLC, c/o James D. Sadowski, Esq., Greenstein DeLorme & Luchs, P.C., 801 17th Street, N.W., Suite 1000, Washington, DC 20006-3967 |
| 804783 | | JBG West Half Residential II, LLC, Central Place Residences, L.L.C., PO Box #7545, BB# 01-9494-75103, Hicksville, NY 11802-7545 |
| 804871 | + | JSG LLC, 3029 Dent Pl NW, Washington, DC 20007-2916 |
| 804864 | + | Jake Peker, 2520 Q St NW, Washington, DC 20007-4302 |
| 804782 | + | James Wilson Constitutional Society, 4710 Langston Blvd, Arlington, VA 22207-3407 |
| 810071 | + | Jemal's Pappas Tomato's LLC, c/o Andrew B. Schulwolf, Esq., 110 N. Washington Street, No. 300, Rockville, Maryland 20850-2224 |
| 804868 | + | Jeremiah Lowin, 1177 22nd St NNW, Unit 4D, Washington, DC 20037-1256 |
| 804869 | + | Joel Shetterly, 1915 Kalorama Rd NW, Washington, DC 20009-1474 |
| 804870 | + | Jones Street Investors LLC, 4214 Lenore Ln NW, Washington, DC 20008-3836 |
| 810178 | + | KBS III 3003 Washington, LLC, Kathleen St. John, 10 St. James Avenue, 11th Fl, Boston, MA 02116-3813 |
| 804784 | + | KBSIII 3003 Washington LLC, 800 Newport Center Drive, Suite 700, Newport Beach, CA 92660-6319 |
| 806730 | + | KBSIII 3003 Washington, LLC, c/o KBS Attention: Senior Vice President, 3003 Washington Boulevard, Suite #950, Arlington, VA 22201-2250 |
| 806518 | + | KBSIII 3003 Washington, LLC c/o KBS Attention: Sen, 3003 Washington Boulevard, Suite #950, Arlington, VA 22201-2250 |
| 806537 | + | Keter Environmental Services, LLC, 400 Atlantic Street, Floor 5, Stamford, CT 06901-3519 |
| 806519 | + | Klaviyo, Inc., 125 Summer St, Floor 7, Boston, MA 02110-1616 |
| 804786 | + | Klean Kanteen, 3960 Morrow Lane, Chico, CA 95928-8912 |
| 804872 | + | Kuran Malhotra, 25 Aspen Drive, Livingston, NJ 07039-1430 |
| 804787 | + | La Marzocco, Accounting Dept., 1553 NW Ballard Way, Seattle, WA 98107-4712 |
| 804788 | + | Leonard Paper, 725 North Haven St, Baltimore, MD 21205-2903 |
| 804873 | + | Lyric Capital, 5101 Wisconsin Avenue, N.W. STE 200, Washington, DC 20016-4136 |
| 805630 | ++ | MAPLE SUGAR MOUNTAIN, 210 HIGHMEADOWS ROAD, WATERVILLE VT 05492-9723 address filed with court:, Maple Sugar Mountain, c/o Cynthia P. Mann, 210 Highmeadows Road, Waterville, VT 05492 |
| 804792 | + | MC Interiors, 412 E Diamond Ave, Gaithersburg, MD 20877-3018 |
| 804794 | + | MDP 1351 Wisconsin LLC, Martin-Diamond Properties, 1875 Connecticut Ave NW, Washington, DC 20009-5728 |
| 804790 | + | Maola Dairy, 5200 Chestnut Avenue, Newport News, VA 23605-2112 |
| 804791 | | Maple Sugar Mountain, 2034 VT-109, Belvidere Center, VT 05442 |
| 804874 | + | Matt Abend, 420 T Street Northwest, #2, Washington, DC 20001-1809 |
| 804875 | + | Max Deem, 1659 Holbrook St NE #4, Washington, DC 20002-2545 |
| 804793 | + | Mccrae Enterprise, Inc., 1830 Lincoln Rd NE, Washington, DC 20002-1553 |
| 804795 | + | Michael Haft, 2346 Massachusetts Ave, Washington, DC 20008-2801 |
| 810142 | + | Mid Atlantic Reg Joint Board, Workers United, Matthew Areman, Esq., 123 S. Broad St., Suite 2020, Philadelphia, PA 19109-1057 |
| 804798 | + | NDH II Point LLC, c/o Katie Mason, Esq., 411 E. Wisconsin Ave., Suite 2400, Milwaukee, WI 53202-4428 |
| 804796 | + | National Investment Group LLC, 2346 Massachusetts Ave, Washington, DC 20008-2801 |
| 811437 | + | National Labor Relations Board, 101 W. Lombard Street, Suite 700, Baltimore, Maryland 21201-2605 |
| 806732 | + | Ncore Group LLC, 11302 Church Bend Court, Germantown, MD 20876-4118 |
| 806538 | | Netgain Solutions, Inc. 9189 S Jamaica St, Suite 400, Englewood, CO 80112-5946 |
| 804876 | + | Nils Parker, 311 E Erie St, Unit 302, Milwaukee, WI 53202-6044 |
| 804800 | | Numilk, 1944 Rt 22 Loading Dock, Brewster, NY 10509 |
| 804801 | + | Octa LLC, 2346 Massachusetts Ave, Washington, DC 20008-2801 |
| 804802 | + | Odeko, 247 Centre St., New York, NY 10013-6038 |
| 804803 | + | Once Upon a Coconut, 7651 Southland Blvd, Orlando, FL 32809-6959 |
| 806522 | + | Oracle Netsuite 2300 Oracle Way, Austin, TX 78741-1400 |
| 804879 | + | Parker Teel, 18180 Shinniecock Hills Place, Leesburg, VA 20176-7456 |
| 804805 | + | Patriot Electronic Security, 7400 Fullerton Road, Suite 100, Springfield, VA 22153-2830 |
| 804899 | + | Perseus 1827 Adams Mill Investments LLC, c/o Magruder Cook Koutsouftikis &, Palanzi, 1889 Preston White Dr., Suite 200, Reston, VA 20191-4368 |
| 804806 | + | Perseus 1827 Adams Mill Investments LLC, 1200 19th Street, NW, Washington, DC 20036-2412 |
| 804808 | + | Pitt Ohio, 151 Blades Lane, Glen Burnie, MD 21060-6403 |
| 804809 | + | Pops Bakery LLC, Grant Sarvis Pops Bakery LLC, 1369 New York Ave NE, Washington, DC 20002-1620 |
| 804880 | | Potomac Electric Power Co., Corporate Correspondence, PEPCO, PO Box 97274, Washington, DC 20090-7274 |
| 809823 | + | Potomac Lawn Professionals LLC, 6905 JEFFERSON AVE, FALLS CHURCH, VA 22042-1934 |

804810    +  Primeflex Labels, 7 Inverness Drive East, Englewood, CO 80112-5519
804811    +  Prova, 48 Dunham Ridge, Suite 5000, Beverly, MA 01915-1844
804812    +  Quad Packaging, 30 Irving Place, New York, NY 10003-2303
804817    +  RPM Courier, 2900 Woodbridge Avenue, Edison, NJ 08837-3406
804818    +  RPM Warehouse, 2900 Woodbridge Avenue, Edison, NJ 08837-3406
806737    +  Rippling People Center, Inc., 55 2nd Street, Suite 1500, San Francisco, CA 94105-3499
804881    +  Rippling People Center, Inc., 430 California Street, 11th Floor, San Francisco, CA 94104-1335
804814    +  Roastar, 200 South 84th Ave Suite C, Wausau, WI 54401-9625
804815    +  Roberts Oxygen Company, 1632 E. Gude Drive, Suite 100, Rockville, MD 20850-1356
804816    +  Rockrose General Equities LLC, 15 E 26th St, 7th Floor, New York, NY 10010-1503
804819    +  S. Freedman & Sons, 3322 Pennsy Drive, Landover, MD 20785-1626
804820    +  SCALENORTH ADVISORS LLC, 2525 Corporate Place, Suite #250 Monterey Park, Santa Ana, CA 91754-7661
806793    +  Sarah Perlinger Hasford, 1436 N Jackson St., Arlington, VA 22201-5031
806539    +  ScaleNorth, Inc., 2525 Corporate Place, Suite #250 Monterey Park, Santa Ana, CA 91754-7661
804821    +  Schindler Elevator Corporation, 6800 Muirkirk Road, Beltsville, MD 20705-1227
806738       Shopify, Inc., 151 OConnor Street, Ground floor, Ottawa, ON, K2P 2L8 CANADA
806527    +  Soundtrack, 720 Seneca Street, Suite 107, Seattle, WA 98101-3265
806740    +  Soundtrack Your Brand USA, Inc., PO Box 21445 PMB 12010, Seattle, WA 98111-3445
806741       Soundtrack Your Brand USA, Inc., 800 5TH Ave N Ste 4100, Seattle, WA 98109-3906
806529       Soundtrack Your Brand USA, Inc. 800 5TH Ave N Ste, Seattle, WA 98109-3906
806528    +  Soundtrack Your Brand USA, Inc. PO Box 21445 PMB 1, Seattle, WA 98111-3445
804824    +  Staples, 500 Staples Drive, Framingham, MA 01702-4474
804825    +  Sucafina NA, 9926 Main St, Suite 201, Fairfax, VA 22031-3915
804826    +  Sunny Sky Products, LLC, Dept 284, P.O. Box 4458, Houston, TX 77210-4458
806541    +  System D LLC t/a the Wydown, 3416 Ritttenhouse St. NW, Washington, DC 20015-1674
810224    +  System D, LLC, UB Greensfelder LLP, Attn: Randall Scherck, 10 S Broadway, Suite 2000, St. Louis, MO 63102-1747
809929    +  T-C 800 17TH STREET NW OWNER LLC, 800 17th Street NW, Lower Level, Washington, DC 20006-3962
804828    +  T-C 800 17TH STREET NW OWNER LLC, Magruder Cook Koutsouftikis & Palanzi, 1889 Preston White Dr., Suite 200, Reston, VA
             20191-4368
804829    +  TCHO, 3100 San Pablo Ave Suite 170, Berkeley, CA 94702-2498
804886    +  THE LOUIS DC RESIDENTIAL LLC, 730 Third Avenue, New York, NY 10017-3206
804831    +  THE TREA 1001 PENNSYLVANIA AVENUE TRUST, 730 Third Avenue, New York, NY 10017-3206
804884       Terrell Place Property LLC, P.O. Box 75235, Baltimore, MD 21275-5235
804885       The Comptroller of Maryland, Revenue Administration Division, P.O. Box 549, Annapolis, MD 21411-0001
810183    +  The Louis DC Residential, LLC, Michael R. Cogan, 20410 Century Blvd., Suite 125, Germantown, MD 20874-1186
809930    +  Tiye Massey, c/o Alan R. Kabat, Bernabei & Kabat, PLLC, 1400 - 16th Street NW, Suite 500, Washington DC 20036-0007
804832       Tractor Beverage Company, 568 W Buckles Road, Hayden, ID 83835
806530    +  TricorBraun Flex, 6 CityPlace Drive, STE 1000, Saint Louis, MO 63141-7119
804833    +  Trinity Group Construction, 13849 Park Center Rd, Suite A, Herndon, VA 20171-3232
804887    +  UBS, 1285 Avenue of the Americas, New York, NY 10019-6096
804888    +  UK Accelerator LLC, 1625 Eckington Pl NE, Ste 100, Washington, DC 20002-2670
804834    +  Union Kitchen, 1369 New York Ave NE, Washington, DC 20002-1620
806543       United Parcel Service, UPS Corporate Legal Department, 55 Glenlake Parkway NE Atlanta, GA 30328
804835    +  United Parcel Service, C/O RMS Bankruptcy Recovery Services, PO BOX 4396, Timonium, MD 21094-4396
810077    +  United Parcel Service, Inc., c/o Mike Gustafson, Faegre Drinker Biddle & Reath LLP, 320 S. Canal Street, Suite 3300, Chicago, IL
             60606-5707
808594    +  VIATechnick LLC, 200 E Randolph St., Suite 5400, Chicago, IL 60601-6610
804836    +  Velasco Remodelling Services, 9424 Wooded Glen Ave, Burke, VA 22015-4230
804837    +  Venable LLP, 750 E Pratt St, Ste 900, Baltimore, MD 21202-3157
804839    +  Versapay, 548 Market Street, #43812, San Francisco, CA 94104-5401
806544    +  ViaTechnik, 3000 Lawrence Street, Denver, CO 80205-3422
804894    +  WRIT Spring Valley LLC, WRIT Spring Valley LLC (Lease No 35962), 1775 Eye Street NW, Washington, DC 20006-2402
804890    +  Washington D.C. Department of, Taxing and Revenue, 1101 4th Street, SW, Suite W270, Washington, DC 20024-4457
804891    +  Washington Gas: BNKY, 6801 Industrial Road 117B, Springfield, VA 22151-4205
809133    +  White Flint Associates, LLC, c/o Christopher Jones, 3190 Fairview Park Dr., Suite 800, Falls Church, VA 22042-4558
809135    +  White Flint Associates, LLC, c/o Helena Lopez, Esq., Bernstein Management Corp., 4800 Hampden Lane, Suite 1200, Bethesda, MD
             20814-2969
804841    +  Willard Packaging, 18940 Woodfield Road, Gaitherburg, MD 20879-4717
806386    +  William P. Gelberg, Inc. d/b/a Gelberg Signs, c/o Dunlap Bennett & Ludwig PLLC, 9011 Arboretum Parkway, Suite 390, Richmond, VA
             23236-5410
804893   #+  With Coverage, 29 W 17th Street Floor 7, New York, NY 10011-5507
804842    +  YesPac, 260 Centennial Avenue, Piscataway, NJ 08854-2947
804896    +  ZWC Family Trust, 2010 Brightwaters Blvd, St. Petersburg, FL 33704-3010
806536    +  ePac Flexible Packaging, 4509 Freidrich Lane, Suite 102, Austin, TX 78744-1858

District/off: 0090-1                    User: admin                         Page 5 of 10

Date Rcvd: Aug 06, 2026                 Form ID: pdf001                      Total Noticed: 260

TOTAL: 212

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Aug 06 2026 23:01:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Aug 06 2026 22:56:56 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2026 23:01:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Aug 06 2026 22:57:04 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Aug 06 2026 23:01:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Aug 06 2026 23:01:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| crcm | + | Email/Text: bk@bpretail.com | Aug 06 2026 23:01:00 | Brookfield Properties Retail Inc., c/o Julie Minnick Bowden, Director, 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607 |
| cr | | Email/Text: Stephon.Woods@dc.gov | Aug 06 2026 23:01:00 | DC Office of Attorney General, 400 6th Street, N.W., Washington, DC 20001, UNITED STATES |
| cr | + | Email/Text: schristianson@buchalter.com | Aug 06 2026 23:01:00 | Oracle America, Inc., Buchalter LLP, c/o Shawn M. Christianson, Esq., 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 804741 | + | Email/Text: min.oh@boland.com | Aug 06 2026 23:01:00 | Boland, 30 West Watkins Mill Road, Ste #300, Gaithersburg, MD 20878-4006 |
| 804850 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2026 23:03:00 | Capital One Bank, N.A., Capital One Financial Corp, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 804853 | + | Email/Text: documentfiling@lciinc.com | Aug 06 2026 23:01:00 | Comcast, Attn: Legal Department/Arbitration, 1701 John F. Kennedy Boulevard, Philadelphia, PA 19103-2899 |
| 804855 | + | Email/Text: driesdarius@gmail.com | Aug 06 2026 23:01:00 | D2H LLC, 4709 Augusta Drive, Frisco, TX 75034-6839 |
| 806547 | + | Email/Text: Stephon.Woods@dc.gov | Aug 06 2026 23:01:00 | DC Office of Tax and Revenue, c/o DC Office of Attorney General, 400 6th Street, N.W., Washington, DC 20001-0189 |
| 804858 | | Email/Text: DEbankruptcy@domenergy.com | Aug 06 2026 23:01:00 | Dominion Energy, 120 Tredegar St, Richmond, VA, 23219-4306 |
| 804757 | + | Email/Text: lelways@emrco.com | Aug 06 2026 23:01:00 | EMR, 9100 H Yellow Brick Road, Rosedale, MD 21237-4704 |
| 808116 | | Email/Text: ar.usa@eversys.com | Aug 06 2026 23:01:00 | Eversys Inc., 235 Pegasus Avenue, Northvale, NJ 07647 |
| 804861 | + | Email/Text: collections@firstib.com | Aug 06 2026 23:01:00 | First Internet Bank of Indiana, 8701 E. 116th St., Fishers, IN 46038-3225 |
| 804772 | ^ | MEBN | Aug 06 2026 22:57:06 | Grainger, 100 Grainger Parkway, Lake Forest, IL 60045-5202 |
| 805026 | + | Email/Text: kchaverri@tlclawfirm.com | Aug 06 2026 23:01:00 | Harrison Suarez, c/o Katie Lane Chaverri, Esq., Tayman Lane Chaverri LLP, 2001 L Street NW, Suite 500, Washington, DC 20036-4955 |

| | | | |
|---|---|---|---|
| 804773 | + Email/Text: Robert@haft.org | Aug 06 2026 23:01:00 | Hexad LLC, 2346 Massachusetts Ave, Washington, DC 20008-2801 |
| 804776 | Email/Text: piperj@independentcan.com | Aug 06 2026 23:01:00 | Independent Can Company, 1300 Brass Mill Road, Belcamp, MD 21017 |
| 804778 | Email/Text: bankruptcynotices@inkind.com | Aug 06 2026 23:01:00 | inKind Credit Fund LP, 600 Congress Avenue, Suite 1700, Austin, TX 78701 |
| 804779 | Email/Text: bankruptcynotices@inkind.com | Aug 06 2026 23:01:00 | inKind Warehouse Facility, LLC, 600 Congress Avenue, Suite 1700, Austin, TX 78701 |
| 804877 | Email/Text: Stephon.Woods@dc.gov | Aug 06 2026 23:01:00 | Office of Attorney General, for the District of Columbia, 400 6th Street, N.W., Washington, DC 20001 |
| 806733 | Email/Text: schristianson@buchalter.com | Aug 06 2026 23:01:00 | Oracle America, Inc., 500 Oracle Parkway, Redwood Shores, CA 94065 |
| 804878 | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 06 2026 23:01:00 | Office of the U.S. Trustee, Michael T. Freeman, Assistant United States Trustee, 1725 Duke St, Alexandria, VA 22314-3456 |
| 806854 | + Email/Text: schristianson@buchalter.com | Aug 06 2026 23:01:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter LLP, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 810073 | + Email/Text: schristianson@buchalter.com | Aug 06 2026 23:01:00 | Oracle Credit Corporation &, Oracle America, Inc. SII to NetSuite, In, c/o Shawn M. Christianson, Esq., Buchalter LLP, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 806672 | + Email/Text: Bankruptcy_General@pepco.com | Aug 06 2026 23:01:00 | PEPCO, Attn: Credit Dept., 701 9th St., NW, Washington, DC 20001-4572 |
| 804804 | ^ MEBN | Aug 06 2026 22:57:05 | Parts Town, 27787 Network Place, Chicago, IL 60673-1277 |
| 804807 | Email/Text: bankruptcy@pb.com | Aug 06 2026 23:01:00 | Pitney Bowes Inc. Purchase Power, PO Box 981026, Boston, MA 02298-1026 |
| 804813 | Email/Text: Bankruptcy@regencycenters.com | Aug 06 2026 23:01:00 | Regency Centers, L.P., 1919 Gallows Road, Suite 1000, Vienna, VA 22182 |
| 806735 | Email/Text: Bankruptcy@regencycenters.com | Aug 06 2026 23:01:00 | Regency Centers, L.P., c/o Regency Centers Corporation, Attn: Legal Department, One Independent Drive, Suite 114, Jacksonville, FL 32202-5019 |
| 806736 | Email/Text: Bankruptcy@regencycenters.com | Aug 06 2026 23:01:00 | Regency Centers, L.P., c/o Regency Centers Corporation, Attn: Property Management, 1919 Gallows Road, Suite 1000, Vienna, VA 22182 |
| 806524 | Email/Text: Bankruptcy@regencycenters.com | Aug 06 2026 23:01:00 | Regency Centers, L.P., c/o Regency Centers Corporation Attn: Pr, 1919 Gallows Road, Suite 1000, Vienna, VA 22182 |
| 804822 | + Email/Text: bankruptcynotices@sba.gov | Aug 06 2026 23:01:00 | Small Business Administration, Office of General Counsel, 409 3rd St. SW, Washington, DC 20416-0011 |
| 805600 | + Email/Text: Carlota.Esmedilla@iqor.com | Aug 06 2026 23:01:00 | Square Financial Services, c/o RMS, P O Box 5007, Fogelsville, PA 18051-5007 |
| 804882 | + Email/Text: bankruptcynotices@squareup.com | Aug 06 2026 23:01:00 | Square Financial Services, 3165 E. Millrock Drive, Suite 160, Salt Lake City, UT 84121-5987 |
| 804883 | + Email/Text: arlegal@amtrustgroup.com | Aug 06 2026 23:01:00 | Technology Insurance Company, Inc., 59 Maiden Lane, 43rd Floor, New York, NY 10038-4502 |
| 806533 | + Email/Text: bankruptcyecf.shared@usfoods.com | Aug 06 2026 23:01:00 | US Foods, 9399 West Higgins Road Suite 500, Rosemont, IL 60018-4992 |
| 805629 | + Email/Text: arbankruptcy@uline.com | Aug 06 2026 23:01:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

| 806531 | | Email/Text: arbankruptcy@uline.com | Aug 06 2026 23:01:00 | Uline, PO Box 88741, Chicago, IL 60680-1741 |
|---|---|---|---|---|
| 804838 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 06 2026 23:01:00 | Verizon Business, Verizon Wireless Bankruptcy Administrati, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 804889 | | Email/Text: va_tax_bk@harriscollect.com | Aug 06 2026 23:01:00 | Virginia Department of Taxation, Virginia Tax Bankruptcy, PO BOX 2156, Richmond, VA 23218-2156 |
| 804892 | | Email/Text: jmills@wm.com | Aug 06 2026 23:01:00 | Waste Management, 800 Capitol, Suite 3000, Houston, TX 77002 |
| 804895 | | Email/Text: usz.bankruptcy.legal.coll@zurichna.com | Aug 06 2026 23:01:00 | Zurich American Insurance Company, 1299 Zurich Way, Schaumburg, IL 60196-1056 |
| 804777 | + | Email/Text: bankruptcynotices@inkind.com | Aug 06 2026 23:01:00 | inKind Card, Inc., 600 Congress Avenue, Suite 1700, Austin, TX 78701-3083 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 2130 P Street Associates Limited Partnership |
| cr | | 655 New York, LLC |
| crcm | | AP DC Tomato's LLC |
| cr | | AP DC Tomato's LLC |
| crcm | | Cafe Imports Fulfillment LLC |
| intp | | Caffe Nero North America, Inc. |
| cr | | CoStar Central Place HQ, LLC |
| cr | | EagleBank |
| cr | | GDVC Eye Street, LLC c/o Greystar |
| cr | | GGP Retail LLC |
| cr | | Harrison Suarez |
| cr | | KBSIII 3003 Washington, LLC |
| intp | | National Investment Group, Inc. |
| intp | | Next Gen Coffee Enterprises, LLC |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | People Center, Inc. (d/b/a Rippling) |
| cr | | Perseus 1827 Adams Mill Investments LLC |
| cr | | Regency Centers, L.P. |
| cr | | Terrell Place Property LLC |
| cr | | West Half Residential II, LLC |
| cr | | White Flint Associates, LLC |
| 804843 | | Catherine Pearson hello@oliviapears.com |
| 806512 | | Celigo, 3 Lagoon Drive, Suite 130 Redwood City, |
| 805493 | | KBSIII 3003 WASHINGTON, LLC |
| 804789 | | Luke Larson luke@valenow.com |
| 806520 | | Ncore Group LLC, 11302 Church Bend Court Germantown, MD 2 |
| 806521 | | Oracle America, Inc., 500 Oracle Parkway Redwood Shores, CA 94 |
| 806523 | | Regency Centers, L.P., c/o Regency Centers Corporation Attn: Le, One Independent Drive, Suite 114 Jackson |
| 806525 | | Rippling People Center, Inc., 55 2nd Street, Suite 1500 San Francisco, |
| 806526 | | Shopify, Inc., 151 OConnor Street, Ground floor Ottawa |
| 806540 | | Spread the Love, 1110 N Virgil Ave #788 Los Angeles, CA 9 |
| 809501 | | Sucafina SA, asg Sucafina NA, c/o AXA Ins Ltd - Attn: Gino Minella, 3 Pionerstrasse - SB2.15-1-P, Winterthur, CH 08400 |
| 806532 | | UBS, 1285 Avenue of the Americas New York, NY |
| 806718 | *+ | 2130 P Street Associates, Legal Department, 1001 G St NW, Suite 900, Washington, DC 20001-4545 |
| 806334 | *+ | 725 N. Haven Street, Baltimore, MD 21205-2903 |
| 806720 | * | Boland, PO Box 223862, Chantilly, VA 20153-3862 |
| 806534 | *+ | CBX Connect LLC, 1643 N Milwaukee Ave Apt. 5, Chicago, Illinois 60647-5400 |
| 806725 | *+ | Cushman & Wakefield U.S. Inc., 225 West Wacker, Chicago IL 60606-1228 |
| 806535 | *+ | Custom Ink, 3060 Williams Dr, Suite 300-3049, Fairfax, VA 22031-4667 |

| 806727 | *+ | Foxx Equipment Company, 421 Southwest Blvd, Kansas City, MO 64108-2184 |
| 806728 | *+ | GDCV Eye Street, LLC, 465 Meeting Street, Charleston, SC 29403-4832 |
| 806729 | *+ | Greystar, M Financial Plaza, 1125 NW Couach Street, Suite 450, Portland, OR 97209-4141 |
| 804863 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 806731 | *+ | Klaviyo, Inc., 125 Summer St, Floor 7, Boston, MA 02110-1616 |
| 806734 | *+ | Oracle Netsuite, 2300 Oracle Way, Austin, TX 78741-1400 |
| 806739 | *+ | Soundtrack, 720 Seneca Street, Suite 107, Seattle, WA 98101-3265 |
| 806542 | * | THE LOUIS DC RESIDENTIAL LLC, 730 Third Avenue New York, NY 10017 |
| 806742 | *+ | TricorBraun Flex, 6 CityPlace Drive, STE 1000, Saint Louis, MO 63141-7119 |
| 806744 | *+ | UBS, 1285 Avenue of the Americas, New York, NY 10019-6096 |
| 806745 | *+ | US Foods, 9399 West Higgins Road Suite 500, Rosemont, IL 60018-4992 |
| 806743 | * | Uline, PO Box 88741, Chicago, IL 60680-1741 |
| dbpos | ##+ | Compass Coffee, LLC, 1535 7th Street NW, Washington, DC 20001-3201 |
| 804746 | ##+ | Celigo, Inc., 1820 Gateway Dr, San Mateo, CA 94404-4068 |
| 804759 | ##+ | Eversys, 37-18 Northern Blvd, Suite 421, Long Island City, NY 11101-1636 |
| 804764 | ##+ | Fresh Baguette, 804 Hungerford Dr., Rockville, MD 20850-1726 |
| 804797 | ##++++ | NATIONWIDE REFRIGERATION, INC, 11996 BRADY LN, MANASSAS VA 20109-2400, address filed with court:, Nationwide Refrigeration, Inc, 11996 Balls Ford Rd, Manassas, VA 20109 |

TOTAL: 33 Undeliverable, 18 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Addison J. Chappell
              on behalf of Creditor MDP 1351 Wisconsin LLC achappell@milesstockbridge.com

Addison J. Chappell
              on behalf of Creditor Falls Church (E&A) LLC achappell@milesstockbridge.com

Addison J. Chappell
              on behalf of Creditor SV Village Operating  LLC achappell@milesstockbridge.com

Alan Robert Kabat
              on behalf of Creditor Tiye Massey kabat@bernabeipllc.com

Alexandria Jean Smith
              on behalf of Creditor West Half Residential II  LLC ajs@gdllaw.com, rwl@gdllaw.com

Allison Thornton Coffin
              on behalf of Creditor People Center  Inc. (d/b/a Rippling) acoffin@akingump.com

Andrea Campbell Davison
              on behalf of Creditor James Wilson Constitutional Society  LLC ADavison@beankinney.com, dadragna@beankinney.com

Andrew Blake Schulwolf
              on behalf of Creditor GDVC Eye Street  LLC c/o Greystar andrew@albertandschulwolf.com

Andrew Blake Schulwolf
              on behalf of Creditor SV Village Operating  LLC andrew@albertandschulwolf.com

Catherine Brady DiFazio Harrington
on behalf of Creditor MDP 1351 Wisconsin LLC charrington@milesstockbridge.com

Catherine Brady DiFazio Harrington
on behalf of Creditor Falls Church (E&A) LLC charrington@milesstockbridge.com

Catherine Brady DiFazio Harrington
on behalf of Creditor SV Village Operating  LLC charrington@milesstockbridge.com

Christopher A Jones
on behalf of Creditor White Flint Associates  LLC cajones@whitefordlaw.com,
clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com

Daniel Brett Kohlhofer
on behalf of Interested Party Next Gen Coffee Enterprises  LLC d.brett.kohlhofer@dechert.com

Eric Pelletier
on behalf of Defendant Harrison Suarez epelletier@offitkurman.com  dramos@offitkurman.com

Eric Pelletier
on behalf of Counter-Claimant Harrison Suarez epelletier@offitkurman.com  dramos@offitkurman.com

Eric Pelletier
on behalf of Cross-Claimant Harrison Suarez epelletier@offitkurman.com  dramos@offitkurman.com

Eric Waldman
on behalf of Plaintiff AP DC Tomato's LLC ewaldman@cirlaw.com
rtorres@cirlaw.com;ecameron@cirlaw.com;bloveless@cirlaw.com

Eric Waldman
on behalf of Creditor AP DC Tomato's LLC ewaldman@cirlaw.com
rtorres@cirlaw.com;ecameron@cirlaw.com;bloveless@cirlaw.com

Eric Waldman
on behalf of Counter-Defendant AP DC Tomato's LLC ewaldman@cirlaw.com
rtorres@cirlaw.com;ecameron@cirlaw.com;bloveless@cirlaw.com

James D. Sadowski
on behalf of Creditor West Half Residential II  LLC jds@gdllaw.com, mer@gdllaw.com

James D. Sadowski
on behalf of Creditor Terrell Place Property LLC jds@gdllaw.com  mer@gdllaw.com

Jeffrey L. Tarkenton
on behalf of Creditor Committee Official Committee of Unsecured Creditors jeffrey.tarkenton@wbd-us.com
karla.radtke@wbd-us.com;cindy.giobbe@wbd-us.com

Jennifer Ellen Wuebker
on behalf of Cross Defendant Compass Coffee  LLC jwuebker@hunton.com, tcanada@hunton.com;jwuebker@hunton.com

Jennifer Ellen Wuebker
on behalf of Debtor In Possession Compass Coffee  LLC jwuebker@hunton.com, tcanada@hunton.com;jwuebker@hunton.com

Jennifer Ellen Wuebker
on behalf of Defendant Compass Coffee  LLC jwuebker@hunton.com, tcanada@hunton.com;jwuebker@hunton.com

Jennifer Ellen Wuebker
on behalf of Counter-Claimant Compass Coffee  LLC jwuebker@hunton.com, tcanada@hunton.com;jwuebker@hunton.com

John D. Sadler
on behalf of Creditor CoStar Central Place HQ  LLC Sadlerj@ballardspahr.com, andersonn@ballardspahr.com

John David Folds
on behalf of Creditor 2130 P Street Associates Limited Partnership dfolds@bakerdonelson.com  lcarpenter@bakerdonelson.com

Justin Nemeroff
on behalf of Defendant Michael Haft jbn@wortmannemeroff.com  aik@wortmannemeroff.com

Justin Nemeroff
on behalf of Counter-Claimant Michael Haft jbn@wortmannemeroff.com  aik@wortmannemeroff.com

Katie Lane Chaverri
on behalf of Creditor Harrison Suarez kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Kristen S. Eustis
on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Laurel Roglen
on behalf of Creditor CoStar Central Place HQ  LLC weidmanb@ballardspahr.com

Lauren Baio Pultro
on behalf of Creditor Oracle Credit Corporation lauren.pultro@arlaw.com
jessica.bowers@arlaw.com;courtney.robinson@arlaw.com

District/off: 0090-1

User: admin

Page 10 of 10

Date Rcvd: Aug 06, 2026

Form ID: pdf001

Total Noticed: 260

Lauren Baio Pultro

on behalf of Creditor Oracle America  Inc. lauren.pultro@arlaw.com, jessica.bowers@arlaw.com;courtney.robinson@arlaw.com

Lawrence O'Brien

on behalf of Interested Party Caffe Nero North America  Inc. lobrien@mccarter.com

Leonidas Koutsouftikis

on behalf of Creditor Perseus 1827 Adams Mill Investments LLC lkouts@mckplaw.com  mcook@magruderpc.com

Melissa Byroade

on behalf of Creditor 655 New York  LLC mbyroade@kelleydrye.com

Melissa Byroade

on behalf of Creditor Regency Centers  L.P. mbyroade@kelleydrye.com

Melissa Byroade

on behalf of Creditor GGP Retail LLC mbyroade@kelleydrye.com

Nancy L. Alper

on behalf of Creditor DC Office of Attorney General nancy.alper@dc.gov  william.burk@dc.gov

Nicholas S. Monico

on behalf of Defendant Compass Coffee  LLC nmonico@huntonak.com

Nicholas S. Monico

on behalf of Debtor In Possession Compass Coffee  LLC nmonico@huntonak.com

Nicholas S. Monico

on behalf of Cross Defendant Compass Coffee  LLC nmonico@huntonak.com

Nicholas S. Monico

on behalf of Counter-Claimant Compass Coffee  LLC nmonico@huntonak.com

Philip T. Evans

on behalf of Creditor KBSIII 3003 Washington  LLC philip.evans@hklaw.com,
kimi.odonnell@hklaw.com;HAPI@HKLAW.COM

Richard A DuBose, III

on behalf of Creditor EagleBank rdubo@gebsmith.com

Robert M. Marino

on behalf of Interested Party National Investment Group  Inc. rmmarino@rpb-law.com, rmmarino1@aol.com

Stephen A. Metz

on behalf of Counter-Claimant Harrison Suarez smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen A. Metz

on behalf of Cross-Claimant Harrison Suarez smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen A. Metz

on behalf of Defendant Harrison Suarez smetz@offitkurman.com  mmargulies@offitkurman.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

William R. Feldman

on behalf of Creditor 13th & F Associates  L.P. wfeldman@wfeldmanlaw.com, acurtis@wfeldmanlaw.com

TOTAL: 54