Jeffrey Tarkenton (D.C. Bar No. 376493)
WOMBLE BOND DICKINSON (US) LLP
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
Telephone: (202) 467-6900

Matthew P. Ward (admitted pro hac vice)
WOMBLE BOND DICKINSON (US) LLP
1313 N. Market Street
Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320

*Counsel for the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Compass Coffee, LLC,** | **Case No. 26-00005 (ELG)** |
| **Debtor.** | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITNESS AND EXHIBIT LIST FOR AUGUST 19, 2026 HEARING**

The Official Committee of Unsecured Creditors (the "Committee") respectfully submits the following as their Witness and Exhibit List for the hearing scheduled for August 19, 2026, at 11:00 a.m. (*prevailing* Eastern Time) (the "Hearing"):

## I. COMMITTEE'S WITNESS LIST

1. The Committee reserves the right to call the following witnesses at the Hearing:

   (a) Narendra Ganti

2. The Committee reserves the right to examine or cross-examine any witness called by any other party.

3. The Committee reserves the right to call any witness, including a corporate representative, to authenticate or establish the foundation for any exhibit on the Committee's list

## II. COMMITTEE'S EXHIBIT LIST

1. The Committee does not intend to offer any exhibits at the Hearing. The Committee reserves the right to supplement or amend their Exhibit List.

2. The Committee reserves the right to offer or otherwise use at the Hearing: (i) documents or exhibits identified on the exhibit list of any other party or party-in-interest; (ii) pleadings filed by the parties in this matter; (iii) additional exhibits reasonably necessary to respond to issues presented during the Hearing; and (iv) charts, graphs, timelines, enlargements, models, or other demonstrative exhibits.

Dated: August 17, 2026
Washington, D.C.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Jeffrey Tarkenton*

Jeffrey Tarkenton (D.C. Bar No. 376493)
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
Telephone: (202) 467-6900
Email: jeffrey.tarkenton@wbd-us.com

-and-

Matthew P. Ward (admitted *pro hac vice*)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Email: matthew.ward@wbd-us.com

*Counsel for the Official Committee of Unsecured Creditors*