**WOMBLE BOND DICKINSON (US) LLP**
Jeffrey Tarkenton (D.C. Bar No. 376493)
2001 K Street, NW
Suite 400 South
Washington, DC 20006
Telephone: (202) 467-6900

Matthew P. Ward (admitted *pro hac vice*)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320

*Counsel for the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Compass Coffee, LLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 26-00005 (ELG)** |

**SUMMARY OF FIFTH MONTHLY FEE STATEMENT OF WOMBLE BOND DICKINSON (US) LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JULY 1, 2026 THROUGH JULY 31, 2026**

| | |
|---|---|
| Name of Applicant: | Womble Bond Dickinson (US) LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention Order: | February 26, 2026 effective as of January 26, 2026 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2026 through and including July 31, 2026 |
| Total fees requested for May: | $4,869.20 (80% of $6,086.50) |
| Total expenses requested for May: | $0.00 |
| Type of Fee Statement: | Monthly[1] |

[1] A Notice of the Monthly Fee Statement shall be served in accordance with the Interim Procedures Order (as defined herein), and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Procedures Order.

Dated: August 31, 2026
Washington, D.C.

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Jeffrey Tarkenton*
Jeffrey Tarkenton (D.C. Bar No. 376493)
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
Telephone: (202) 467-6900
Email: jeffrey.tarkenton@wbd-us.com

-and-

Matthew P. Ward (admitted *pro hac vice*)
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Email: matthew.ward@wbd-us.com

*Counsel for the Official Committee of Unsecured Creditors*