**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Compass Coffee, LLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 26-00005 (ELG)** |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

Pursuant to Local Rule 2091-1(c), Nicholas S. Monico gives notice of his withdrawal as counsel of record for Compass Coffee, LLC (the "***Debtor***"). The Debtor is currently represented by Jennifer Wuebker. By signing below, the Debtor and Jennifer E. Wuebker consent to Nicholas S. Monico withdrawing as counsel of record for the Debtor.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 31, 2026

**CONSENTING ATTORNEY:**

/s/ *Jennifer E. Wuebker*
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Email: tpbrown@hunton.com
jwuebker@hunton.com

*Counsel for the Debtor and Debtor in Possession*

**WITHDRAWING ATTORNEY:**

/s/ *Nicholas S. Monico*
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Email: nmonico@hunton.com

**CLIENT:**

/s/ *Michael Haft*
**COMPASS COFFEE, LLC**
Chief Executive Officer

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of August, 2026, a copy of the foregoing Motion was filed and served electronically using the Court's ECF System to all parties receiving electronic notice.

/s/ *Nicholas S. Monico*
Nicholas S. Monico