**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Compass Coffee, LLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 26-00005 (ELG)** |

**DEBTOR'S WITNESS AND**
**EXHIBIT LIST FOR SEPTEMBER 4, 2026 HEARING**

The above-captioned debtor and debtor-in-possession (the "***Debtor***") respectfully submits the following as its Witness and Exhibit List for the hearing scheduled for September 4, 2026, at 10:00 A.M. (prevailing Eastern Time) (the "***Hearing***"):

## I. DEBTOR'S WITNESS LIST

1. The Debtor reserves the right to call **Michael Haft** as a witness at the Hearing.

2. The Debtor reserves the right to examine or cross-examine any witness called by any other party.

## II. DEBTOR'S EXHIBIT LIST

3. The Debtor identifies the documents on the Exhibit List attached hereto as Exhibit A as those it may offer at the Hearing.

4. The Debtor reserves the right to supplement or amend its Exhibit List to (i) address documents produced by other parties recently or in the future; (ii) use and/or admit into evidence any exhibit identified on the exhibit list of any other party; (iii) use and/or admit into evidence any

exhibit used for impeachment purposes; (iv) and/or reflect new information that becomes available after the filing of the Exhibit List.

5. In addition to the documents and exhibits identified on Exhibit A, the Debtor reserves the right to offer or otherwise use at the Hearing: (i) documents or exhibits identified on the exhibit list of any other party or party-in-interest; (ii) pleadings filed by the parties in this matter; (iii) additional exhibits reasonably necessary to respond to issues presented during the Hearing; and (iv) charts, graphs, timelines, enlargements, models, or other demonstrative exhibits.

6. By listing an exhibit on this list, the Debtor does not concede that any particular exhibit is admissible or that it is admissible for all purposes. The Debtor reserves the right to object to admission of any document. The Debtor reserves the right to amend or supplement its exhibit list, or to add or subtract exhibits, prior to the conclusion of the Hearing. The Debtor also reserves the right to request the Court to take judicial notice of any exhibits as necessary.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 1, 2026
Richmond, Virginia

Respectfully submitted,

/s/ *Jennifer E. Wuebker*

Tyler P. Brown (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Email: tpbrown@hunton.com
jwuebker@hunton.com

*Counsel for the Debtor and Debtor in Possession*

**EXHIBIT A**

**Debtor's Exhibit List**

| EXHIBIT NO. | DOCUMENT DESCRIPTION | ADMITTED |
|---|---|---|
| **Debtor's Ex. 1** | June Monthly Operating Report [Docket No. 330] | |
| **Debtor's Ex. 2** | July Monthly Operating Report [Docket No. 345] | |
| **Debtor's Ex. 3** | Cash Reconciliation Demonstrative | |
| **Debtor's Ex. 4** | Known Administrative Claim Schedule | |
| **Debtor's Ex. 5** | Expert Report of Marylee P. Robinson dated August 12, 2026 | |
| **Debtor's Ex. 6** | Expert Report of Jeff Anderson dated August 12, 2026 | |
| | Any documents necessary for rebuttal. | |
| | Any exhibit designated by any other party. | |