## Compass - Known Administrative Claims Schedule

### Cash

| | |
|---|---|
| Cash on Hand | |
| Receivable | |
| Total | $ - |

### Known Outstanding Administrative Claims

| Details | Amount | Remarks |
|---|---|---|
| UST Q2 Quarterly Fees | $ 9,825.66 | |
| UST Q3 Quarterly Fees | $ 1,714.15 | Estimated assuming all cash is distributed in Q3 |
| Hunton | $ 49,672.11 | Does not include July or August Fees |
| WBD | $ 23,700.50 | Does not include August fees |
| FTI | $ 13,296.60 | Does not include July or August Fees |
| Oracle America, Inc. (Invoice 2324846) | $ 8,425.31 | |
| Potomac Lawn | $ 4,417.70 | Disputed |
| Total | **$ 111,052.03** | |

**Debtor's Exhibit 004**