**WOMBLE BOND DICKINSON (US) LLP**
Jeffrey Tarkenton (D.C. Bar No. 376493)
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
Telephone: (202) 467-6900

Matthew P. Ward (admitted *pro hac vice*)
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320

*Counsel for the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **COMPASS COFFEE, LLC,** | ) | **Case No. 26-00005 (ELG)** |
| | ) | |
| **Debtor.** | ) | |

**SUMMMARY OF SIXTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2026 THROUGH AND INCLUDING JULY 31, 2026**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Name of Client: | The above-captioned Official Committee of Unsecured Creditors to the Debtor |
| Date of retention order entered: | February 26, 2026 effective as of January 26, 2026 |
| Time Period Covered: | July 1, 2026 through and including July 31, 2026 |
| Total Fees Requested: | $2,408.76 (80% of $3,010.95[1]) |
| Total Expenses Requested: | $0.00 |
| Total Fees and Expenses Requested: | $2,408.76 |
| Type of Fee Statement: | Monthly[2] |

1 The fee amount includes all applicable adjustments and voluntary discounts.

2 Notice of the Monthly Fee Statement shall be served in accordance with the Interim Compensation Order (as defined herein), and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

Dated: September 10, 2026
Washington, D.C.

Respectfully submitted,

*/s/ Narendra Ganti*
**NARENDRA GANTI**

SUBMITTED BY:

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Jeffrey Tarkenton*
Jeffrey Tarkenton (D.C. Bar No. 376493)
2001 K. Street, NW
Suite 400 South
Washington, DC 20006
Telephone: (202) 467-6900
Email: jeffrey.tarkenton@wbd-us.com

-and-

Matthew P. Ward (admitted *pro hac vice*)
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Email: matthew.ward@wbd-us.com

*Counsel for the Official Committee of Unsecured Creditors*